JAN-22-2007  19:32          DOJ CRT CRM                                          2025146588        P.02



U.S. Department of Justice

Civil Rights Division

---

DJ 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

Criminal Section - PHB
950 Pennsylvania Avenue, NW
Washington, DC  20530


January 22, 2007

**VIA FACSIMILE (228) 863-2886**
Cy T. Faneca
Dukes, Dukes, Keating & Faneca
14094 Customs Blvd., Suite 100
Post Drawer W
Gulfport, MS 39502

> *Re:* ***Harrison County Jail Investigation***

Dear Cy,

As you know, the Department of Justice ("DOJ") and the Mississippi Bureau of Investigation ("MBI") are investigating allegations of officers using excessive force against inmates at the Harrison County Adult Detention Center. DOJ appreciates the Sheriff's Department's continued cooperation in this investigation. To that end, DOJ requests that the Sheriff's Department not share any information regarding allegations of excessive force with anyone outside of the Sheriff's Department except to the  parties in United States v. Teel.

Thank you for your attention to this matter.  If you have any questions or concerns, please do not hesitate to contact me at (202) 305-4044.

Sincerely,

John Cotton Richmond
Trial Attorney
Criminal Section



**EXHIBIT**

" A "

TOTAL P.02