IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

KASEY D. ALVES.                                                                             PLAINTIFF

V.                                          CIVIL ACTION NO.1:06-CV-912 LG JMR

HARRISON COUNTY MISSISSIPPI, ET AL.                    DEFENDANTS

### **RESPONSE BY HEALTH ASSURANCE LLC TO PLAINTIFF'S MOTION**

Defendant, Health Assurance LLC, responds to Plaintiff's Motion (Docket # 52) and states that it does not oppose the motion.

This the 15th day of February, 2007.

Respectfully submitted,

**HEALTH ASSURANCE, LLC**

s/ *Robert H. Pedersen*
Walter T. Johnson (MSB #8712)
Robert H. Pedersen (MSB #4084)

**OF COUNSEL:**

Walter T. Johnson, Esq.
Robert H. Pedersen, Esq.
WATKINS & EAGER, PLLC
The Emporium Building
400 East Capitol Street, Suite 300
P. O. Box 650
Jackson, Mississippi 39205
Phone: (601) 948-6470
Fax: (601) 354-3623
wjohnson@watkinseager.com
bpedersen@watkinseager.com

## CERTIFICATE OF SERVICE

I, Robert H. Pedersen, as counsel for the Defendant Health Assurance, LLC, hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

>Woodrow W. Pringle, III        woodypringle3@bellsouth.net
>2217 Pass Road
>Gulfport, MS 39501
>    *Attorney for Plaintiff*


>Karen Jobe Young        kyoung@datasync.com
>Meadows Riley Law Firm
>Post Office Drawer 550
>Gulfport, Mississippi 39502
>    *Attorney for Defendant Harrison County, Mississippi*


>Cyril T. Faneca        cy@ddkf.com
>Dukes, Dukes, Keating & Faneca
>P.O. Drawer W
>Gulfport, Mississippi 39502
>    *Attorney for Defendants Harrison County Sheriff's Department*
>    *and Sheriff George Payne, Jr.*

and I hereby certify that I have mailed by United States Postal Service a true and correct copy of the above and foregoing pleading to the following non-ECF participants:

>None.

This the 15th day of February, 2007.

>s/ *Robert H. Pedersen*
>    Walter T. Johnson
>    Robert H. Pedersen

L:\1846\0003  HEALTH ASSURANCE CASES\29726 Alves v. Harrison County\PLEADINGS\Response To Plaintiff's Motion For Time.wpd