UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION


KASEY D. ALVES                                                                    PLAINTIFF

VERSUS                                                    CAUSE NO.: 1:06cv912 LG-JMR

HARRISON COUNTY MISSISSIPPI, BY AND
THROUGH THE BOARD OF SUPERVISORS;
HARRISON COUNTY SHERIFF'S DEPARTMENT;
SHERRIFF GEORGE PAYNE, JR.; AND
HEALTH ASSURANCE, LLC                                                  DEFENDANTS

## RESPONSE

**COMES NOW** the Plaintiff, Kasey D. Alves, by and through counsel, and responds to

the Supplement to Defendant's Amended Motion to Stay Proceedings filed by the Harrison

County Sheriff's Office and Sheriff George Payne, Jr.

1.      The Supplement to the Amended Motion adds no new facts or evidence which would

        justify the stay.

2.      The Plaintiff relies upon his previous Response and Memorandum submitted in this cause

        in opposition to the Supplement.

        **WHEREFORE**, the Plaintiff files this Response and requests upon hearing that the

Court deny the Defendant's Supplement to the Amended Motion to Stay Proceedings.

        **RESPECTFULLY SUBMITTED** this the 11th day of April, 2007.

                                        KASEY D. ALVES

                                    BY:  */s/Woodrow W. Pringle, III*
                                        WOODROW W. PRINGLE, III

## CERTIFICATE OF SERVICE

I, WOODROW W. PRINGLE, III, certify that I have this date forwarded via the

ECF system, a copy of the above and foregoing Response to Amended Motion to Stay

Proceedings to the following:

Karen J. Young, Esq.
Attorney at Law

Cy Faneca, Esq.
Attorney at Law

Walter T. Johnson, Esq.
Attorney at Law

**SO CERTIFIED** this the 11th day of April, 2007.

*/s/Woodrow W. Pringle, III*
WOODROW W. PRINGLE, III

WOODROW W. PRINGLE, III
ATTORNEY AT LAW
MS. BAR NO. 4513
2217 PASS ROAD
GULFPORT, MISSISSIPPI 39501
(228) 868-8355 (PHONE)
(228) 868-8433 (FAX)