# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**KASEY D. ALVES**                                                                             **PLAINTIFF**

**VERSUS**                                                          **CAUSE NO.: 1:06cv912 LG-JMR**

**HARRISON COUNTY MISSISSIPPI, BY AND**
**THROUGH THE BOARD OF SUPERVISORS;**
**HARRISON COUNTY SHERIFF'S DEPARTMENT;**
**SHERRIFF GEORGE PAYNE, JR.; AND**
**HEALTH ASSURANCE, LLC**                            **DEFENDANTS**

## PROTECTIVE ORDER

Pursuant to a Text Order entered by the Court June 18, 2008, the plaintiff's Motion for disclosure of sealed plea agreements (Motion #139) was granted.  The Court required that the parties enter into an appropriate protective order for the use of plea agreements.  Pursuant to the Order of the Court and agreement of the parties, the Court finds that the plea agreements requested by plaintiff shall be provided to plaintiff's counsel and copies shall be provided to each of the defense counsel.  Given the nature of these materials, the parties have consented to an Order of this Court to restrict all outside access to these items.  The parties shall restrict the viewing and distribution of such items to the parties, their counsel of record, investigators of counsel of record, expert witnesses retained by counsel of record, and the criminal defendants and/or the criminal defendant's counsel.

The parties consent to be bound to the Court's Order to restrict disclosures as outlines above, and any exceptions thereto must be approved by the Court prior to any other disclosure.

**ORDERED THIS** the 30th day of June, 2008.

                                              s/John M. Roper Sr.
                                              HON. JOHN M. ROPER
                                              CHIEF UNITED STATES MAGISTRATE JUDGE