Minutes search for Pam Ulrich
1/31/2008

Sheriff dept. expenditures at jail for security items 2003-2008

 8) ORDER approving line item budget for Corrections Department in the Sheriff's budget for Fiscal Year 2003-2004 to include salaries and fringe benefits for 25 additional jailers in line item 001-211-432.

    9/9/2003    MB 386/259    (+750,000.00)    MARTIN/BENEFIELD

42) ORDER acknowledging receipt of and spreading upon the Minutes report from the Sheriff Department under date of April 5, 2004 concerning employment of correction officers.

    4/5/2004    MB 393/471-472    MARTIN/LADNER

47 b) Supervisor Martin requested that the Sheriff Department present a written report at the first meeting of the month on hiring of new jailers.

c) Supervisor Martin inquired whether the Workforce contract would cover jail personnel. This program, similar to JTPA, would cover up to 31 slots at the jail.

NO BOARD ACTION (4/5/2004 - MB 393/483)

51 -5) Supervisor Martin inquired about monthly report from the Sheriff's Dept. on training of new jailers. Mr. Robert Parker stated that it takes a few days after the first of the month to generate this report. It should be available at next Board meeting.

NO BOARD ACTION (8/2/2004 - MB 398/279)

25) ORDER approving modification No. 1 to subcontract W0440474021 with the MS Department of Employment Security to increase from 25 to 50 on the job training for correction officers and authorizing the Board President to execute same.

    8/9/2004    MB 398/339-340    MARTIN/LADNER

26) ORDER acknowledging receipt of and spreading upon the Minutes the


EXHIBIT A-1

Sheriff's report for July 2004 on employment of additional corrections officers.

8/9/2004        MB 398/341-342                              MARTIN/LADNER

51-5)  Supervisor Martin requested that the Sheriff's monthly report on hiring of correctional officers include a total indicating how far they are from attaining the 25 slots.

NO BOARD ACTION (8/9/2004 - MB 398/381)

1)  The Board of Supervisors met at 11:00 a.m. to review the overall Proposed budget and millage. There will be no tax increases overall. There will be slight decreases in some taxing districts. Pay raises of 3% for employees employed over 6 months and elected officials, effective October 1, 2004 will cost about $1.25 million. The Board also discussed funding of additional 25 jailers for the Sheriff's Department.



NO BOARD ACTION (9/3/2004 - MB 399/265)

*[handwritten: This is where we took $750,000 from Admin. budget (Sheriff) and put in Correction's budget]*

10)  Supervisor Martin asked for written report from the Sheriff on the number of jailers hired thus far.  The Sheriff's representative stated that 38 have been hired.

NO BOARD ACTION (9/7/2004 - MB 400/122 )

34)  The Sheriff's representative reported that 1,131 persons are currently housed in the Harrison County Jail Facilities.  The jail is fully staffed and turn-over are fewer.

NO BOARD ACTION (1/4/2005 - MB 404/263)

89 k)  Supervisor Ladner and Martin requested the Board Secretary to find the tapes of the meeting wherein the Board discussed the funding of additional jailers for FY 2003-2004 and FY 2004-2005 for their review.

3/7/2005

25)  ORDER approving contract with the Mississippi Department of Employment Security, Workforce Investment Area: Twin Districts for training of 30 employees at the Sheriff's department for period of July 1, 2005 through June 30, 2006 and authorizing the President to execute same.



6/20/2005       MB 411/75-81                                ROCKCO/MARTIN

26) ORDER authorizing continuation of Mississippi Department of Employment Security Year 2004 OJT subcontract number W0440474021 into program year 2005 (Training for Sheriff personnel) and authorizing the Board President to execute subcontract for same.

6/20/2005       MB 411/82-85                                BENEFIELD/LADNER

41) ORDER authorizing the Board President to execute the certificate of substantial completion for the renovations to the Harrison County Adult Detention Facility control system/telephone system upgrade as recommended by Philip W. Shaw, Project Architect.

1/3/2006        MB 419/254-255                              BENEFIELD/LADNER

52) ORDER accepting the low quote of Delta Metal in the total amount of $31,300.00 for emergency repairs to metal roofs at the Harrison County Sheriff's Department work center and community relations building located on Lorraine Road. (The temporary roofs are leaking and not holding up. The building is used for housing state inmates).

1/3/2006        MB 419/269273                               BENEFIELD/ROCKCO

36) The Sheriff's representative reported that 697 persons are currently housed in the Harrison County Jail Facilities and 85 are located at the Work Center. He also reported that the Sheriff received assurance from the Governor that the Work Center housing state inmates will be funded for FY 2006. The approximate cost to run the center is $720,000.000.

NO BOARD ACTION (1/9/2006 - MB 419/379)

34) ORDER authorizing the Board President to execute the certificate of substantial completion for the fire alarm replacement at the Harrison County Adult Detention Center as recommended by Philip W. Shaw, Project Architect.

1/23/2006       MB 420/29-30                                BENEFIELD/LADNER

1) ORDER approving the purchase of a Pelco DX8016 1000DVD from the low quote submitted by EEC Communication, Fire & Safety in the total amount of $9,100.88 payable from 029-251-681 (Forfeiture). This replaces the defective video system at the jail.

4/3/2006    MB 422/138-141    MARTIN/BENEFIELD

32) ORDER directing the Board President to write a letter to the Sheriff inviting same to discuss privatization of the Adult Detention Center with the Board of Supervisors.

7/25/2006    MB 426/195    MARTIN/BENEFIELD

65) ORDER authorizing continuation of the Mississippi Department of Employment Security Year 2006 OJT subcontract into program year 2007 (Training for 50 Sheriff employees) and authorizing the Board President to execute the subcontract for same.

8/7/2006    BENEFIELD/LADNER

92) ORDER spreading upon the Minutes letter requesting the Sheriff to give his opinion on privatization of the Harrison Count Adult Detention Center.

8/7/2006    ELEUTERIUS/MARTIN

93) ORDER requesting the County Administrator to invite companies that run private jails to appear before the Board on August 28, 2006 to give a short presentation on the advantages of privatization.

8/7/2006    MARTIN/BENEFIELD

2) RESOLUTION of the Harrison County Board of Supervisors memorializing the Mississippi Legislature to enact local and private legislation to authorize the Harrison County Board of Supervisors, in its discretion, to contract with a private entity for the management, operation, and maintenance of the Harrison County Detention Center, and for related purposes.

8/24/2006    LADNER/BENEFIELD

5) The Board received on overview of services offered by Corrections Corporation of America and The GEO Group, Inc. for jail management services and, after full discussion, adopted an **ORDER** authorizing the preparation and issuance of RFP's for jail management service and requesting the Sheriff to cooperate in this endeavor. (Board Attorney to prepare RFP by October 2006).

8/28/2006                                                                LADNER/BENEFIELD



13h) The roof repairs at the county jail remains the biggest item to be worked on. FEMA and the insurance companies will only pay to restore the roof to its original condition at the time of the storm

NO BOARD ACTION (9/11/2006)

53) ORDER approving payment of claims as listed:

f) $11,962.90 to EEC, Application for Payment No. 69209.07, work through June 23, 2003 on Fire Alarm Replacement to Adult Detention Facility, approved for payment by Shaw Design Group and payable from 304 238 581.
g) $2,730.50 to Shaw Design Group, Inv.2023.3-32, Adult Detention Jail Controls, payable from 304 238 581.
h) $19,914.80 to EEC, Application for Payment No. 69112.09, work through September 30, 2006 on Adult Detention Telephone System/Control System Up-grade, approved for payment by Shaw Design Group and payable from 304 238 581.
i) $62,841.45 to EEC, Application for Payment No. 69112.10, work through September 30, 2006 on Adult Detention Telephone System/Control System Up-grade, approved for payment by Shaw Design Group and payable from 304 238 581.

(part of $3.5million bond issue)
(see report)

11/6/2006                                                                BENEFIELD/MARTIN

62) ORDER acknowledging receipt of close out documents transmitted by Shaw Design Group, P.A. for projects completed by EEC, as listed:

a) HC Adult Detention Center facility fire alarm system upgrade
b) HC Adult Detention Center facility control system upgrade

11/6/2006   (completed)                                                  LADNER/BENEFIELD

70) RESOLUTION memorializing the Mississippi Legislature to enact local


and private legislation to authorize the Harrison County Board of Supervisors, in its discretion, to contract with a private entity for the management, operation and maintenance of the Harrison County Detention Center and for related purposes.

12/11/2006                                              LADNER/BENEFIELD
MARTIN WAS OUT ON VOTE

22) ORDER authorizing advertisement for request for proposals to upgrade locks, doors and control panels at the Harrison County Adult Detention Center and to privatize the kitchen facilities.

5/14/2007                                               ROCKCO/MARTIN

23) ORDER authorizing advertisement for bids for work at the Adult Detention Center as listed:

a) Re-roof facility
b) Replace air conditioning
c) Replace intercom system

5/14/2007                                               MARTIN/LADNER

26) ORDER approving the purchase of a kitchen fire suppression system for the jail kitchen exhaust from the low quote submitted by Safety Systems of Biloxi, Inc. in the amount of $10,550.00 payable from 001-200-922. (Using 10% of budget that was reinstated).

7/9/2007                                                ELEUTERIUS/LADNER

27) ORDER approving the purchase of one UniMac UW60P3 industrial washer, including installation and freight, from the low quote submitted by Commercial Coin Laundry Equipment Co., Inc. in the total amount of $9,814.00 payable from 001-200-922. (Using 10% of budget that was reinstated).

7/9/2007                                                ELEUTERIUS/LADNER

52) ORDER declaring an emergency and authorizing the replacement of the jail freezer which is in imminent danger of total shutdown and is not

 repairable as per only quote submitted by Associated Food Equipment in the amount of $147,480.00 to be paid from the 10% addition to the Sheriff's budget and authorize budget amendment.

9/4/2007                                                                ROCKCO/MARTIN

53) ORDER authorizing advertisement of Request for Proposals for a surveillance system at the Sheriff's work center on Lorraine Road.

9/4/2007                                                                MARTIN/ROCKCO

26) ORDER accepting the lowest and best proposal of Valley Food Services at a cost of $1.192 per person for Food Service for the Adult Detention Center as recommended by Warden, Dr. Don Cabana, and authorizing the Board President to execute contract upon receipt and review by the Board Attorney. (Bids were received 8/22/07).

9/10/2007                                                               LADNER/ELEUTERIUS

55) ORDER accepting the proposal of Tanner Consultants, Inc. and approving their employment for security consulting to review the locking system proposals at the Adult Detention Center at a cost not to exceed $5,000.00. (Board Attorney to prepare/review contract).

9/10/2007                                                               ELEUTERIUS/MARTIN

2) RESOLUTION authorizing and directing the issuance of not to exceed $2,700,000.00 taxable Ad Valorem supported bonds, Series 2007, (Jail Improvements project), of Harrison County, Miss., to raise money for the purpose of financing (1) capitalized interest and/or working capital for jail operations, which include the payment of unanticipated budget shortfalls and expenditures in connection with the operations of the County jail and certain litigation costs in relation thereto, and (2) the costs of issuance of the County bonds and the Bank bonds, as defined herein; adopting and/or authorizing certain financing documents in connection with the sale and issuance of the County bonds and the Bank bonds; and for related purposes.

10/1/2007                                                               ELEUTERIUS/MARTIN

 22) ORDER authorizing advertisement for bids for Repair and Replacement of Cell Locking Devices and Security Electronic Monitoring Systems for

```
VAN                                                              
VKHA              ENTER DEPARTMENT AGENDA REQUESTS          TIME: 18:44:57
 (1) Display      (2) More Text    (5) Next Item    (6) Search    (16) Exit


ID:   24990 Dep: 122 BOARD AGENDA                  Department Seq Code _
      Status COMPLETED              Action Taken PASSED
L  e 10/08/2007   Motion Second  Votes: 1 2 3 4 5   Book  From  Thru
Description         5     4             Y Y Y _ Y    ___   ___   ___
ORDER rejecting all proposals received for the Emergency Repair of
Cell Locking Devices and Security Electronic Systems for the Harrison
County Adult Detention Center.  (Proposals were received 8/8/2007)
```

<u>the Harrison County Adult Detention Center.</u>

10/8/2007                                                    <u>ROCKCO/MARTIN</u>

50) <u>ORDER approving the purchase of one computer for use as jail booking photo computer from the low quote of T&T Data Services in the amount of $815.00 payable from 029-214-915.</u>

10/8/2007                                                    <u>ROCKCO/MARTIN</u>

121) <u>ORDER approving the employment of Fred Tanner as project manager for the jail locking system at a rate equal to 1% of the accepted bid proposal. (Board Attorney to prepare order and contract).</u>

11/5/2007                                                    <u>LADNER/ROCKCO</u>