19-25-69

**Statutes and Session Law**
TITLE 19 COUNTIES AND COUNTY OFFICERS
CHAPTER 25 SHERIFFS
19-25-69 Sheriff to have charge of courthouse, jail and protection of prisoners.

**19-25-69. Sheriff to have charge of courthouse, jail and protection of prisoners.**

The sheriff shall have charge of the courthouse and jail of his county, of the premises belonging thereto, and of the prisoners in said jail. He shall preserve the said premises and prisoners from mob violence, from any injuries or attacks by mobs or otherwise, and from trespasses and intruders. He shall keep the courthouse, jail, and premises belonging thereto, in a clean and comfortable condition, and it shall be his duty to prosecute all persons who are guilty of injuring or defacing same. If, after a hearing by the governor, held in accordance with due process of law, it shall be ascertained that the sheriff has wilfully failed, neglected or refused to preserve the courthouse, or the jail, or any prisoners lawfully in his custody from injuries by mob violence, then the governor shall have the power and it shall be his duty to remove such sheriff from office.

However, in the case of a jail owned jointly by a county and municipality, under the provisions of Section 17-5-1, Mississippi Code of 1972, after the appointment of a jailer, pursuant to Section 47-1-49, Mississippi Code of 1972, responsible for all municipal prisoners lodged in said jail, neither the sheriff nor his bondsmen shall be responsible for actual maintenance or operation of said jail, insofar as municipal prisoners are concerned.

**Sources:** Codes, 1857, ch. 6, art 136; 1871, § 242; 1880, § 342; 1892, § 4132; Laws, 1906, § 4684; Hemingway's 1917, § 3101; Laws, 1930, § 3331; Laws, 1942, § 4256; Laws, 1966, ch. 369, § 1, eff from and after passage (approved May 6, 1966).

Lawriter Corporation. All rights reserved.

The Casemaker Online database is a compilation exclusively owned by Lawriter Corporation. The database is provided for use under the terms, notices and conditions as expressly stated under the online end user license agreement to which all users assent in order to access the database.



EXHIBIT
E