**RONALD G LYNCH**
**4832 EAGLESHAM DR.**
**ORLANDO, FLORIDA 32826**
**(407) 275-2614**
**Fax (407) 482-1664**

---

**EDUCATION:**

UNIVERSITY OF MIAMI, Miami, Florida                    1962
Doctor of Jurisprudence

UNIVERSITY OF MIAMI, Miami, Florida                    1958
Bachelor of Business Administration

**EXPERIENCE:**

1995- 2000

UNIVERSITY OF CENTRAL FLORIDA
Orlando, Florida

Instructor. Classes taught are "Security Administration", "Criminal Justice Manager", "Police and Society" and "Policy Development For a Police Agency".

1993-1995

ORANGE COUNTRY SHERIFF'S OFFICE
Orlando, Florida

Colonel/Commander. Responsible for training in all high liability issues, management and development of standards to meet national guidelines and involved in the development of every policy and procedure for the Agency.

1989-1993

STATE BUREAU OF INVESTIGATION
Raleigh, North Carolina

Special Assistant to the Director

1971-1993

UNIVERSITY OF NORTH CAROLINA
Institute of Government
Chapel Hill, North Carolina

Associate Professor. Advisor to local agencies on police and security procedures.

1970-1971

DEPARTMENT OF PUBLIC SAFETY
Lakewood, Colorado

Chief of Police

1967-1970

INTERNATIONAL ASSOCIATION OF CHIEFS OF POLICE
Washington, D.C.

Management and Operational Consultant. Surveyed and consulted with law enforcement agencies through out the United States in upgrading policies, practices and procedures.

1965-1967

ATTORNEY AT LAW
Miami, Florida

PLAINTIFF'S EXHIBIT
"L"
PENGAD-Bayonne, N.J.

Private Practice

| | |
|---|---|
| 1958-1965 | DADE COUNTY PUBLIC SAFETY DEPARTMENT |
| | Now called METROPOLITAN POLICE DEPARTMENT |
| | Dade County, Miami, Florida |

Investigator in Crimes against Property, Juvenile, Homicide and Crime Prevention Officer

Commander in Homicide, Juvenile, General Investigations, Civil Process and Jail.

| | |
|---|---|
| 1955-1958 | MIAMI POLICE DEPARTMENT |
| | Miami, Florida |

Police Officer

## AREAS OF EXPERTISE:

Management Practices
Standards of Law Enforcement Conduct
Law Enforcement Policies and Procedures
Law Enforcement Training
Personnel Administration and Employment Practices
Arrest, Search and Seizure
Use of Force, Lethal and Non Lethal
Vehicle Pursuit
Private Security
Crime Prevention

## MEMBERSHIPS:

Bar of the State of Florida
Bar of Supreme Court of the United States
Bar Federal Court, Southern District of Florida
International Association of Chiefs of Police
Central Florida Criminal Justice Council
Colorado Police Chiefs Association
North Carolina Police Chiefs Association
Former certified Law Enforcement Officer, State of Florida
Police Executive Research Forum

## TEACHING EXPERIENCE:

University of North Carolina
Chapel Hill, North Carolina

University of Central Florida
Orlando, Florida
American University
Washington, D.C.

Security Directors
Mobil Oil Corporation

Broward Community College
Ft. Lauderdale, Florida

Mid-Florida Technical Institute
Orlando, Florida

Seminole Community College
Sanford, Florida

St. Petersburg Junior College
St. Petersburg, Florida

Central Piedmont Community College
Charlotte, North Carolina

Dade County Community College
Miami, Florida

**CONSULTATIONS:**

Mobil Oil Corporation
I.B.M.
Wilmington, North Carolina
Elizabeth City, North Carolina
Wilson, North Carolina
Greenville, North Carolina
Chapel Hill, North Carolina
Durham, North Carolina
Raleigh, North  Carolina
Charlotte, North Carolina
Greensboro, North Carolina
Winston Salem, North Carolina
Lexington, North Carolina
Carrboro, North Carolina
Asheville, North Carolina
Waynesville, North Carolina
Mecklenburg County, North Carolina
Orange County, North Carolina
Wilson County, North Carolina
Gaston County, North Carolina
Gastonia, North Carolina
Broward Sheriff's Office, Florida
Pompano Beach, Florida
Plantation, Florida
Charleston, South Carolina
Department of Public Safety, St. Petersburg, Florida
Biloxi, Mississippi
Gallagher-Westphall Liability Group, Indian Valley, Virginia

## SURVEY CITIES FOR LAW ENFORCEMENT EFFECTIVENESS:

Wilson County, North Carolina
Jefferson County, Kentucky
Louisville, Kentucky
Cincinnati, Ohio
Seattle, Washington
Phoenix, Arizona
Hamden, Connecticut
Puerto Rico
State of Vermont
Chicago, Illinois
Virgin Islands
Florida Department of Law Enforcement
Orlando, Florida
Hillsborough Sheriff's Office, Florida
DesMoines, Iowa
Omaha, Nebraska

## PROFESSIONAL TRAINING:

Executive Management
University of North Carolina
Chapel Hill, North Carolina

Miami Police Academy
Miami, Florida

Dade County Police Academy
Miami, Florida

Seminole Police Academy
Sanford, Florida

Leadership of Orlando
Orlando, Florida

Court Testifying
Dade County, Florida

Human Diversity
Orlando, Florida

Dangerous Liaisons, Employee Violence
Miami, Florida

Proving and Defending Damages in Personal Injury Cases
Tampa, Florida

Ethics and Professionalism in the Practice of Law
Miami, Florida

**WRITINGS;**

Text Book  "The Police Manager"
Anderson Publishing Company

Chapter- Text Book  "Handbook of Loss Prevention and
                          Crime Prevention"
Butterworth Publishing Company

Articles in "Popular Government" magazine Institute of
Government  University of North Carolina
Chapel Hill, North Carolina

**REFERENCES:**

Have been certified as an expert in Circuit Court in Florida
in Police Procedures and Premises Security

List of cases provided upon request

Other references furnished Upon Request

*Ronald G. Lynch J.D.*
*Consultant*
*4832 Eaglesham Drive*
*Orlando, Florida 32826*

*(407) 275-2614*
*Fax (407) 482-1664*

## FEE SCHEDULE

### Preliminary Discussion of Cases

Telephonic discussions of potential cases are welcomed. There is no charge for this service. There is no charge for an initial visit if held within 50 miles of my home in Orlando.

### Cases Accepted for Consultation

There is a fee of $250.00 per hour for those cases accepted for consultation, development and preparation. A non-refundable $2500.00 case development fee is required.

There is no charge for telephonic discussions at any time during the preparation of the case. Telephone conversations are welcomed in order to maintain an effective working relationship.

This case fee covers all work performed in Orlando including document review and analysis, discovery and review of additional materials, research, written reports and affidavits. Written reports will be prepared only when specifically requested by you or your firm.

### Depositions, Testimony, On-Site Inspections and Conferences

I will normally try to arrange my travel schedule to ensure that we will be able to meet prior to deposition or testimony.

The hourly fee applies to depositions, on site inspection and conferences.

The fee does not apply to actual time of testimony in a trial, only the normal witness fee is required. The fee does apply to time spent for travel to court or time used waiting to testify.

All special expenses incurred, such as special police reports or special photographs, shall be the responsibility of your firm.

### Payment Requirements

The initial non-refundable fee is requested when you provide the initial materials. The final invoice will be forwarded upon completion of the work performed.

*Ronald G. Lynch JD.*
*Consultant*
*4832 Eaglesham Drive*
*Orlando, Florida 32826*

(407) 275-2614

Fax (407) 482-1664

### LETTER OF AGREEMENT TO HIRE

Style:

This letter will confirm our agreement in the above styled case.

I agree to review policies, procedures, training, methodology and other matters as it relates to police practices and procedures. This requires the reading of depositions, personnel folders, agency regulations, all pertinent reports, photographs and all related materials. If requested I will research the law as it relates to the specific issues in the lawsuit. I will perform on site examinations and analysis of data as needed.

I will form opinions based upon the materials presented, any professional standards that may apply, my education, experience and training and be prepared to present and explain these opinions for any depositions or for testimony at trial.

My fee for these services is $250.00 per hour. No fee shall be charged for telephone conversations or for my actual time testifying in court.

A ten-hour retainer ($2500.00) is requested at the time of the forwarding of documents for analysis.

I look forward to working with you on this case.

_____                    Date _____
Attorney for

_____                    Date _____
Ronald G. Lynch

Expert Witness

# HISTORY OF CASES

**TITLE:** Pusharewicz vs. Oak Shadow Condominium Association and
                Courteous Communications, Inc.
**COURT:** Circuit Court  Orange County  Florida.
**ATTORNEY:** Barry Morgan, Orlando Fl
**DEPOSITION:** No            **TRIAL:** No
**REMARKS:** 1995,  rape of tenant, for the plaintiff, settled at mediation

**TITLE:** Freeman vs. Sun Bank
**COURT:** Circuit Court  Orlando Fl.
**ATTORNEY:** Robert Hannah   Orlando Fl.
**DEPOSITION:** No            **TRIAL:** No
**REMARKS:** 1995, assault at A.T.M., for the defendant, settled at mediation

**TITLE:** Freiss vs. Bal Harbour Shops and Venetia Condominium
**COURT:** Circuit Court, Dade County  Florida
**ATTORNEY:** Michael Ferrin   West Palm Beach  Fl
**DEPOSITION:** Yes           **TRIAL:**  No
**REMARKS:**  1995, kidnapping at mall, poor security at the condo, for the plaintiff
                settled

**TITLE:** Whitton vs. City of Leesburg, Florida
**COURT:** Circuit Court, Lake County Florida
**ATTORNEY:** H. Ross Davis   Winter Park, Florida
**DEPOSITION:** Yes           **TRIAL:** Yes
**REMARKS:** 1995, Police pursuit resulting in death, for the plaintiff, certified as expert

**TITLE:** Honcharuk vs. Green and City of Goldsboro
**COURT:** United States District Court, Eastern District of N.C., Raleigh Division
**ATTORNEY:** W. Harrell Everett Jr.  Goldsboro, N.C.
**DEPOSITION:**  No            **TRIAL:**  No
**REMARKS:**  1995,  excessive force by police, for the defendant, case settled

**TITLE:** Linda & Salvador Surdi vs. Sun Bank
**COURT:**  Circuit Court, Pinnellas County  Florida
**ATTORNEY:** Glenn G. Gomer,  Tampa, Florida
**DEPOSITION:** Yes           **TRIAL:** No
**REMARKS:** 1995, assault & kidnapping from ATM,  for the defendant, settled

**TITLE:** Goodman vs. David Hendershott, Maricopa County, Arizona
**COURT:** Superior Court, Maricopa County, Arizona
**ATTORNEY:** Katherine Baker, Scottsdale, Arizona
**DEPOSITION:** No          **TRIAL:** No
**REMARKS:** 1995 Deputy claims privacy was violated, for the defendant

**TITLE:** Smith vs. Maricopa County, Arizona
**COURT:** Superior Court, Maricopa County, Arizona
**ATTORNEY:** Melinda K. Cekander, Phoenix, Arizona
**DEPOSITION:** No          **TRIAL:** No
**REMARKS:** 1995  Inmate died of heart failure, claims jailers should have known about
           medicine, for the defendant , dismissed at motion hearing

**TITLE:** Lawrence v Westshore Mall
**COURT:** Circuit Court, Hillsborough County Fla.
**ATTORNEY:** Richard A. Hirsch, Tampa, Florida
**DEPOSITION:** Yes          **TRIAL:** Yes
**REMARKS:** 1996, plaintiff was injured in parking lot as result of strong-arm robbery
           for the plaintiff

**TITLE:** Watson v Walgreen
**COURT:** Circuit Court, Lee County, Florida
**ATTORNEY:** Kennan Dandar, Tampa, Florida
**DEPOSITION:** Yes          **TRIAL:** No
**REMARKS:** 1996, Security coerced a statement from an employee,  malicious
           prosecution for the plaintiff, case settled.

**TITLE:** Fantozzi v Volunteers of America and "PAMCO"
**COURT:** Circuit Court, Hillsborough Co. Fla.
**ATTORNEY:** Richard A. Hirsch  Tampa, Florida
**DEPOSITION:** Yes     **TRIAL:** Yes
**REMARKS:** 1996,  Victim was shot by a neighbor in an apartment complex,  both
           mental illness, for the plaintiff

**TITLE:**     Yeung v Wang
**COURT:**      Circuit Court  Orange Co. Fl.
**ATTORNEY:** John S. Plummer, Orlando, Florida
**DEPOSITION:**    No     **TRIAL:**   No
**REMARKS:** 1996, Plaintiff was beaten in rear of store next to property of Wang
           for the defendant, settled.

**TITLE:**      Jane Doe v Calumet City and Horka
**COURT:**      Circuit Court, Cook County, Illinois
**ATTORNEY:** Robert B. Baal, Chicago, Illinois
**DEPOSITION:** No        **TRIAL:**   No
**REMARKS:** 1996, involving rape of 12 year old and alleged lack of action by police
                  for the defendant Horka, case settled

**TITLE:**      Ottoman v Voutour, City of Jacksonville etc.
**COURT:**      United District Court,  Middle District of Florida
**ATTORNEY:** Blane G. McCarthy, Jacksonville, Florida
**DEPOSITION:**      Yes        **TRIAL:** No
**REMARKS:** 1996, police recruit was injured in defensive tactics class, for the
                  Plaintiff, settled.

**TITLE:**      State of New Hampshire v Eric Bennet
**COURT:**      Hillsborough County Superior Court
**ATTORNEY:** Caroline Smith, Public Defender, Manchester N.H.
**DEPOSITION:**      Yes        **TRIAL:**   No
**REMARKS:** 1996, defendant choked a passenger in a car, charged with Second
                  Degree Murder, for the defense

**TITLE:**      Janet Jackson v Police Chief Thomas Mills et al
**COURT:**      United States District Court, Eastern District Pa.
**ATTORNEY:**  Martha Sperling, Doylestown, Pa.
**DEPOSITION:**      No        **TRIAL:** No
**REMARKS:** 1996, plaintiff was arrested and sprayed at a disturbance, for the
                  Plaintiff, settled.

**TITLE:**      Lemonik v Metro Dade County
**COURT:**      Circuit Court, Dade County Florida
**ATTORNEY:**  Arthur Tifford, Miami Fl.
**DEPOSITION:**      No        **TRIAL:**
**REMARKS:** 1997 Involves arrest of plaintiff at the airport, Eastern Airlines and
                  canceled flights, alleged assault by plaintiff and illegal arrest of plaintiff
                  for the plaintiff

**TITLE:**      Villares & Diaz v Days Inn
**COURT:**      Circuit Court, Orange County  Fl.
**ATTORNEY:**  Maria D. Tejedor, Orlando Fl.
**DEPOSITION:** No        **TRIAL:** No
**REMARKS:** 1997, plaintiffs were victims of robbery, for the plaintiff

**TITLE:**       Fl Department of Insurance v. Landau Enterprises
**COURT:**       Circuit Court    Volusia County
**ATTORNEY:**  Lance P. Richard, Palm City, Fl.
**DEPOSITION:**  No         **TRIAL:**  No
**REMARKS:**  1997, car stolen from impound lot, for the plaintiff. Settled

**TITLE:**       Adams v Indian Harbour
**COURT:**       Circuit Court, Brevard County, Fl.
**ATTORNEY:**  Charles Smith, Titusville, Fl.
**DEPOSITION:**  No         **TRIAL:**  No
**REMARKS:**   1997, plaintiffs, husband and wife arrested for concealed weapon
            in vehicle, wife sexually harassed by police officer, for the plaintiff
            case settled.

**TITLE:**       Blankenship v Plitt Theaters v Diversified Developers Realty Corp
**COURT:**       Circuit Court, Hillsborough County, Florida
**ATTORNEY:**  Kieth Thomas, St. Petersburg  Fl.
**DEPOSITION:**  Yes         **TRIAL:**  Arbitration Hearing
**REMARKS:**  1997, cleaning person assaulted while cleaning movie, for the
            defendant Realty Corp

**TITLE:**       Charlton (Ann Durso) v Pinter
**COURT:**       Circuit Court, Brevard County, Florida
**ATTORNEY:**  Carey Bos, Orlando Fl.
**DEPOSITION:**  Yes         **TRIAL:**  Yes
**REMARKS:**  1997, victim was murdered while working at storage company. For the
            defendant

**TITLE:**       Gambino v Orlando Storage & Sovran Capital Inc
**COURT:**       Circuit Court, Orange County,  Florida
**ATTORNEY:**  Carey Bos,  Orlando Fl.
**DEPOSITION:**  No         **TRIAL:**  No
**REMARKS:**  1997, victim was assaulted while getting his hot dog cart from the storage
            bin.  For the defense, case settled.

**TITLE:**       Cabella v Boca Ciega Point Condo
**COURT:**       Circuit Court, Pinellas County  Florida
**ATTORNEY:**  Sean McDonough, Orlando Fl.
**DEPOSITION:**  No         **TRIAL:**  No
**REMARKS:**  1997, victim had jewelry stolen from her condo by employee, for the
            defense, settled.

**TITLE:** R. Lacey v City Deland, School Board, Volusia County PAL,
**COURT:** Circuit Court, Volusia County, Florida
**ATTORNEY:** Donald Meyers, Orlando  Fl.
**DEPOSITION:** No        **TRIAL:** No
**REMARKS:** 1997, teenager killed on school grounds after basketball game, for
plaintiff, settled.

**TITLE:** Hessler v Gators Dockside
**COURT:** Circuit Court,  Orange County  Florida
**ATTORNEY:** John McDonough,  Orlando
**DEPOSITION:** No        **TRIAL:** No
**REMARKS:** 1997  Plaintiff was assaulted while a customer in the resturant, for the
plaintiff. Settled

**TITLE:** Cooley v City of Tampa
**COURT:** Circuit Court, Hillsboroug, Fla.
**ATTORNEY:** Ken Dandar,  Tampa
**DEPOSITION: Yes**        **TRIAL:** No
**REMARKS:** 1997, police officers entered plaintiff's home and are accused of an illegal
entry use of illegal force,  for the plaintiff. Settled.

**TITLE:** Lezotte v O'Rourke
**COURT:** Superior Court, Santa Clara, California
**ATTORNEY:** Kieth Bower
**DEPOSITION:** No        **TRIAL:** No
**REMARKS:** 1998   Ref police procedures concerning promotion, for plaintiff. Settled

**TITLE:** Houston vs Service America Corporation
**COURT:** Circuit Court, Pinellas County, Fl.
**ATTORNEY:** Ms. Dawn Millner
**DEPOSITION:** No        **TRIAL:** No
**REMARKS:** 1998, double homicide in warehouse owned by defendant, for the defense
case dismissed.

**STYLE:** O'Der v Pinkard et al
**COURT:** Circuit Court, Henry County, **Va**
**ATTORNEY:** Ms. Kim White
**DEPOSITION:** No        **TRIAL:** No
**REMARKS:** 1998, ref police procedures concerning emergency driving, for defendant

**STYLE:** State of Fl v Patrick McIntyre
**COURT:** Circuit Court, Indian River County
**ATTORNEY:** James Harpring
**DEPOSITION:** No        **TRIAL:** No
**REMARKS:** 1998, ref police procedures in murder investigation, for defense

**STYLE:**     Estate of Baer etc v City of Tampa
**COURT:**     Circuit Court, Hillsborough County
**ATTORNEY:** Richard Hirsch
**DEPOSITION:** Yes          **TRIAL:** No
**REMARKS:** 1998, ref police pursuit, accident, two innocent citizens killed, for
                      plaintiff, settled.

**STYLE:**     State of Florida v Shae Dunbar
**COURT:**     Circuit Court  Miami-Dade County
**ATTORNEY:** Gregory Mangone
**DEPOSITION:** No          **TRIAL:** No
**REMARKS:**  Off duty Miami-Dade police officer involved in a fight, victim shot and
                      killed, officer charged, 1998, for the defense, settled.

**STYLE:**     Warwick v Valencia County, Detective Mallory et. al.
**COURT:**     United States District Court,  Albuquerque, New Mexico
**ATTORNEY:** Thomas Briones
**DEPOSITION:** Yes          **TRIAL:** No
**REMARKS:**  Plaintiff claims police performed illegal search, left her property open
                      and items missing, 1998, for the defense, settled.

**STYLE:**     Morris v City of Sebastian
**COURT:**     U. S. District Court for Southern Florida
**ATTORNEY:** K. Piscitelli, Orlando Fl.
**DEPOSITION:** Yes          **TRIAL:** No
**REMARKS:** Female officer claiming sexual harassment and retaliation for filing EEOC
                      complaint, 1999 for the plaintiff, settled.

**STYLE:**     Creamer v Pinellas County
**COURT:**     Circuit Court, Sixth District, State of Florida
**ATTORNEY:** S. Segall
**DEPOSITION:** Yes          **TRIAL:** No
**REMARKS:** Involved an high speed pursuit, for the plaintiff., 1999, settled.

**STYLE:**     Sargeant v Publix Super Markets Inc.
**COURT:**     Circuit Court, Pinellas County, Florida
**ATTORNEY:** Council Wooten, Orlando
**DEPOSITION:** Yes          **TRIAL:** Yes
**REMARKS:** Victim was killed in parking lot, for the plaintiff. 1999.

**STYLE:**     Barge v Wal-Mart Stores Inc.
**COURT:**     Circuit Court, Seminole County, Florida
**ATTORNEY:** Bruce Gibson III
**DEPOSITION:** No          **TRIAL:** No
**REMARKS:** Bystander injured during a shoplifting arrest, for the plaintiff. Settled

**STYLE:**      Meadows v City of Kissimmee
**COURT:**      U.S. District Court, Middle District of Florida
**ATTORNEY:** Ladd Fassett, Orlando
**DEPOSITION:**      Yes      **TRIAL:** No
**REMARKS:** Plaintiff arrested as to fraud, 1999, for plaintiff, dismissed.


**STYLE:**      Ruggerio v Grandview Hotel
**COURT:**      Circuit Court, 9th Judicial Circuit, Orange Co. Fla.
**ATTORNEY:** Nicholas A. Shannin, Orlando Fl.
**DEPOSITION:**      Yes      **TRIAL:** Yes
**REMARKS:**   1999, female injured by teenagers, for defense, settled.


**STYLE:**      Jorge L. Salado-Martin v City of Tampa
**COURT:**      Circuit Court, 13th Judicial Circuit, Hillsborough County Fl.
**ATTORNEY:** Stephen Segall, Tampa
**DEPOSITION:** Yes      **TRIAL:** Yes
**REMARKS:** High Speed Pursuit by Tampa P.D., 2000, for plaintiff


**STYLE:**      Alpizar v Southland Corp. (7-11)
**COURT:**      Circuit Court, Orange County, Fl.
**ATTORNEY:** Dennis Hightower, Orlando Fl.
**DEPOSITION:** No      **TRIAL:** No
**REMARKS:** Plaintiff injured at store ref robbery, 1999, for plaintiff


**STYLE:**      Palfrey v Terry Taylor Ford
**COURT:**      Circuit Court, 18th Judicial, Brevard County, Fl.
**ATTORNEY:** Louis A. DeFreitas, Orlando Fl.
**DEPOSITION:**      No      **TRIAL:** No
**REMARKS:**   Car stolen from dealer injures the plaintiff, for plaintiff, 2000


**STYLE:**      State of Florida v Carl Walker
**COURT:**      Circuit Court, Seven Judicial Circuit
**ATTORNEY:** Ordered by the Court
**DEPOSITION:**   Yes      **TRIAL:** Yes
**REMARKS:** Named by the Court as to police procedure, use of force and pepper
                spray, 2000.


**STYLE:**      Wetzler v Hillsborough County and Sheriff
**COURT:**      Thirteenth Judicial Circuit
**ATTORNEY:** J. Crompton, Tampa Fl.
**DEPOSITION:** Yes      **TRIAL:** Yes
**REMARKS:** High speed pursuit out of county, 2000, for plaintiff

**STYLE:**    State of Florida v Evans
**COURT:**    Circuit Court, Eighteenth Judicial Circuit
**ATTORNEY:** Appointed by Court
**DEPOSITION:** Yes        **TRIAL:** No
**REMARKS:** Named by court for police procedures and use of force, settled..

**STYLE:**    Hernandez v Miami-Dade County, Police Department
**COURT:**    U.S. District Court, Southern District of Florida
**ATTORNEY:** Joseph Shook, Coral Gables, Fl.
**DEPOSITION:** No        **TRIAL:** No
**REMARKS:** Police officers arrest plaintiff in courthouse, 2000, for plaintiff, settled.

**STYLE:**    Gomez v Cumberland County N.C.
**COURT:**    U.S. District Court, Eastern District of North Carolina, Southern Div.
**ATTORNEY:** D. Canders, Assistant County Attorney, Fayetteville N.C.
**DEPOSITION:** Yes        **TRIAL:** No
**REMARKS:**    Arrest of plaintiff for murder, charges dropped, 2000, for defense
               Settled

**STYLE:**    Pagonis v The Green Iguana
**COURT:**    Circuit Court, Thirteenth Judicial District
**ATTORNEY:** Joseph Rousselle Jr. Tampa Florida
**DEPOSITION:** No        **TRIAL:** No
**REMARKS:** Plaintiff injured in bar fight, 2000, for plaintiff, settled

**STYLE:**    Patterson v City of Miami
**COURT:**    U.S. District Court, Southern District of Florida
**ATTORNEY:** Kelsay Patterson, Coral Gables Fl.
**DEPOSITION:** No        **TRIAL:** No
**REMARKS:**    Arrest of plaintiff on street corner, 2000, for plaintiff

**STYLE:**    Campbell v Hillsborough County
**COURT:**    Circuit Court, Thirteenth Judicial Circuit, Hillsborough County, Florida
**ATTORNEY:** Stephen Segall, Tampa Fl.
**DEPOSITION:** Yes        **TRIAL:** No
**REMARKS:**    High speed pursuit, for plaintiff, 2001.

**STYLE:**    Jane Doe v. City of Largo
**COURT:**    Circuit Court, Sixth Judicial Circuit, Pinellas County, Florida
**ATTORNEY:** Richard Hirsch, Tampa Fl.
**DEPOSITION:** Yes        **TRIAL:** No
**REMARKS:** Involves police officer who has sex with 16 yr old.  For the plaintiff,
               settled, 2001.

**STYLE:**       Lisa Wade v City of Tampa
**COURT:**       Circuit Court, Hillsborough County
**ATTORNEY:** George Stark, Tampa
**DEPOSITION:**       No    **TRIAL:**
**REMARKS:** Three-year-old in vehicle pursued by police, death.  For plaintiff, settled.
                      2001.


**STYLE:**       Allen v Miami-Dade
**COURT:**       U.S. District Court, Southern District of Florida
**ATTORNEY:** D. Tarlow, Miami
**DEPOSITION:**       No    **TRIAL:** No
**REMARKS:** Corrections officer with history of violence beats inmate.  For the
                      Plaintiff. 2001.


**STYLE:**       Glaze v Centola and City of Atlanta
**COURT:**       U.S. District Court, Northern District of Georgia, Atlanta
**ATTORNEY:** G. Harwick III, Atlanta
**DEPOSITION:** No    **TRIAL:** No
**REMARKS:** Police officer shots subject at car inspection.  For plaintiff, settled.


**STYLE:**       B. Sweet Graham v City of Ocala
**COURT:**       Circuit Court, 5th Judicial District, Marion County, Fl.
**ATTORNEY:** L. Edward McClellan Jr., Ocala
**DEPOSITION:**    Yes        **TRIAL:** Yes
**REMARKS:** Officer made promise to help plaintiff, did not perform, husband
                      Shot wife.  For plaintiff. 2001.


**STYLE:**       Morris v. Hillsborough County Sheriff's Office
**COURT:**       Circuit Court, Hillsborough County
**ATTORNEY:**       Frank M. Gafford, Lake City
**DEPOSITION:**    Yes        **TRIAL:** No
**REMARKS:**    Deputy Sheriff answered 911 hangup, saw plaintiff in trailer, shot the
                      plaintiff.  For the plaintiff.  2001.


**STYLE:**       Durruthy vs. City of Miami
**COURT:**       U. S. District Court, Southern District, Florida
**ATTORNEY:** Marc Wites, Deerfield Beach, Fl.
**DEPOSITION:**        **TRIAL:**
**REMARKS:** 2001, arrest of TV cameraman during the Elian Gonzalez saga.  For the
                      plaintiff.

**STYLE:**     Mohammed vs. Days Inn
**COURT:**     9th Circuit, Florida
**ATTORNEY:** Carey Bos, Orlando
**DEPOSITION:**     No     **TRIAL:** No
**REMARKS:** 2002, Alleged theft of truck and tools, for defendant, settled.


**STYLE:**     Durchslag vs. Braman Motors etc.
**COURT:**     U.S. District Court, South Florida
**ATTORNEY:** John J. Shahady, Ft. Lauderdale, Fl.
**DEPOSITION:**          **TRIAL:**
**REMARKS:**          2002, plaintiff victim of false arrest, malicious prosecution,
                    Involves Metro Dade detective, for plaintiff.


**STYLE:**     Elder v. Manatee County
**COURT:**     U.S. District Court, Tampa Fl.
**ATTORNEY:** Marc Falco, Sarasota
**DEPOSITION:**          **TRIAL:**
**REMARKS:** Deputies used excessive force, serious injury, mental subject, for plaintiff.
                    2002.


**STYLE:**     Ortiz v. City of Miami
**COURT:**     U.S. District Court, Southern District Florida
**ATTORNEY:** Joseph Shook, Miami
**DEPOSITION:** No     **TRIAL:** No
**REMARKS:** Officer shot plaintiff while making an arrest, for plaintiff.  2002.


**STYLE:**     Ajamu v. City of Orlando
**COURT:**     Ninth Circuit, Orange County, Florida.
**ATTORNEY:** Howard Marks, Orlando
**DEPOSITION:**     Yes     **TRIAL:** No
**REMARKS:** Officers raided wrong house, detained plaintiff for seven hours, for
                    plaintiff, 2002.


**STYLE:**     Burns v. City of St. Augustine
**COURT:**     Seventh Circuit Court, St. Johns County
**ATTORNEY:** Dale Parks, Tallahasse.
**DEPOSITION:** No     **TRIAL:** No
**REMARKS:** Police arrest patron at club, broken neck, for plaintiff, 2003.

**STYLE:**  McMeans v F.H.P.
**COURT:**  U.S. District Court, Northern District of Florida
**ATTORNEY:** Parks and Crump, Tallahasse, Fla.
**DEPOSITION:** Yes        **TRIAL:** No
**REMARKS:** Trooper shot passenger after traffic stop, for plaintiff, 2003

**STYLE:**  Castetter v TLZ Properties
**COURT:**  Circuit Court, Orange County, Fl.
**ATTORNEY:** Carey Bos, Orlando
**DEPOSITION:**        **TRIAL:**
**REMARKS:** Assault on worker in garage, for defendant, 2003

**STYLE:**  Robinson v Argenbright
**COURT:**  Circuit Court, Ninth Circuit, Florida
**ATTORNEY:** W. Sublette, Orlando
**DEPOSITION:** No       **TRIAL:** No
**REMARKS:** Assault in parking lot, for plaintiff, 2003

**STYLE:**  Price v City of Tampa
**COURT:**
**ATTORNEY:** M. Wright, Tampa
**DEPOSITION:**        **TRIAL:**
**REMARKS:** Pursuit with accident, for plaintiff, 2003

**STYLE:**  Lloyd v City of Mt Dora
**COURT:**  Circuit Court, Fifth Circuit, Florida
**ATTORNEY:** S. Williams, Miami
**DEPOSITION:** Yes       **TRIAL:** Yes
**REMARKS:** Arrest, use of force, negligent hire, retention and supervision, for plaintiff, 2003

**STYLE:**  Aldeman v City of Orlando
**COURT:**  U.S. District Court, Orlando
**ATTORNEY:** Jack Nichols, Orlando
**DEPOSITION:** No       **TRIAL:** Yes
**REMARKS:** Plaintiff followed in County, accident with plaintiff, for Plaintiff, 2003

**STYLE:**  Burkett v Alachua County Sheriff
**COURT:**  U.S. District Court, Gainesville, Florida
**ATTORNEY:** Willie Walker, Jacksonville, Florida
**DEPOSITION:**        **TRIAL:**
**REMARKS:** Plaintiff, mental prisoner, hog tied in jail and expired, for the Plaintiff 2003

**STYLE:**      Dutcher v City of Palm Bay
**COURT:**      Circuit Court, Brevard County
**ATTORNEY:** Robert Moletteire, Melbourne Fl.
**DEPOSITION:**              **TRIAL:**
**REMARKS:** Domestic violence case, pursuit and accident, subject and Plaintiff, for
Plaintiff, 2003


**STYLE:**      Conley v Sheriff, Putnam County, Fl.
**COURT:**      Circuit Court, Putnam County
**ATTORNEY:** Michael Woodward, Interlachen, Fl.
**DEPOSITION:**      Yes    **TRIAL:**   **Yes**
**REMARKS:**   At Raceway, fight, Deputy broke it up, for the Plaintiff, 2003


**STYLE:**      Boice v Volusia County
**COURT:**      Circuit Court, Volusia County, Fla.
**ATTORNEY:** Chris Wickersham, Daytona Beach
**DEPOSITION:**              **TRIAL:**
**REMARKS:** Search, seizure, handcuffed, issue of jurisdiction, for Plaintiff, 2003


**STYLE:**      Rasher v City of Palatka
**COURT:**      U.S. District Court, Jacksonville, Fl.
**ATTORNEY:** Paul Meridedith, Palatka, Fl.
**DEPOSITION:** No    **TRIAL:** No
**REMARKS:** Excessive force in arrest, for Plaintiff.  Case settled, 2003


**STYLE:**      Price and Harding v. Tampa P.D.
**COURT:**      Circuit Court, Hillsborough County, Fl.
**ATTORNEY:** Mark Wright, Tampa, Fl.
**DEPOSITION:**  Yes    **TRIAL:**
**REMARKS:** Chase after alleged burglary, accident, subject struck plaintiffs, for
Plaintiff, 2003


**STYLE:**      Cook v City of Ocala, Fl.
**COURT:**      Circuit Court, Fifth Judicial Circuit, Florida
**ATTORNEY:** Paul McMahon, Ft. Pierce, Fl.
**DEPOSITION:**  Yes    **TRIAL:**  No
**REMARKS:**  Officer fatally shot subject on a traffic and possible drug stop.
For the Plaintiff, 2004


**STYLE:**      Alford v Cumberland County, N.C.
**COURT:**      U.S. District Court, Eastern District of N.C. Eastern Division
**ATTORNEY:** Grainger Barrett, County Attorney, Cumberland County
**DEPOSITION:**              **TRIAL:**
**REMARKS:** Plaintiff was shot after plaintiff grabbed his weapon during drug raid.
For the Defendant, 2004

**STYLE:**      Marrero v City of Tampa P.D.,
**COURT:**      Circuit Court, 13th Judicial Circuit, Hillsborough County, Florida
**ATTORNEY:** Richard Hirsch, Tampa Fl.
**DEPOSITION:**      **Yes**    **TRIAL:**
**REMARKS:** Police Officer was shot and killed by subject. For the Plaintiff,2004


**STYLE:**      Graham et al v City of Fayetteville, N.C.
**COURT:**      U.S. District Court, Eastern District of N.C. Eastern Division
**ATTORNEY:** Ronnie Mitchell, Fayetteville, N. C.
**DEPOSITION:**      **TRIAL:**
**REMARKS:**  Police officers stopped black males reference anonymous phone call.
             For the Plaintiffs, 2004


**STYLE:**      Jones v Sheriff Pasco County, Florida.
**COURT:**       U.S. District Court, Middle District of Florida, Tampa Division
**ATTORNEY:** Joel Epperson, Tampa Fl.
**DEPOSITION:**      **TRIAL:**
**REMARKS:** Deputy shot jewelry storeowner claiming she had a gun.  For Plaintiff,
             2004


**STYLE:**      Gay v Sheriff Lancaster
**COURT:**      Federal, Jacksonville
**ATTORNEY:** Neil Henrichsen, Jacksonville Fl.
**DEPOSITION:**      **TRIAL:**
**REMARKS:** Off duty deputy pulled plaintiff into water, for Plaintiff, 2005


**STYLE:**      McCray v Ft. Lauderdale
**COURT:**      State Court
**ATTORNEY:** Marco Gonzales, Coral Gables, Fl.
**DEPOSITION:**      **TRIAL:**
**REMARKS:** Mental female shot at and attacked by police, for Plaintiff, 2005


**STYLE:**      Jane Doe v Bay County etc.
**COURT:**      Circuit Court, Bay County
**ATTORNEY:** Brian Hayes, Monticello, Fl.
**DEPOSITION:**      **TRIAL:**
**REMARKS:** Female prisoner raped by van driver, left refused to send her to hospital,
             for plaintiff, 2005

STYLE:        Lewis v England etc.
COURT:        U.S.District, Jacksonville
ATTORNEY:        Stephen DeNigris, Washington D.C.
DEPOSITION:                TRIAL:
REMARKS:  Navy personnel for DUI, duct taped the mouth, Plaintiff, 2005

STYLE:        Burkett v Alacuha County
COURT:        U.S. District Court, Gainesville Fl.
ATTORNEY:        W. Walker—Jacksonville Fl.
DEPOSITION:                TRIAL:
REMARKS:  Use of Taser on prisoner at jail, 2003, Plaintiff

STYLE:        Sparkman v Timber Sound Apts
COURT:        Circuit Court, Ninth Circuit, Orange County
ATTORNEY:        Carey Bos, Orlando
DEPOSITION:                TRIAL:
REMARKS:  Person killed for his custom car, 2006, Defense

STYLE:        Telfort v Annamays Corp.
COURT:        Circuit Ct, Ninth Circuit, Orange County
ATTORNEY:        Carey Bos, Orlando
DEPOSITION:                TRIAL:
REMARKS:  Subject killed his girlfriend during sex, 06, Defense

STYLE:        Rivera v Haines City, Fl.
COURT:        Circuit Court, Tenth Circuit, Polk County
ATTORNEY:        Howard Kay, Lake Wales, Fl.
DEPOSITION:                TRIAL:
REMARKS:  Auto accident, ref emergency call, 07, Plaintiff, Settled.

STYLE:        Mulkin v Hawthorne Groves Apartment
COURT:        Circuit Court, Ninth Circuit, Orange County, Fl
ATTORNEY:        Carey Bos, Orlando
DEPOSITION:                TRIAL:
REMARKS:  Plaintiff shot, killed by home invasion, 2006, Defense

STYLE:        Buckley v Sheriff, Washington County, Fl.
COURT:        U.S. District Court, Northern District, Fla.
ATTORNEY:        James Cook, Tallahassee
DEPOSITION:                TRIAL:
REMARKS:  Refused to sign ticket, Tasered many times, Resist/wo
                2006, Plaintiff

STYLE:      Alces v Harrison County
COURT:      U.S. District Court, Southern District, Mississippi
ATTORNEY:        Woody Pringle, Gulfport, Mississippi
DEPOSITION:                    TRIAL:
REMARKS:  Plaintiff beaten while in jail, jailors indicted for murder of others,
          2006, Plaintiff

STYLE:      Sills v City of Coconut Creek, Florida
COURT:      Circuit Court, 17th Judicial District, Broward County, Fj
ATTORNEY:        Kenneth Carman, Boca Raton, Fl.
DEPOSITION:                    TRIAL:
REMARKS:  Plaintiff arrested, taken to his home in another city, 2006, Defense

STYLE:      Marsh v City of Cocoa, Florida
COURT:      Circuit Court, 18th Circuit, Brevard County, Fl.
ATTORNEY:        Frank Molica, Merritt Island, Fl.
DEPOSITION:                    TRIAL:
REMARKS:  Subject being pursued, accident, 2006, Plaintiff

STYLE:      Williams v East Baton Rouge Parish Sheriff's Office, Louisiana
COURT:      19th District Court, Baton Rouge
ATTORNEY:        Dan Frazier, Baton Rouge, La.
DEPOSITION:                    TRIAL:
REMARKS:  Pursuit, plaintiff third party injured, 2006, Plaintiff

STYLE:      State v Ortiz
COURT:      Criminal Court, Orange County, Florida
ATTORNEY:        Derik Brett, Altamonte Springs, Fl.
DEPOSITION:                    TRIAL:
REMARKS:  Deputy charged with perjury in depo, 2007, Defense

STYLE:      Jane Doe v Jackson County and Bay County, Florida
COURT:      Circuit Court, 14th Judicial District, Jackson County, Fl.
            Circuit Court, 14th Judicial District, Bay County, Florida
ATTORNEY:        Brian Hayes, Monticello, Fl.
                 Coy Browning, Fort Walton Beach, Fl.
DEPOSITION:                    TRIAL:
REMARKS:  Plaintiff (Prisoner) raped while in transportation, 2006, Plaintiff

STYLE:      Peskowitz v Village of North Palm Beach
COURT:      Circuit Court 15th Circuit, Palm Beach, Florida
ATTORNEY:        Anthony Gonzales, Boca Raton, Fl.
DEPOSITION:                    TRIAL:
REMARKS:  Officer claimed sexual harassment and Whistleblower, 2006, Defense

**STYLE:**      Galvez v Bruce, Deputy, Hillsborough, Florida
**COURT:**      U.S. District Court, Middle District of Florida, Tampa
**ATTORNEY:**      Thomas Luka, Orlando Fl.
**DEPOSITION:**      Yes      **TRIAL:**
**REMARKS:**  Plaintiff arrested, use of force, 2007, Plaintiff


**STYLE:**      Felicia Meservey ( Minor), v Apartment Complex
**COURT:**
**ATTORNEY:**      George Brezina Jr, Tampa, Florida
**DEPOSITION:**      **TRIAL:**
**REMARKS:**  14 year old victim of rape as result of burglary, 2007, Plaintiff


**STYLE:**      Sullivan v Publix Super Markets,
**COURT:**      Circuit Court, 11th Judicial Circuit, Broward County, Florida
**ATTORNEY:**      Jason Glusman, Ft Lauderdale, Fl.
**DEPOSITION:**      **TRIAL:**
**REMARKS:**  Worker and customer had a fight, 2007, Defense

## Summary of Cases

|             | Plaintiff | Defense | Court Appointed | Total |
|-------------|-----------|---------|-----------------|-------|
| Police      | 51        | 14      | 3               | 68    |
| Corrections | 5         |         |                 | 5     |
| Security    | 17        | 17      |                 | 34    |
| Totals      | 73        | 31      | 3               | 107   |