```
===========================================================================================
-----------------------------------Docket Information-------------------------------------

Court Date.....: 05/03/2006
Case #/ OtherID: PD0600000587                    Citation Number: PD 06-00000240
Docket Number..: BLPDCTY 06-0000000551           Docket Type....: CRIMINAL MISDEMEANOR
Docket Status..: CLOSED                          Plea Status....: NOT GUILTY
Bonding Co.....:
Judge..........:
Officer #1.....: CITIZEN,ARREST                  Excused........: N
Officer #2.....: MANNING,KIT                     Excused........:
----------------------------------Defendent Information-----------------------------------

Last Name......: ALVES                           First Name...: KASEY
Middle Name....: DION          Suffix:           MNI #........: 0600000932
Address........: 00513 CLIFTON DR
City...........: DAYTON        State.: OH        Zip..........: 45408
Social Security#: 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                    Phone Number.:
DOB............: 03/21/1973    Age...: 33        Months.......:
Driver Lic.....: RV356737      State.: OH        Year.........: 2008
Height - Low...: 508                             Weight - Low.: 185
Height - High..: 508                             Weight - High: 185
Sex............: MALE          Race..: BLACK     Ethnicity....:
-----------------------------------Payment Information------------------------------------

Fine Amount:        $0.00    Paid Amount:        $0.00   Owed Amount:        $0.00
Bail Amount:        $0.00    Bond Amount:        $0.00
-----------------------------------------Charge #1----------------------------------------

Charge Code: 02401
Description: DISORDERLY CONDUCT               Charge Date.: 01/07/2006
Plea Status: NOT GUILTY
Verdict....: NOLLE PROSS                      Verdict Date: 05/03/2006
Speed Clock:                 Speed Limit:     Counts......: 01
Jail.......:                 Suspended..:     Probation...:
-----------------------------------------Charge #2----------------------------------------

Charge Code: 02603
Description: CRIMINAL TRESPASS                Charge Date.: 01/07/2006
Plea Status: NOT GUILTY
Verdict....: NOLLE PROSS                      Verdict Date: 05/03/2006
Speed Clock:                 Speed Limit:     Counts......: 01
Jail.......:                 Suspended..:     Probation...:
-----------------------------------------Charge #3----------------------------------------

Charge Code: 02301
Description: DRUNK IN PUBLIC                  Charge Date.: 01/07/2006
Plea Status: NOT GUILTY
Verdict....: NOLLE PROSS                      Verdict Date: 05/03/2006
Speed Clock:                 Speed Limit:     Counts......: 01
Jail.......:                 Suspended..:     Probation...:
```



CERTIFIED TRUE COPY
By _____ DC
Municipal Court, City of Biloxi



PLAINTIFF'S EXHIBIT "8"

```
----------------------------------Related Person #1----------------------------------
Person's Name: PRINGLE,WOODY                    Person Type: ATTORNEY
Address......:
City.........:                  State.:         Zip........:
Home #.......: (228)868-8355    Work #:
```