# MEDICAL RECORDS AFFIDAVIT

STATE OF MISSISSIPPI

COUNTY OF _Harrison_

    Personally appeared before me, the undersigned authority in and for the aforesaid jurisdiction, **COASTAL FAMILY HEALTH CENTER**, (or alternatively, _Linda Savage_ records custodian), who, upon his/her oath, stated that (1) he/she has first hand knowledge of the maintenance and/or storage of the attached records; (2) the attached records are a true and correct copy of the medical records that were kept in the regular course of the examination, evaluation, and/or treatment of **Kasey D. Alves; Date of Birth: 3/21/73; Social Security No.: 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;** and (3) the records were generated in the regular course and activities of **COASTAL FAMILY HEALTH CENTER,** and made at or near the time of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

    I certify the above declaration is true and correct under penalty of perjury.

_Linda Savage_
AFFIANT

Sworn to and subscribed before me, this _12th_ day of _February_, 200_8_.

_Christine Jones Maurice_
Notary Public

My Commission Expires:

_09/16/2009_

NOTARY PUBLIC STATE OF MISSISSIPPI AT LARGE
MY COMMISSION EXPIRES: Sept 16, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS

PLAINTIFF'S EXHIBIT "13"

Acct 20750
Reynoir
Biloxi

# LAW OFFICES OF
# DUKES, DUKES, KEATING & FANECA, P.A.

2909 13™ STREET, SIXTH FLOOR
GULFPORT, MISSISSIPPI 39501

WALTER W. DUKES
HUGH D. KEATING
CY FANECA
PHILLIP W. JARRELL
W. EDWARD HATTEN
TRACE D. MCRANEY
SUL OZERDEN*
WILLIAM SYMMES
BOBBY R. LONG

JE'NELL B. GUSTAFSON**
JASON B. PURVIS
DAVID N. DUHE'
HALEY N. BROOM
AMANDA MURRAY***

*also licensed in AL, FL, LA
**also licensed in CA
***also licensed in NC

WILLIAM F. DUKES,
(1927 - 2003)

P. O. DRAWER W
GULFPORT, MS 39502

TELEPHONE
228-868-1111

FAX
228-863-2886



Certify

January 21, 2008

Coastal Family Health Center
ATTN: Dr. Mbonu
683 Division Street
Biloxi, MS 3930

Re:  Kasey D. Alves v. Harrison County, Mississippi, by and through the Board of Supervisors; Harrison County Sheriff's Department; Sheriff George Payne, Jr.; David Decelle; Health Assurance, LLC; Regina Rhodes, Officially and in Her Individual Capacity; Ryan Teel, in His Official and Individual Capacity; Dianne Gatson-Riley, Officially and in Her Individual Capacity; and Unknown John and Jane Does A-Z, in Their Official And Individual Capacities
Civil Action No. 1:06cv912LGJMR
Our File No. 1811.098

To Whom It May Concern:

Our firm represents a defendant in a civil rights lawsuit which has been filed by Kasey D. Alves.

Please forward to us all records you have reflecting Kasey Alves' treatment by you including, but not limited to, the following:

1. Questionnaires
2. Histories
3. X-ray Reports
4. Office notes (handwritten and transcribed)
5. Surgical/Pathology Reports
6. All Hospital Records
7. Medical Reports and Summaries
8. Consultations
9. Any and all bills incurred for his/her care and treatment at your facility.

Enclosed is a medical authorization form which complies with HIPAA.

Also enclosed is a Records Affidavit for your convenience in certification of these records. The Affidavit will need to be signed in front of a notary public for proper certification. Once the records have been obtained and the Affidavit has been executed, please forward same to me at the above listed address.

If there is a charge for this service, please forward a statement with the records; however, if the charge exceeds $100, please contact me prior to processing this request.

Thank you in advance for your cooperation and attention in this matter.

Sincerely,

DUKES, DUKES, KEATING & FANECA, P.A.

Haley N. Broom

HNB:lh
Enclosures
cc:   Woodrow Pringle, Esq.

# AUTHORIZATION FOR RELEASE OF ALL RECORDS EXCEPT PSYCHOTHERAPY NOTES

Name: Kasey D. Alves

Date of birth: 3-21-73

Social Security Number: 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

I hereby authorize all health care providers, physicians, hospitals, clinics and institutions, medical facilities, mental health clinics, mental health hospitals, pharmacies, educational facilities, former and present employers, and Social Security Administration Disability Determination Services, The Internal Revenue Service and Department of Workers' Claims, to release all existing medical records and information regarding the above named individual's medical care, treatment, physical/mental condition, and medical expenses revealed by your observation or treatment of this individual in the past, present and future, as well as all educational and employment records, to the attention of

Trace D. McRaney, Esq.
Dukes, Dukes, Keating and Faneca, P.A.
P.O. Drawer W
Gulfport, MS 39502

I understand that this authorization includes information regarding the diagnosis and treatment of drug, alcohol, Acquired Immune Deficiency Syndrome (AIDS), and psychiatric and psychological disorders [*EXCEPT Psychotherapy Notes\* as defined by the Health Insurance Portability and Accountability Act 45 CFR 164.501, psychotherapy notes means notes recorded (in any medium) by a health care provider who is a mental health professional documenting or analyzing the contents of conversation during a private counseling session or a group, joint, or family counseling session and that are separated from the rest of the individual's record. Psychotherapy notes require a separate authorization.*] It also includes <u>original x-ray films</u> and reports, laboratory reports, <u>original CT scan films</u> and reports, <u>original MRI scan films</u> and reports, EEGs, EKGs, sonograms, arteriograms, fetal monitor strips, discharge summaries, photographs, surgery consent forms, informed consent forms regarding family planning, admission and discharge records, operation records, doctor and nurses notes, prescriptions, <u>medical bills, invoices</u>, histories, diagnoses, psychiatric treatment and counseling records, psychological treatment and counseling records, narratives, and any correspondence/memoranda and <u>billing information</u>. It also includes, to the extent such records currently exist and are in your possession, insurance records, including Medicare/Medicaid and other public assistance claims, applications, statements, eligibility material, claims or claim disputes, resolutions and payments, medical records provided as evidence of services provided, and any other document or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc). It also includes my <u>complete employment personnel file</u>, including attendance reports, performance reports, W-4 forms, W-2 forms, medical reports and/or any and all other records relating to my employment, past and present, and <u>all educational records</u>, including courses taken, degrees obtained, and attendance records. This listing is not meant to be exclusive. <u>Ex parte communications with physicians are not permitted pursuant to this Authorization.</u>

I, the undersigned individual am on notice that:

- Initiating this request for disclosure of protected health information, and any disclosure of the same pursuant hereto is at the request of the individual.
- Any health care provider disclosing the above requested information may not condition treatment, payment, enrollment or eligibility for benefits on whether the individual signs this authorization.
- This authorization can be revoked through written notice to_____, or to the individual above listed entities, except to the extent that action has been taken in reliance on this authorization. The undersigned is aware of the potential that protected health information disclosed pursuant to this authorization is subject to re-disclosure in a manner that will not be protected by HIPAA regulations.

**A photocopy of this authorization shall be considered as effective and valid as the original**, and this authorization will remain in effect until settlement or final disposition of __Alves__ vs. __Harrison Co.__ or five (5) years from the date of this authorization, whichever comes later.

I have carefully read and understand the above, and do herein expressly and voluntarily authorize the disclosure of the above information about, or medical records of, my condition to those persons or agencies listed above.

Date: 1-15-08

(Signature) Patient or Patient Representative

_____    _____
Printed Name of Patient's Representative    Relationship to Patient

_____
Description of Representative's Authority to Act for the Patient

**This authorization is designed to be in compliance with the Health Insurance Portability and Accountability Act ("HIPAA") 45 CFR Parts 160 and 164.**
*Psychotherapy notes excludes medication prescription and monitoring, counseling session start and stop times, the modalities and frequencies of treatment furnished, results of clinical tests, and any summary of the following items: diagnosis, functional status, the treatment plan, symptoms, prognosis, and progress date.*



# MEDICAL PROGRESS NOTE

NKDA

Pain scale: 0 NO HURT | 2 HURTS LITTLE BIT | 4 HURTS LITTLE MORE | 6 HURTS EVEN MORE | 8 HURTS WHOLE LOT | 10 HURTS WORST

NAME: Alves, Kasey   AGE: 33   MR#: ___   DATE: 1-9-07

VITAL SIGNS: HT 5'8  WT 213.0  T 98.3  P 88  R 18  BP 110/70

SUBJECTIVE: pt presents for refill on medication —
D. Shripple LPN
Ø smoker
Lyrica 75mg po qT 8° - need refill

Patient without complaint
Request prescription refill

OBJECTIVE:
Chest: CTA
CVS: S1 S2
Abd: soft, NTBS Ø
Neuro: conscious, alert, oriented

FUP ? not done
HIV test ) did not go for draw

A/P:
1. B/LE Neuropathic pain
2. Impaired gait tolerance
3. History of ligature injury B/LE

ASSESSMENT:
✓ prescription for Lyrica

PLAN:

REVIEWED PLAN/RECOMMENDATIONS WITH PATIENT CAREGIVER:
PROVIDER SIGNATURE: ___
DATE: 01/09/07
RTC: moving out of town



# MEDICAL PROGRESS NOTE

NKDA

Pain scale: 0 NO HURT / 2 HURTS LITTLE BIT / 4 HURTS LITTLE MORE / 6 HURTS EVEN MORE / 8 HURTS WHOLE LOT / 10 HURTS WORST — circled 5 @ leg @ foot

**NAME:** Kasey Alves    **AGE:** 33    **MR#:** ___    **DATE:** 9-6-06

**VITAL SIGNS:** HT 5'8  WT 203.0  T 98.5  P 80  R 18  BP 130/80

**SUBJECTIVE:** pt presents for check up & request refills on medications. ⊖ symptom on Lyrica 75 mg T po q8° — need refill. ⊖ smoker

**OBJECTIVE:**
Patient seen in follow up
Requests medication refills
Yet to do labs ordered in June
EXAM: Young black male, not in distress
Not in distress, not pale anicteric
CHEST: CTA
CVS: S1 S2
ABD: soft, NT, BS ⊕
NEURO: conscious, alert, oriented

**ASSESSMENT:** A/P Problem list as before

✓ Refill Lyrica
✓ FBS, 2hr GTT, Hep. profile

**PLAN:**

**REVIEWED PLAN/RECOMMENDATIONS WITH PATIENT/CAREGIVER:** [signature]    **RTC:** [illegible]
**PROVIDER SIGNATURE:** [signature]    **DATE:** 09/06/06




**MEDICAL PROGRESS NOTE**
NKDA

NAME: Alves, Kasey   AGE: 33   MR#: _____   DATE: 6-6-06
VITAL SIGNS: HT 5'8  WT 195.0  T 98.5  P 80  R 18  BP 140/80
SUBJECTIVE: pt presents for lab results ⊖ Thumper ⊖ con ⊖ smoker

OBJECTIVE: Patient seen in follow-up
He is yet to see Dr. Bowen
He states that he had physical therapy at Memorial hospital following his injury and that he has been discharged by physical therapy and told that he did not require any more physical therapy visits. Still c/o pain shooting from hamstrings to ® foot.

EXAM: Young black male, not in distress
Not pale, anicteric
CHEST: CTA
CVS: S1S2
ABD: Soft, NT, BS ⊕
Neuro: conscious, alert, oriented
MH: ® thigh/leg c̄ mild wasting, power good JT bilat

(A/P)
1) D Ligature injury ® LE
2) Foot drop ® LE
3) ® LE Neuropathic pain
4) ↑ ALT

ASSESSMENT:
Labs reviewed
glucose = 109
ALT = 59

PLAN:
FBG, 2h GTT
✓ Hep profile

REVIEWED PLAN/RECOMMENDATIONS WITH PATIENT/CAREGIVER: [signature]   DATE: 06/06/06   RTC: 1 mth
PROVIDER SIGNATURE: [signature]


**MEDICAL PROGRESS NOTE**
NKDA



NAME: Aless, Kasey  AGE: 33  MB#: ____  DATE: 12-8-06
VITAL SIGNS: HT 5'8  WT 212.0  T 98.3  P 84  R 18  BP 120/78

SUBJECTIVE: pt presents for follow up & refills on meds & lab results — ⊖ syncope ⊖ dyspnea ⊖smoker
Lyrica 75mg i po q 8° — need refill

Patient seen in follow up
Requests medication refills
Labs reviewed

OBJECTIVE: Exam: Young black male
not in distress, not pale,
anicteric
Chest: CTA
CVS: S1 S2
Abd: Soft NT BS ⊕
Neuro: Conscious, alert, oriented

ASSESSMENT: A/P ① Ligature injury ® LE
② ® LE Neuropathic pain
③ Impaired gluc tolerance

PLAN:
✓ HU, LFT, FLP
✓ Refill meds
✓ Counseled on diet/exercise

REVIEWED PLAN/RECOMMENDATIONS WITH PATIENT/CAREGIVER: [signature]
PROVIDER SIGNATURE: [signature]  DATE: 12/08/06  RTC: 2 mo

**LabCorp** — LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000
Phone: 205-581-3500

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | Page #: |
|---|---|---|---|---|
| 268-007-0311-0 | S | MB | COMPLETE | 1 |

ADDITIONAL INFORMATION    SS#: ***-**-6082

PHONE: 228-354-8822   DOB: 3/21/1973

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| ALVES, KASEY | M | 33 / 6 |

PT. ADD.:

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 9/25/2006 | 11:03 | 9/25/2006 | 9/26/2006 | 15:05 | 2445 |

**CLINICAL INFORMATION**
CD- 41120117176

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| MBONU, C | ALVES |

ACCOUNT: CFH Biloxi (Client)
683 Division Street
Biloxi    MS    39530-0000
ACCOUNT NUMBER: 23404919

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| Hepatitis Panel (4) | | | | |
| Hep A Ab, IgM | Negative | | Negative | MB |
| HBsAg Screen | Negative | | Negative | MB |
| Hep B Core Ab, IgM | Negative | | Negative | MB |
| HCV Ab | 0.2 | s/co ratio | 0.0 - 0.9 | MB |

Negative
Not infected with HCV, unless recent infection is suspected or other evidence exists to indicate HCV infection.

LAB: MB LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000
DIRECTOR: John Elgin N MD

PROVIDER COPY

| Pat Name: ALVES,KASEY | Pat ID: ALVES | Spec #: 268-007-0311-0 | Seq #: 2445 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

COASTAL FAMILY HEALTH CENTER
GULFPORT MS

NAME..............................DOB

ALVES, KASEY
CHART # NONE
DOB: 3-29-1973
PR: DR. MBONU
TECH: TRI

ID: 0
CVWB
05-16-06
15:53

```
                          Patient
                          Limits 2
WBC    5.9     x10^3/uL   4.5   11.0
LY    54.0  H  %         20.5   51.1
MO    13.0  H  %          1.7   12.0
GR    33.0  L  %         42.2   75.2
LY#    3.2     x10^3/uL   1.0    4.4
MO#    0.8     x10^3/uL   0.1    1.2
GR#    1.9     x10^3/uL   1.4    8.5
RBC    5.31    x10^6/uL   4.20   6.10
Hgb   14.6     g/dL      12.0   16.0
Hct   43.9     %         37.0   47.0
MCV   82.7     fL        81.0  100.0
MCH   27.4     pg        27.0   33.5
MCHC  33.2     g/dL      31.0   37.0
RDW   14.0     %         11.5   15.5
Plt  265.      x10^3/uL  130.   400.
MPV   10.5     fL         7.0   11.0
```

WBC HISTOGRAM          RBC HISTOGRAM          PLT HISTOGRAM

**ABNORMAL RESULT**

Provider Copy

COASTAL FAMILY HEALTH CF    ER
GULFPORT MS

NAME............................DOB

```
ID: 0                               05-16-06       ALVES, KASEY
CVWB                                   15:53       CHART # NONE
                                    Patient        DOB: 3-29-1973
                                    Limits 2       PR: DR. MBONU
WBC    5.9      x10^3/uL     4.5    11.0           TECH: TRI
LY    54.0  H   %           20.5    51.1
MO    13.0  H   %            1.7    12.0
GR    33.0  L   %           42.2    75.2
LY#    3.2      x10^3/uL     1.0     4.4
MO#    0.8      x10^3/uL     0.1     1.2
GR#    1.9      x10^3/uL     1.4     8.5
RBC    5.31     x10^6/uL     4.20    6.10
Hgb   14.6      g/dL        12.0    16.0
Hct   43.9      %           37.0    47.0
MCV   82.7      fL          81.0   100.0
MCH   27.4      pg          27.0    33.5
MCHC  33.2      g/dL        31.0    37.0
RDW   14.0      %           11.5    15.5
Plt  265.       x10^3/uL   130.    400.
MPV   10.5      fL           7.0    11.0
```

WBC HISTOGRAM          RBC HISTOGRAM          PLT HISTOGRAM

**ABNORMAL RESULT**

```
                    COASTAL FAMILY HEALTH CENTER
                    15024 Martin Luther King, Jr. Blvd
                        Gulfport, Ms. 39501-8306
        Phone: (228) 864-0003              FAX: (228) 863-7917

                          FINAL SAMPLE REPORT
                                                            Page: 1

Patient ID:    ALV                      Reported: 05/16/06 19:35
Patient Name: ALVES, KASEY              Doctor: CHARLES MBONU MD
DOB: 03/29/1973 Sex: F                  Location:
Comments:
------------------------------------------------------------------
Lab No:   06136057    Drawn: 05/15/06 08:00  Tech: TECH Rec'd: 05/16/06 19:19 Tech: VDD
Comments:
------------------------------------------------------------------
    PROCEDURE            NORMAL    ABNORMAL     UNITS      REFERENCE RANGE

*** COMPREHENSIVE METABOLIC PROFILE ***
GLUCOSE                              109   H   mg/dL       65  -    99
BUN                       14                  mg/dL        5  -    26
CREATININE                1.1                 mg/dL        0.5 -    1.5
BUN/CREAT RATIO          12.9                 CALC         8.0 -   36.0
SODIUM                    136                 mEq/L       134  -   149
POTASSIUM                 4.4                 mEq/L         3.5 -    5.5
CHLORIDE                   96                 mEq/L        94  -   112
CARBON DIOXIDE           28.3                 mEq/L        20.0 -   32.0
CALCIUM                   9.5                 mg/dL         8.2 -   10.6
TOTAL PROTEIN             7.5                 g/dL          6.0 -    8.5
ALBUMIN                   4.4                 g/dL          3.2 -    5.3
GLOBULIN                  3.2                 g/dL          2.0 -    4.8
A/G RATIO                 1.4                 CALC          0.6 -    2.2
ALK. PHOS.                 51                 U/L          39  -   130
ALT (SGPT)                           59   H   U/L           0  -    55
AST (SGOT)                 35                 U/L           0  -    40
TOTAL BILIRUBIN           0.8                 mg/dL         0.1 -    1.3
```

ABNORMAL RESULT

PROVIDER COPY



## MEDICAL PROGRESS NOTE
NKDA

Pain scale: 0 NO HURT, 2 HURTS LITTLE BIT, 4 HURTS LITTLE MORE (circled 5), 6 HURTS EVEN MORE, 8 HURTS WHOLE LOT, 10 HURTS WORST

**NAME:** Alves, Kasey  **AGE:** 33  **MR#:** ___  **DATE:** 5-10-06

**VITAL SIGNS:** HT 5'8"  WT 187.0  T 98.8  P 98  R 18  BP 130/90

**SUBJECTIVE:** pt presents for medication refill & release for work — L Thompson NP
* Lyrica 75 mg 1 po TID (needs refill)   ⊖ smoker

**OBJECTIVE:** 33 year old man with history of ligature injury to ® lower extremity below or at the knee in January this year. Patient was seen by Dr. Joe Jackson and referred to Dr. Bean Bowen. He is yet to see Dr. Bowen but intends to see him. Per records, patient had rhabdomyolysis and renal failure requiring hemodialysis at the time of the injury. He basically asks some questions about his ® lower extremity and his questions are answered. He has already obtained Lyrica from another clinic.

**ASSESSMENT:**
Chest: CTA
CVS: S1, S2
Abd: soft, NT, BS ⊕
Neuro: Conscious, alert, oriented

**PLAN:**
(A/P)
① History of ligature injury ® LE
② Foot drop ® LE
③ ® LE Neuropathic pain on Lyrica

✓ CBC, CMP
Follow c̄ Dr. Bowen

**REVIEWED PLAN/RECOMMENDATIONS WITH PATIENT/CAREGIVER:** [signature]
**PROVIDER SIGNATURE:** [signature]  **DATE:** 05/10/06  **RTC:** 1 month

# ADULT HEALTH HISTORY

NAME: Kasey D. Alves   DOB: 3-21-73   MR#: _____   DATE: 2 may 06
ALLERGIES: N/A   MEDICATIONS: Lyrica

Please check (✓) below any symptoms that the patient or patient's family members have or have had in the past: CODE: M(Mother) F(Father) MGM(Maternal Grandmother) MGF(Maternal Grandfather) PGM(Paternal Grandmother) PGF(Paternal Grandfather)

| SELF | FAMILY | PAST MEDICAL HISTORY | SELF | FAMILY | PAST MEDICAL HISTORY |
|------|--------|---------------------|------|--------|---------------------|
|      |        | Cancer              |      |        | Heart Murmur |
|      |        | Sugar Diabetes      |      |        | Heart Attack |
|      |        | Anemia/Low Blood    |      | M      | High Blood Pressure |
|      |        | Phlebitis/Blood Clots |    |        | Rheumatic Fever |
|      |        | Blood Transfusion   |      |        | Heart Disease |
|      |        | Leukemia            |      |        | Stroke |
|      |        | Hepatitis/Yellow Jaundice |  |    | Epilepsy, Seizures |
|      |        | Bleeding Disorder   |      |        | Nervous Problems |
| ✓    |        | Kidney Disorder     |      |        | Thyroid Problems |
|      |        | Bladder Infections  |      |        | Asthma, Hay Fever |
|      |        | Stomach Problems/Ulcers |  |        | Emphysema |
|      |        | Gall Bladder Problems |    |        | Tuberculosis |
|      |        | Liver Disease       | no   |        | Shortness of Breath |
|      |        | Arthritis           | no   |        | STD/~~Female~~ Infections |
|      |        | Bone Disease        | no   |        | Smoke Cigarettes |
|      |        | Muscle Disorder     | no   |        | Drink Alcohol |
|      |        | Swelling            | no   |        | Use other drugs |

Other Serious Illness or Injury? rhabomyolysis ischemic injury to muscles and nerves

Previous Surgery (Circle) Tonsils, Appendix, Gallbladder, Hernia, Breast, Tubal Ligation, Hysterectomy, C-Section, D&C, Other
N/A

Marital Status: Single   Living Arrangements: with Aunt
Sexually Active? yes   Practice Safe Sex? yes   Contraceptive Method? Condom
Females Only: Last Delivery ___ G. ___ P. ___ A. ___ L. ___ LMP ___
Last Menses: Normal ___ Abnormal ___ Length of Cycle ___
COMMENTS: _____

AUTHORIZATION FOR MEDICAL/DENTAL/OPTOMETRIC CARE:
Permission is hereby granted for any health care as may be deemed advisable by the providers of the COASTAL FAMILY HEALTH CENTER or by their consultants.
I agree that I have read and understand the above consent and will accept its terms.

Signature of Patient/Parent/Guardian   Date: 2 may 06
Signature of Staff Witness [LPN]   Date: 5-2-06

CFHC 11/90 INITIAL YEAR OF UPDATE: 2006 ___ 2009 ___ 2012 ___

# MEDICAL PROGRESS NOTE

Coastal Family Health Center

NKDA

Pain scale: 0 NO HURT, 2 HURTS LITTLE BIT, 4 HURTS LITTLE MORE, 6 HURTS EVEN MORE (circled), 8 HURTS WHOLE LOT, 10 HURTS WORST — 1 2 3 4 5 6 7 8 9 10 — R leg

NAME: Alves, Kasey   AGE: 33   MR#: 96   DATE: 5-2-06
VITAL SIGNS: HT 5'8"   WT 190   T 98.4   P 96   R 18   BP 136/70

SUBJECTIVE: pt presents for request written Rx for Lyrica 75 mg, request a work release for vocational rehab — K Shuppue LPN

Lyrica 75 mg 1 po TID * request refill    Ⓢ Smoker

OBJECTIVE: ⌀ P.E.  see letter from Wellness Restoration Clinic from Dr Jackson, Neurologist

ASSESSMENT: hx ischemic injuries Ⓡ leg.

PLAN: Refer to Dr. mBono to prescribe Lyrica (available on show the cause) and for clearance for work release. pt aware he may need to see a neurologist for clearance.

REVIEWED PLAN/RECOMMENDATIONS WITH PATIENT CAREGIVER: _____   RTC: 5-8-06
PROVIDER SIGNATURE: Deborah K Floyd CFNP   DATE: 5-02-06



# LABORATORY REPORTS

Patient's Name **Alves, Kasey**
MR Chart #: _____
Test Requested By: **Mbony**

❏ ROUTINE ANALYSIS          ❏ WET PREP
COLOR _____        WBC _____
APPEARANCE _____       TRICH _____
SP. GRAV.: I.O. _____    YEAST _____
NITRITE _____       CLUE CELL _____
PH _____       SQUAMOUS _____
PROTEIN _____       BACTERIA _____       ❏ Pregnancy Test _____
GLUCOSE _____       RBC _____       ❏ SED RATE _____
KETONES _____       ❏ FBS _____       ❏ HEMOCULT _____
UROBILINOGEN (NORMAL 0.110EU.) __  ❏ RBS _____   ❏ OTHER  **2° Glucose**
BILIRUBIN _____       ❏ STREP A                  **fasting   920       1080**
BLOOD _____                                   **820**
LEU _____       ❏ H - PYLORI              **finger  109    204    134**
EPITHELIAL _____
MUCUS _____                                   **UA   Neg   14    Normal**
WBC _____       ❏ HGB
RBC _____
CASTS _____
BACTERIA _____
CRYSTALS _____
YEAST _____
TRICHIMONAS _____
OTHER _____                Date **7/25/04**  Tech. _____

NAME **Alves, Kasey** _____  MR# _____

CFHC #90