```
 1                UNITED STATES DISTRICT COURT
 2           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 3                       SOUTHERN DIVISION
 4
 5   KASEY D. ALVES,
 6        Plaintiff,
 7        VS.                   CAUSE NO.: 1:06cv912 LG-JMR
 8   HARRISON COUNTY MISSISSIPPI, BY AND
     THROUGH THE BOARD OF SUPERVISORS;
 9   HARRISON COUNTY SHERIFF'S DEPARTMENT;
     SHERIFF GEORGE PAYNE, JR.; AND,
10   HEALTH ASSURANCE, LLC.,
11        Defendants.
12
13                          DEPOSITION
14                              OF
15                        WILLIAM MARTIN
16            Taken on behalf of the Plaintiff
17         1:41 p.m., Wednesday, March 12th, 2008
18                           before
19              Lisa H. Brown, CSR #1166
20
21
22
23                   COAST-WIDE REPORTERS
                       Court Reporters
24                    Post Office Box 95
              Biloxi, Mississippi  39533-0095
25                    (228) 374-5066
```



PLAINTIFF'S EXHIBIT "22"

CERTIFIED

1    A.    Not until after the fact.
2    Q.    That would've been after he was appointed
3  warden at the jail?
4    A.    Yes.
5    Q.    Look at the bottom of page three.
6    A.    Okay.
7    Q.    In the last paragraph it says, "Due to
8  inadequate staffing levels, poorly trained staff,
9  limited supervision, crowded conditions, failure to
10 follow established policies and procedures, inadequate
11 classification options and intake/release process that
12 is inefficient and ineffective, the Harrison County
13 Detention Center is neither safe nor is it secure."
14          Were you aware of that finding?
15   A.    Not from this particular report, but I was
16 aware of those conditions.
17   Q.    You didn't need this report to tell you that?
18   A.    No.  Mr. Cabana was basically telling us
19 that every time he saw us, and we were taking actions
20 to try and correct that.
21   Q.    Well, were you aware of these conditions
22 before Mr. Cabana was telling you about them?
23   A.    No.  I was aware -- let me put it like
24 this.  I was aware of the staffing issues, okay.  Let
25 me see what else this paragraph says.  I was aware of

```
 1  out, ain't it?
 2      Q.   Okay.  Did you ever have a chance to talk to
 3  Sheriff Payne about his concerns about violence in the
 4  booking area?
 5      A.   Prior to this or before this report?
 6      Q.   At any time.
 7      A.   Yeah, prior to this.  I haven't talked to
 8  sheriff after this report.  I haven't talked to the
 9  sheriff -- I can't even remember the last time I
10  talked to sheriff.  I know I talked to the sheriff
11  about my concerns about violence in the jail prior to
12  this report over a number of years.
13      Q.   What were your concerns about it?
14      A.   Well, periodically the Board received
15  written complaints from inmates that they were being
16  beaten.  We turned those complaints over to the
17  District Attorney's office for investigation.
18      Q.   You talked to the sheriff about your
19  concerns?
20      A.   Yeah.
21      Q.   What was his response to your concerns?
22      A.   That they were working on it.  That was the
23  purpose of -- one of the purposes of the Harrison
24  County Criminal Justice Coordinating Council was to
25  try and -- everything was related back to
```