```
 1              THE COURT:  You may call your next witness.
 2              MS. KRIGSTEN:  Thank you, Your Honor.  The government
 3    calls Leo DeGeorge.
 4                             LEO DEGEORGE
 5    was thereupon called as a witness for and on behalf of the
 6    government and, having been duly sworn, testified as follows:
 7                           DIRECT EXAMINATION
 8    BY MS. KRIGSTEN:
 9       Q.  Good afternoon.
10       A.  Good afternoon.
11       Q.  Will you please introduce yourself for the jury?
12       A.  My name is Leo DeGeorge.
13       Q.  Mr. DeGeorge, what is your profession?
14       A.  Now?
15       Q.  Yes.
16       A.  I work on the charter boats.
17       Q.  What do you do on the charter boats?
18       A.  Captain/deck hand.
19       Q.  Okay.  In fact, were you on a charter boat this week?
20       A.  Yes, ma'am.
21       Q.  When did you get off?
22       A.  They're daily.
23       Q.  Okay.  Did you previously work for the Harrison County
24    Sheriff's Department?
25       A.  Yes, ma'am.
```

MARGARET WASMUND, RMR, CRR

PLAINTIFF'S EXHIBIT "27"

```
 1   permission, I'd like Special Agent Wallace to help me display
 2   that restraint chair for the jury.
 3           THE COURT:  You can bring it out here in the open.
 4           MS. KRIGSTEN:  Thank you.
 5           THE COURT:  Can the jury see that?
 6           JUROR:  (Nods head up and down.)
 7   BY MS. KRIGSTEN:
 8   Q.  Mr. DeGeorge, is this the chair that you helped put Jessie
 9   Lee Williams into?
10   A.  Yes, ma'am.
11   Q.  I see that there are grooves in the back of the chair.  Is
12   that where Mr. Williams' arms were placed?
13   A.  Yes, ma'am.
14   Q.  At the time Mr. Williams was placed in the chair, how were
15   his arms positioned?
16   A.  Handcuffed behind his back.
17   Q.  Okay.  And was he wrapped up into anything?
18   A.  Yes, ma'am.  He had a vest -- a Velcro wrap around his
19   whole upper body.
20   Q.  Okay.  When you placed Mr. Williams in the chair, do you
21   know -- let me ask you a different question.  You said that you
22   placed Mr. Williams in the chair.  And what did you do next?
23   A.  I held his upper body against the chair so Deputy Teel
24   could secure the straps.
25   Q.  Why did you hold his upper body?
```

```
 1    A.   Just to make sure he didn't try to go anywhere, try to get
 2    up.
 3    Q.   Was Mr. Williams resisting at that time?
 4    A.   No.
 5    Q.   Was he doing anything at that time?
 6    A.   No, ma'am.
 7    Q.   Did you notice any injury to him at that time?
 8    A.   He had some blood coming from his mouth.
 9    Q.   Did you notice any blood from his ears?
10    A.   Not at that time.
11    Q.   What do you remember happening next?
12    A.   Deputy Teel secured one of the straps.  Once he got the
13    straps secured, he wrapped it around his hand, put his knee on
14    it, went all the way down to the ground to tighten up.  And as
15    he was coming back up, he struck Deputy -- I mean, Inmate
16    Williams in the face with his elbow.
17    Q.   And with the Court's indulgence, I'd like you to come down
18    from the witness stand and show the jury what strap you're
19    talking about.
20              THE COURT:  Can you, ladies and gentlemen of the
21    jury, see the chair?  All right.
22              MS. KRIGSTEN:  Would you like me to --
23              THE COURT:  Bring that chair over here where the jury
24    can see it, please.
25              MS. KRIGSTEN:  Yes, sir.
```

1  A.  He was on the opposite side of the chair.

2  Q.  And you testified that Deputy Teel knelt down?

3  A.  Right. On the strap to tighten it.

4  Q.  And you're talking about a strap over on this left side of

5  the chair?

6  A.  Yes, ma'am. I believe it was one of the -- one of these

7  that goes across like this. He --

8          THE REPORTER: I can't hear you, sir.

9  A.  He pulled it out, put his knee on it and put all his

10 weight down so he could tighten the strap.

11 Q.  And so this chair has a buckle like a seat belt buckle; is

12 that correct?

13 A.  Yes, ma'am.

14 Q.  And there's -- apart from the buckle, there's a strap that

15 comes out; is that correct?

16 A.  Yes, ma'am.

17 Q.  And Deputy Teel put his weight on this strap and took it

18 all the way down to the ground?

19 A.  Yes, ma'am.

20 Q.  Putting his weight on it?

21 A.  Yes, ma'am.

22 Q.  And when Deputy Teel was putting his weight on it, Jessie

23 Lee Williams was in the chair?

24 A.  Yes, ma'am.

25 Q.  And then what did you see Defendant Teel do?