```
----------------------------------------Docket Information--------------------------------------

Court Date.....: 05/03/2006
Case #/ OtherID: PD0600000587                     Citation Number: PD 06-00000240
Docket Number..: BLPDCTY 06-0000000551            Docket Type....: CRIMINAL MISDEMEANOR
Docket Status..: CLOSED                           Plea Status....: NOT GUILTY
Bonding Co.....:
Judge..........:
Officer #1.....: CITIZEN,ARREST                   Excused........: N
Officer #2.....: MANNING,KIT                      Excused........:

--------------------------------------Defendent Information-------------------------------------

Last Name......: (ALVES)                          First Name....: (KASEY)
Middle Name....: DION         Suffix:             MNI #.........: 0600000932
Address........: 00513 CLIFTON DR
City...........: DAYTON       State.: OH          Zip...........: 45408
Social Security#: 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                     Phone Number..:
DOB............: 03/21/1973   Age...: 33          Months........:
Driver Lic.....: RV356737     State.: OH          Year..........: 2008
Height - Low...: 508                              Weight - Low..: 185
Height - High..: 508                              Weight - High.: 185
Sex............: MALE         Race..: BLACK       Ethnicity.....:

---------------------------------------Payment Information--------------------------------------

Fine Amount:       $0.00    Paid Amount:      $0.00   Owed Amount:       $0.00
Bail Amount:       $0.00    Bond Amount:      $0.00
-------------------------------------------Charge #1--------------------------------------------

Charge Code: 02401
Description: DISORDERLY CONDUCT                   Charge Date.: 01/07/2006
Plea Status: NOT GUILTY
Verdict....: NOLLE PROSS                          Verdict Date: 05/03/2006
Speed Clock:             Speed Limit:             Counts......: 01
Jail.......:             Suspended..:             Probation...:
-------------------------------------------Charge #2--------------------------------------------

Charge Code: 02603
Description: CRIMINAL TRESPASS                    Charge Date.: 01/07/2006
Plea Status: NOT GUILTY
Verdict....: NOLLE PROSS                          Verdict Date: 05/03/2006
Speed Clock:             Speed Limit:             Counts......: 01
Jail.......:             Suspended..:             Probation...:
-------------------------------------------Charge #3--------------------------------------------

Charge Code: 02301
Description: DRUNK IN PUBLIC                      Charge Date.: 01/07/2006
Plea Status: NOT GUILTY
Verdict....: NOLLE PROSS                          Verdict Date: 05/03/2006
Speed Clock:             Speed Limit:             Counts......: 01
Jail.......:             Suspended..:             Probation...:
```



CERTIFIED TRUE COPY
By: KC
Municipal Court, City of [illegible]



PLAINTIFF'S EXHIBIT "6"

============================================================================

----------------------------------Related Person #1--------------------------------------

```
Person's Name:  PRINGLE,WOODY                          Person Type:  ATTORNEY
Address......:
City.........:                    State.:              Zip........:
Home #.......:  (228)868-8355     Work #:
```