





PLAINTIFF'S EXHIBIT "7"















