## MEDICAL RECORDS AFFIDAVIT

STATE OF MISSISSIPPI

COUNTY OF _Harrison_

Personally appeared before me, the undersigned authority in and for the aforesaid jurisdiction, **COASTAL FAMILY HEALTH CENTER**, (or alternatively, _Linda Savage_ records custodian), who, upon his/her oath, stated that (1) he/she has first hand knowledge of the maintenance and/or storage of the attached records; (2) the attached records are a true and correct copy of the medical records that were kept in the regular course of the examination, evaluation, and/or treatment of **Kasey D. Alves; Date of Birth: 3/21/73; Social Security No.: 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;** and (3) the records were generated in the regular course and activities of **COASTAL FAMILY HEALTH CENTER,** and made at or near the time of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

I certify the above declaration is true and correct under penalty of perjury.

_Linda Savage_
AFFIANT

Sworn to and subscribed before me, this _12th_ day of _February_, 200_8_

_Christine Amis Maurice_
Notary Public

My Commission Expires:

_09/16/2009_

NOTARY PUBLIC STATE OF MISSISSIPPI AT LARGE
MY COMMISSION EXPIRES: Sept 16, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS

PLAINTIFF'S EXHIBIT
11

LAW OFFICES OF

# DUKES, DUKES, KEATING & FANECA, P.A.

2909 13ᵀᴴ STREET, SIXTH FLOOR
GULFPORT, MISSISSIPPI 39501

WALTER W. DUKES
HUGH D. KEATING
CY FANECA
PHILLIP W. JARRELL
W. EDWARD HATTEN
TRACE D. MCRANEY
SUL OZERDEN*
WILLIAM SYMMES
BOBBY R. LONG

\*\*\*\*

JE'NELL B. GUSTAFSON\*\*
JASON B. PURVIS
DAVID N. DUHE'
HALEY N. BROOM
AMANDA MURRAY\*\*\*

*also licensed in AL, FL, LA
**also licensed in CA
***also licensed in NC

WILLIAM F. DUKES
(1927 - 2003)

P. O. DRAWER W
GULFPORT, MS 39502

TELEPHONE
228-868-1111

FAX
228-863-2886



January 21, 2008

Coastal Family Health Center
ATTN: Dr. Mbonu
683 Division Street
Biloxi, MS 3930

    Re:    Kasey D. Alves v. Harrison County, Mississippi, by and through the Board of Supervisors; Harrison County Sheriff's Department; Sheriff George Payne, Jr.; David Decelle; Health Assurance, LLC; Regina Rhodes, Officially and in Her Individual Capacity; Ryan Teel, in His Official and Individual Capacity; Dianne Gatson-Riley, Officially and in Her Individual Capacity; and Unknown John and Jane Does A-Z, in Their Official And Individual Capacities
Civil Action No. 1:06cv912LGJMR
Our File No. 1811.098

To Whom It May Concern:

Our firm represents a defendant in a civil rights lawsuit which has been filed by Kasey D. Alves.

Please forward to us all records you have reflecting Kasey Alves' treatment by you including, but not limited to, the following:

| | | | |
|---|---|---|---|
| 1. | Questionnaires | 5. | Surgical/Pathology Reports |
| 2. | Histories | 6. | All Hospital Records |
| 3. | X-ray Reports | 7. | Medical Reports and Summaries |
| 4. | Office notes (handwritten and transcribed) | 8. | Consultations |
| | | 9. | Any and all bills incurred for his/her care and treatment at your facility. |

Enclosed is a medical authorization form which complies with HIPAA.

Also enclosed is a Records Affidavit for your convenience in certification of these records. The Affidavit will need to be signed in front of a notary public for proper certification. Once the records have been obtained and the Affidavit has been executed, please forward same to me at the above listed address.

If there is a charge for this service, please forward a statement with the records; however, if the charge exceeds $100, please contact me prior to processing this request.

Thank you in advance for your cooperation and attention in this matter.

Sincerely,

DUKES, DUKES, KEATING & FANECA, P.A.

Haley N. Broom

HNB:lh
Enclosures
cc:   Woodrow Pringle, Esq.

## AUTHORIZATION FOR RELEASE OF ALL RECORDS EXCEPT PSYCHOTHERAPY NOTES

Name: Kasey D. Alves

Date of birth: 3-21-73

Social Security Number: 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

I hereby authorize all health care providers, physicians, hospitals, clinics and institutions, medical facilities, mental health clinics, mental health hospitals, pharmacies, educational facilities, former and present employers, and Social Security Administration Disability Determination Services, The Internal Revenue Service and Department of Workers' Claims, to release all existing medical records and information regarding the above named individual's medical care, treatment, physical/mental condition, and medical expenses revealed by your observation or treatment of this individual in the past, present and future, as well as all educational and employment records, to the attention of

Trace D. McRaney, Esq.
Dukes, Dukes, Keating and Faneca, P.A.
P.O. Drawer W
Gulfport, MS 39502

    I understand that this authorization includes information regarding the diagnosis and treatment of drug, alcohol, Acquired Immune Deficiency Syndrome (AIDS), and psychiatric and psychological disorders [*EXCEPT Psychotherapy Notes\* as defined by the Health Insurance Portability and Accountability Act 45 CFR 164.501, psychotherapy notes means notes recorded (in any medium) by a health care provider who is a mental health professional documenting or analyzing the contents of conversation during a private counseling session or a group, joint, or family counseling session and that are separated from the rest of the individual's record. Psychotherapy notes require a separate authorization.*] It also includes <u>original x-ray films</u> and reports, laboratory reports, <u>original CT scan films</u> and reports, <u>original MRI scan films</u> and reports, EEGs, EKGs, sonograms, arteriograms, fetal monitor strips, discharge summaries, photographs, surgery consent forms, informed consent forms regarding family planning, admission and discharge records, operation records, doctor and nurses notes, prescriptions, <u>medical bills, invoices</u>, histories, diagnoses, psychiatric treatment and counseling records, psychological treatment and counseling records, narratives, and any correspondence/memoranda and <u>billing information</u>. It also includes, to the extent such records currently exist and are in your possession, insurance records, including Medicare/Medicaid and other public assistance claims, applications, statements, eligibility material, claims or claim disputes, resolutions and payments, medical records provided as evidence of services provided, and any other document or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc). It also includes my <u>complete employment personnel file</u>, including attendance reports, performance reports, W-4 forms, W-2 forms, medical reports and/or any and all other records relating to my employment, past and present, and <u>all educational records</u>, including courses taken, degrees obtained, and attendance records. This listing is not meant to be exclusive. <u>Ex parte communications with physicians are not permitted pursuant to this Authorization.</u>

I, the undersigned individual am on notice that:

- Initiating this request for disclosure of protected health information, and any disclosure of the same pursuant hereto is at the request of the individual.
- Any health care provider disclosing the above requested information may not condition treatment, payment, enrollment or eligibility for benefits on whether the individual signs this authorization.
- This authorization can be revoked through written notice to_____
_____, or to the individual above listed entities, except to the extent that action has been taken in reliance on this authorization. The undersigned is aware of the potential that protected health information disclosed pursuant to this authorization is subject to re-disclosure in a manner that will not be protected by HIPAA regulations.

<u>A photocopy of this authorization shall be considered as effective and valid as the original</u>, and this authorization will remain in effect until settlement or final disposition of <u>Alves</u> vs. <u>Harrison Co.</u> or five (5) years from the date of this authorization, whichever comes later.

I have carefully read and understand the above, and do herein expressly and voluntarily authorize the disclosure of the above information about, or medical records of, my condition to those persons or agencies listed above.

Date: _____1-15-08_____   ___Kasey D. Alves_____
                                                                        (Signature) Patient or Patient Representative

_____   _____
Printed Name of Patient's Representative   Relationship to Patient

_____
Description of Representative's Authority to Act for the Patient

**This authorization is designed to be in compliance with the Health Insurance Portability and Accountability Act ("HIPAA") 45 CFR Parts 160 and 164.**
*\*Psychotherapy notes excludes medication prescription and monitoring, counseling session start and stop times, the modalities and frequencies of treatment furnished, results of clinical tests, and any summary of the following items: diagnosis, functional status, the treatment plan, symptoms, prognosis, and progress date.*

**MEDICAL PROGRESS NOTE**

Coastal Family Health Center

NKDA



NAME: Alves, Kasey   AGE: 33   MR#: ___   DATE: 1-9-07

VITAL SIGNS: HT 5'8  WT 213.0  T 98.3  P 88  R 18  BP 110/70

SUBJECTIVE: pt presents for refill on medication —
S. Thrush LPN

Ø smoker

Lyrica 75mg po q T 8° — need refill

Patient without complaint
Request prescription refill

OBJECTIVE:
Chest: CTA
CVS: S1 S2
Abd: soft, NTBS Ø
Neuro: conscious, alert, oriented

F/P (not done)
HIV test (did not go for draw)

A/P  ① ® LE Neuropathic pain
     ② Impaired gluc tolerance
     ③ History of ligature injury ® LE

ASSESSMENT:

✓ prescription for Lyrica

PLAN:

REVIEWED PLAN/RECOMMENDATIONS WITH PATIENT/CAREGIVER: ___   RTC: Move out of town

PROVIDER SIGNATURE: ___   DATE: 01/09/07



**MEDICAL PROGRESS NOTE**
*NKDA*

Pain scale: 0 NO HURT | 2 HURTS LITTLE BIT | 4 HURTS LITTLE MORE | 6 HURTS EVEN MORE | 8 HURTS WHOLE LOT | 10 HURTS WORST — ⑤ @ leg @ foot

NAME: Kasey Alves    AGE: 33    MR#:    DATE: 9-6-06
VITAL SIGNS: HT 5'8  WT 203.0  T 98.5  P 80  R 18  BP 130/80

SUBJECTIVE: pt presents for check up & request refills on medications. Neurontin ___ Lyrica 75 mg T po q8° - need refill ⊖ smoker

Patient seen in follow up
Requests medication refills
Yet to do labs ordered in June

OBJECTIVE: EXAM: Young black male, not in distress
Not in distress, not pale or icteric
CHEST: CTA
CVS: S₁ S₂
ABD: Soft, NT, BS ⊕
Neuro: Conscious, alert, oriented

ASSESSMENT: A/P ⊃ problem list as before

✓ Refill Lyrica
✓ FBG, 2hr GTT, Hep. profile

PLAN:

REVIEWED PLAN/RECOMMENDATIONS WITH PATIENT/CAREGIVER: [signature]    RTC: 1 month
PROVIDER SIGNATURE: [signature]    DATE: 09/06/06




**MEDICAL PROGRESS NOTE**
*NKDA*

**NAME:** Alves, Kasey  **AGE:** 33  **MR#:**  **DATE:** 6-6-06

**VITAL SIGNS:** HT 5'8  WT 195  T 98.5  P 80  R 18  BP 140/80

**SUBJECTIVE:** pt presents for lab results (signature)

**OBJECTIVE:** Patient seen in follow-up — ⊖ smoker
He is yet to see Dr. Bowen
He states that he had physical therapy at Memorial Hospital following his injury and that he has been discharged by physical therapy and told that he did not require any more physical therapy visits. Still c/o pain shooting from hamstrings to ® foot.

EXAM: Young black male, not in distress
Not pale, anicteric
CHEST: CTA
CVS: S1S2
ABD: soft, NT, BS ⊕
Neuro: conscious, alert, oriented
MH: ® thigh/leg c mild wasting
Power good, JR bilat
(ATP)

1) Ligature injury ® LE
2) Foot drop ® LE
3) ® LE Neuropathic pain
4) ↑ ALT

**ASSESSMENT:**
Labs reviewed
glucose = 109
ALT = 59

**PLAN:**
FBS, 2h GTT
✓ Hep- profile

**REVIEWED PLAN/RECOMMENDATIONS WITH PATIENT/CAREGIVER:** (signature)
**PROVIDER SIGNATURE:** (signature)  **DATE:** 06/06/06  RTC: 1 mth

# MEDICAL PROGRESS NOTE

NKDA

Pain scale: 0 NO HURT — 2 HURTS LITTLE BIT — 4 HURTS LITTLE MORE — 6 HURTS EVEN MORE — 8 HURTS WHOLE LOT — 10 HURTS WORST

NAME: Alles, Kasey       AGE: 33      MR#: _____     DATE: 12-8-06

VITAL SIGNS: HT 5'8  WT 212.0  T 98.3  P 84  R 18  BP 120/78

SUBJECT: pt presents for follow up & refills on meds & lab results — ① [illegible] on Lyrica 75mg 1 po q 8° — need refill  ② smoker

Patient seen in follow up
Requests medication refills
Labs reviewed

OBJECTIVE: Exam: Young black male
not in distress, not pale, anicteric

Chest: CTA
CV: S1 S2
Abd: Soft NT BS (+)
Neuro: Conscious, alert, oriented

ASSESSMENT:
① s/p crush injury ® LE
② ® LE Neuropathic pain
③ Impaired gluc tolerance

PLAN:
✓ HIV test, FLP
- Refill meds
- Counseled on diet/exercise

REVIEWED PLAN/RECOMMENDATIONS WITH PATIENT/CAREGIVER: [signature]   RTC: 2 mos
PROVIDER SIGNATURE: _____   DATE: 12/08/06

**LabCorp** LabCorp Birmingham
Laboratory Corporation of America
1801 First Avenue South, Birmingham, AL 35233-0000                Phone: 205-581-3500

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | | |
|---|---|---|---|---|---|
| 268-007-0311-0 | S | MB | COMPLETE | Page #: | 1 |

| ADDITIONAL INFORMATION | | SS#: ***-**-6082 |
|---|---|---|
| PHONE: 228-354-8822   DOB: 3/21/1973 | | |

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| ALVES, KASEY | M | 33 / 6 |

PT. ADD.:

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 9/25/2006 | 11:03 | 9/25/2006 | 9/26/2006 | 15:05 | 2445 |

**CLINICAL INFORMATION**
CD- 41120117176

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| MBONU, C | ALVES |

ACCOUNT: CFH Biloxi (Client)
683 Division Street
Biloxi                                            MS  39530-0000
ACCOUNT NUMBER:  23404919

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| Hepatitis Panel (4) | | | | |
| Hep A Ab, IgM | Negative | | Negative | MB |
| HBsAg Screen | Negative | | Negative | MB |
| Hep B Core Ab, IgM | Negative | | Negative | MB |
| HCV Ab | 0.2 | s/co ratio | 0.0 - 0.9 | MB |
| Negative | | | | |

Not infected with HCV, unless recent infection is suspected or other evidence exists to indicate HCV infection.

LAB: MB LabCorp Birmingham                           DIRECTOR: John Elgin N MD
1801 First Avenue South, Birmingham,  AL 35233-0000

**PROVIDER COPY**

| Pat Name: ALVES,KASEY | Pat ID: ALVES | Spec #: 268-007-0311-0 | Seq #: 2445 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

COASTAL FAMILY HEALTH CE    ER
GULFPORT MS

NAME............................DOB

ALVES, KASEY
CHART # NONE
DOB: 3-29-1973
PR: DR. MBONU
TECH: TRI

```
ID: 0                                05-16-06
CVWB                                    15:53
                                 Patient
                                 Limits 2
WBC    5.9      x10^3/uL     4.5    11.0
LY    54.0   H  %           20.5    51.1
MO    13.0   H  %            1.7    12.0
GR    33.0   L  %           42.2    75.2
LY#    3.2      x10^3/uL     1.0     4.4
MO#    0.8      x10^3/uL     0.1     1.2
GR#    1.9      x10^3/uL     1.4     8.5
RBC    5.31     x10^6/uL     4.20    6.10
Hgb   14.6      g/dL        12.0    16.0
Hct   43.9      %           37.0    47.0
MCV   82.7      fL          81.0   100.0
MCH   27.4      pg          27.0    33.5
MCHC  33.2      g/dL        31.0    37.0
RDW   14.0      %           11.5    15.5
Plt  265.       x10^3/uL   130.    400.
MPV   10.5      fL           7.0    11.0
```



WBC HISTOGRAM



RBC HISTOGRAM



PLT HISTOGRAM

ABNORMAL RESULT

Provider Copy

COASTAL FAMILY HEALTH CENTER
GULFPORT MS

NAME............................DOB

```
ID: 0                                    05-16-06
CVWB                                       15:53
                              Patient
                              Limits 2
WBC    5.9      x10^3/uL       4.5    11.0
LY    54.0   H  %             20.5    51.1
MO    13.0   H  %              1.7    12.0
GR    33.0   L  %             42.2    75.2
LY#    3.2      x10^3/uL       1.0     4.4
MO#    0.8      x10^3/uL       0.1     1.2
GR#    1.9      x10^3/uL       1.4     8.5
RBC    5.31     x10^6/uL       4.20    6.10
Hgb   14.6      g/dL          12.0    16.0
Hct   43.9      %             37.0    47.0
MCV   82.7      fL            81.0   100.0
MCH   27.4      pg            27.0    33.5
MCHC  33.2      g/dL          31.0    37.0
RDW   14.0      %             11.5    15.5
Plt  265.       x10^3/uL     130.    400.
MPV   10.5      fL             7.0    11.0
```

ALVES, KASEY
CHART # NONE
DOB: 3-29-1973
PR: DR. MBONU
TECH: TRI

WBC HISTOGRAM                RBC HISTOGRAM              PLT HISTOGRAM

**ABNORMAL RESULT**

**LAB COPY**

```
                    COASTAL FAMILY HEALTH CENTER
                    15024 Martin Luther King, Jr. Blvd
                         Gulfport, Ms. 39501-8306
         Phone: (228) 864-0003              FAX: (228) 863-7917

                          FINAL SAMPLE REPORT
                                                           Page: 1
```

| | | |
|---|---|---|
| Patient ID: ALV | Reported: 05/16/06 19:35 | |
| Patient Name: ALVES, KASEY | Doctor: CHARLES MBONU MD | |
| DOB: 03/29/1973  Sex: F | Location: | |
| Comments: | | |

Lab No:   06136057     Drawn: 05/15/06 08:00   Tech: TECH   Rec'd: 05/16/06 19:19   Tech: VDD
Comments:

| PROCEDURE | NORMAL | ABNORMAL | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| *** COMPREHENSIVE METABOLIC PROFILE *** | | | | |
| GLUCOSE | | 109 H | mg/dL | 65 - 99 |
| BUN | 14 | | mg/dL | 5 - 26 |
| CREATININE | 1.1 | | mg/dL | 0.5 - 1.5 |
| BUN/CREAT RATIO | 12.9 | | CALC | 8.0 - 36.0 |
| SODIUM | 136 | | mEq/L | 134 - 149 |
| POTASSIUM | 4.4 | | mEq/L | 3.5 - 5.5 |
| CHLORIDE | 96 | | mEq/L | 94 - 112 |
| CARBON DIOXIDE | 28.3 | | mEq/L | 20.0 - 32.0 |
| CALCIUM | 9.5 | | mg/dL | 8.2 - 10.6 |
| TOTAL PROTEIN | 7.5 | | g/dL | 6.0 - 8.5 |
| ALBUMIN | 4.4 | | g/dL | 3.2 - 5.3 |
| GLOBULIN | 3.2 | | g/dL | 2.0 - 4.8 |
| A/G RATIO | 1.4 | | CALC | 0.6 - 2.2 |
| ALK. PHOS. | 51 | | U/L | 39 - 130 |
| ALT (SGPT) | | 59 H | U/L | 0 - 55 |
| AST (SGOT) | 35 | | U/L | 0 - 40 |
| TOTAL BILIRUBIN | 0.8 | | mg/dL | 0.1 - 1.3 |

ABNORMAL RESULT

PROVIDER COPY

# MEDICAL PROGRESS NOTE

Coastal Family Health Center

NKDA

Pain scale: 5 (circled) — 0 No Hurt, 2 Hurts Little Bit, 4 Hurts Little More, 6 Hurts Even More, 8 Hurts Whole Lot, 10 Hurts Worst

**NAME:** Alves, Kasey   **AGE:** 33   **MR#:** ___   **DATE:** 5-10-06

**VITAL SIGNS:** HT 5'8  WT 187.0  T 98  P 98  R 18  BP 130/90

**SUBJECTIVE:** pt presents for medication refill & release ~~for work~~ — L/Thompson LPN

* Lyrica 75 mg 1 po TID (needs refill)   ⊖ smoker

**OBJECTIVE:** 33 year old man with history of ligature injury to ® lower extremity below or at the knee in January this year. Patient was seen by Dr. Joe Jackson and referred to Dr. Bean Bowen. He is yet to see Dr. Bowen but intends to see him. Per records, patient had rhabdomyolysis and renal failure requiring hemodialysis at the time of the injury. He basically asks some questions about his ® lower extremity and his questions are answered. He has already obtained Lyrica from another clinic.

**ASSESSMENT:**
Chest: CTA
CVS: S1, S2
Abd: soft, NT, BS ⊕
Neuro: conscious, alert, oriented

(A/P)
① History of ligature injury ® LE
② Foot drop ® LE
③ ® LE Neuropathic pain on Lyrica

**PLAN:**
✓ CBC, CMP
Follow ē Dr. Bowen

**REVIEWED PLAN/RECOMMENDATIONS WITH PATIENT/CAREGIVER:** [signature]
**PROVIDER SIGNATURE:** [signature]   **DATE:** 05/10/06   **RTC:** 1 month

# ADULT HEALTH HISTORY

NAME: Kasey D. Alves    DOB: 3-21-73    MR#: _____    DATE: 2 may 06
ALLERGIES: N/A    MEDICATIONS: Lyrica

Please check (✓) below any symptoms that the patient or patient's family members have or have had in the past: CODE: M(Mother) F(Father) MGM(Maternal Grandmother) MGF(Maternal Grandfather) PGM(Paternal Grandmother) PGF(Paternal Grandfather)

| SELF | FAMILY | PAST MEDICAL HISTORY | SELF | FAMILY | PAST MEDICAL HISTORY |
|---|---|---|---|---|---|
| | | Cancer | | | Heart Murmur |
| | | Sugar Diabetes | | | Heart Attack |
| | | Anemia/Low Blood | | M | High Blood Pressure |
| | | Phlebitis/Blood Clots | | | Rheumatic Fever |
| | | Blood Transfusion | | | Heart Disease |
| | | Leukemia | | | Stroke |
| | | Hepatitis/Yellow Jaundice | | | Epilepsy, Seizures |
| | | Bleeding Disorder | | | Nervous Problems |
| ✓ | | Kidney Disorder | | | Thyroid Problems |
| | | Bladder Infections | | | Asthma, Hay Fever |
| | | Stomach Problems/Ulcers | | | Emphysema |
| | | Gall Bladder Problems | | | Tuberculosis |
| | | Liver Disease | no | | Shortness of Breath |
| | | Arthritis | no | | STD/Female Infections |
| | | Bone Disease | no | | Smoke Cigarettes |
| | | Muscle Disorder | no | | Drink Alcohol |
| | | Swelling | no | | Use other drugs |

Other Serious Illness or Injury? rhabdomyolysis ischemic injury to muscles and nerves

Previous Surgery (Circle) Tonsils, Appendix, Gallbladder, Hernia, Breast, Tubal Ligation, Hysterectomy, C-Section, D&C, Other
N/A

Marital Status: Single    Living Arrangements: with Aunt
Sexually Active? yes    Practice Safe Sex? yes    Contraceptive Method? Condom
Females Only: Last Delivery __ G. __ P. __ A. __ L. __ LMP __
Last Menses: Normal __ Abnormal __ Length of Cycle __
COMMENTS: _____

AUTHORIZATION FOR MEDICAL/DENTAL/OPTOMETRIC CARE:
Permission is hereby granted for any health care as may be deemed advisable by the providers of the COASTAL FAMILY HEALTH CENTER or by their consultants.
I agree that I have read and understand the above consent and will accept its terms.

Signature of Patient/Parent/Guardian    Date: 2 may 06
Signature of Staff Witness LPN    Date: 5-2-06

CFHC 11/90 INITIAL YEAR OF UPDATE: 2006 ___ 2009 ___ 2012 ___

# MEDICAL PROGRESS NOTE

*Coastal Family Health Center*

NKDA

Pain scale: 0 No Hurt, 2 Hurts Little Bit, 4 Hurts Little More, 6 Hurts Even More (circled), 8 Hurts Whole Lot, 10 Hurts Worst — ® leg

**NAME:** Alves, Kasey   **AGE:** 33   **MR#:** /   **DATE:** 5-2-06

**VITAL SIGNS:** HT 5'8"  WT 190  T 98.4  P 96  R 18  BP 136/70

**SUBJECTIVE:** pt presents for request written Rx for Lyrica 75 mg, request a work release for Vocational Rehab — L. Thigpen LPN

Lyrica 75 mg 1 po TID * request refill — Stroker

**OBJECTIVE:** φ P.E.  see letter from Wellness Restoration Clinic from Dr. Jackson, Neurologist

**ASSESSMENT:** hx ischemic injuries ® leg.

**PLAN:** Refer to Dr. mBono to prescribe Lyrica (available on shore the care) and for clearance for work release; pt aware he may need to see a neurologist for clearance.

**REVIEWED PLAN/RECOMMENDATIONS WITH PATIENT CAREGIVER:** ____   **RTC:** 5-8-06

**PROVIDER SIGNATURE:** Deborah K Floyd FNP   **DAT[E]** 5-02-06



# LABORATORY REPORTS

☐ ROUTINE ANALYSIS    ☐ WET PREP    Patient's Name: Alves, Kasey
COLOR _____    WBC _____    MR Chart #: _____
APPEARANCE _____    TRICH _____    Test Requested By: Mbony
SP. GRAV.: I.O. _____    YEAST _____
NITRITE _____    CLUE CELL _____
PH _____    SQUAMOUS _____
PROTEIN _____    BACTERIA _____    ☐ Pregnancy Test _____
GLUCOSE _____    RBC _____    ☐ SED RATE _____
KETONES _____    ☐ FBS _____    ☐ HEMOCULT _____
UROBILINOGEN (NORMAL 0.110EU.) _____    ☐ RBS _____    ☐ OTHER 2° Glucose
BILIRUBIN _____    ☐ STREP A _____    fasting 920
BLOOD _____    _____    8:20    10:20
LEU _____    ☐ H-PYLORI _____    finger 109    204    134
EPITHELIAL _____
MUCUS _____    UA  Neg    14    Normal
WBC _____    ☐ HGB _____
RBC _____
CASTS _____
BACTERIA _____
CRYSTALS _____
YEAST _____
TRICHIMONAS _____    Date 7/25/04  Tech. AS
OTHER _____

NAME  Alves, Kasey                                        MR# _____

CFHC #90