```
 1              IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 2                       SOUTHERN DIVISION

 3    KASEY D. ALVES                            PLAINTIFF

 4
      VERSUS    CIVIL ACTION NO. 1:06cv912LG-JMR
 5

 6    HARRISON COUNTY MISSISSIPPI, BY      DEFENDANTS
      AND THROUGH THE BOARD OF SUPERVISORS;
 7    HARRISON COUNTY SHERIFF'S DEPARTMENT;
      SHERIFF GEORGE PAYNE, JR.; AND
 8    HEALTH ASSURANCE, LLC

 9
              DEPOSITION OF DOROTHY BLANKENSHIP
10    taken before Huey L. Bang, Certified Shorthand
      Reporter and Notary Public in and for the State
11    of Mississippi at 2217 Pass Road, Gulfport,
      Mississippi on the 15th day of January, 2008.
12

13    APPEARANCES:
        Representing the Plaintiff:
14          WOODROW W. PRINGLE, III, ESQUIRE
            2217 Pass Road
15          Gulfport, Mississippi 39501

16      Representing Harrison County Sheriff's
        Department:
17          TRACE D. McRANEY, ESQUIRE
            Dukes, Dukes, Keating & Faneca, P.A.
18          2909 13th Street
            Sixth Floor
19          Gulfport, Mississippi 39501

20      Representing Health Assurance, LLC:
            ROBERT H. PEDERSEN, ESQUIRE
21          Watkins & Eager
            300 Emporium Building
22          400 East Capital Street
            Jackson, Mississippi 39201
23
        Reported By:
24      Huey L. Bang, CSR #1147, RMR, CRR,
        Notary Public
25
```

PLAINTIFF'S EXHIBIT "18"

1   A.      Well, I was truthful with them.  I
2   told them that there was things going on that I
3   didn't go along with, that I didn't think were
4   right.
5   Q.      Okay.  Can you tell me what those
6   things were?
7   A.      Well, just incidents that were
8   happening, like abuse, and basically that was
9   it.
10  Q.      And when you say abuse, I'm not trying
11  to put words in your mouth, I'm trying to have
12  you explain to me what do you mean by abuse,
13  who was abusing who?
14  A.      Sometimes the officers were abusing
15  the residents.
16  Q.      When you would observe these types of
17  things, would you make a note of these?
18  A.      Yes, sir.
19  Q.      And where would you make a note of it?
20  A.      Well, usually, of course, made a
21  mental note, but I wrote it down and always
22  complained to someone, gave it written papers.
23  Q.      Who would you give it to?
24  A.      To Captain Gaston in booking.
25  Q.      Okay.  And did you do that on each

1  occasion that you observed some type of abuse
2  going on?
3  A.      Not on all occasions, but I started to
4  -- first, let's go back.  I always would tell
5  S1 or someone in charge.  I would go to them
6  and say hey, you know, I saw this, it's not
7  right, something needs to be done.
8  Q.      And when you say S1, what do you mean
9  by that?
10 A.      Well, it might have not been S1.  It
11 could have been whoever the lead person in
12 charge.  It could have been a lieutenant or
13 whoever was at that specific time was in
14 charge.
15 Q.      Is S1 a designation of a person in
16 charge?
17 A.      Yes, sir, usually the top ranking
18 officer would be S1.
19 Q.      Ranking officer on duty that
20 particular day?
21 A.      Yes, sir.
22 Q.      So you would go to that individual and
23 voice a verbal complaint?
24 A.      Yes, sir.
25 Q.      And after you voiced a verbal

```
 1    out some information from you.
 2    A.        The time frame was probably during the
 3    whole time.
 4    Q.        Okay.  And again, I'm just trying to
 5    find out information.  I'm not looking go hurt
 6    you, not looking to sue you, not looking to do
 7    anything to hurt you.  I know this isn't
 8    comfortable for you, so all I'm trying to do is
 9    find out what you know.  I'm trying to do this
10    as quickly as I can, honestly.  And I will get
11    you out of here as quick as I can.  I'm not
12    going to ask you about your son, if that's what
13    you are worried about.  I'm not going to ask
14    you about him.
15              So you would say that during the
16    entire time you've worked there, that you had
17    observed abuse and made complaints; is that
18    correct?
19    A.        Yes, sir.
20    Q.        And again, no one ever followed up
21    with your complaints or interviewed you after
22    you made your complaints?
23    A.        No one ever called me and said, hey,
24    explain what went on down there, no one ever
25    did that.  I mean, we would talk about it in
```

1   medical because we were all on the same page,
2   but no one -- because we don't work for the
3   Harrison County.  But no one from Harrison
4   County ever called me.
5   Q.       When you would say you would talk
6   about it in medical, talking about to other
7   people that worked there?
8   A.       Yes, sir.
9   Q.       Did you report the things that you
10  observed to anyone else other than the
11  sheriff's department officials?
12  A.       Just, I mean, working with people, you
13  know, we talked about stuff like that.
14  Q.       Okay.  Would you make notations in
15  your records of what you observed?
16  A.       In medical charts I would.
17  Q.       Okay.  So in that particular
18  resident's chart there would be some notation
19  of what you observed; is that correct?
20  A.       Correct.
21  Q.       And these charts were kept at the --
22  were they kept at the jail?
23  A.       They were kept in the medical
24  department.
25  Q.       And would you -- I know you said you

1   occasion that you observed some type of abuse?
2   A.      The best of my recollection I did.
3   Q.      At least if nothing else, you made a
4   verbal report to the officer in charge?
5   A.      Oh, yes, sir.
6   Q.      So on each occasion you made some type
7   of report either verbal or in writing; is that
8   correct?
9            MR. McRANEY:
10              Objection, asked and answered.
11  EXAMINATION BY MR. PRINGLE:
12  Q.      Is that correct?
13  A.      To the best of my knowledge, yes.
14  Q.      You mentioned Captain Gaston.  Do you
15  remember any of the other officers or officers
16  in charge that you ever made reports to
17  concerning abuse at the jail?
18  A.      I've told numerous on -- like Captain
19  Rogers, Sergeant Leonard, Sergeant Thompson,
20  anyone in authority, in charge.
21  Q.      And Captain Rogers, Sergeant Thompson,
22  do you remember any other names of people you
23  reported abuse to?
24           MR. McRANEY:
25              I don't mean to interrupt.  You