```
 1              UNITED STATES DISTRICT COURT

 2         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

 3                    SOUTHERN DIVISION

 4

 5   KASEY D. ALVES,

 6        Plaintiff,

 7        VS.                    CAUSE NO.: 1:06cv912 LG-JMR

 8   HARRISON COUNTY MISSISSIPPI, BY AND
     THROUGH THE BOARD OF SUPERVISORS;
 9   HARRISON COUNTY SHERIFF'S DEPARTMENT;
     SHERIFF GEORGE PAYNE, JR.; AND,
10   HEALTH ASSURANCE, LLC.,

11        Defendants.

12

13                        DEPOSITION

14                            OF

15                      WILLIAM MARTIN

16          Taken on behalf of the Plaintiff

17         1:41 p.m., Wednesday, March 12th, 2008

18                         before

19              Lisa H. Brown, CSR #1166

20

21

22

23                  COAST-WIDE REPORTERS
                       Court Reporters
24                   Post Office Box 95
                Biloxi, Mississippi  39533-0095
25                     (228) 374-5066
```

PLAINTIFF'S EXHIBIT "20"

1   A.   Not until after the fact.
2   Q.   That would've been after he was appointed
3   warden at the jail?
4   A.   Yes.
5   Q.   Look at the bottom of page three.
6   A.   Okay.
7   Q.   In the last paragraph it says, "Due to
8   inadequate staffing levels, poorly trained staff,
9   limited supervision, crowded conditions, failure to
10  follow established policies and procedures, inadequate
11  classification options and intake/release process that
12  is inefficient and ineffective, the Harrison County
13  Detention Center is neither safe nor is it secure."
14       Were you aware of that finding?
15  A.   Not from this particular report, but I was
16  aware of those conditions.
17  Q.   You didn't need this report to tell you that?
18  A.   No.  Mr. Cabana was basically telling us
19  that every time he saw us, and we were taking actions
20  to try and correct that.
21  Q.   Well, were you aware of these conditions
22  before Mr. Cabana was telling you about them?
23  A.   No.  I was aware -- let me put it like
24  this.  I was aware of the staffing issues, okay.  Let
25  me see what else this paragraph says.  I was aware of

```
 1  out, ain't it?
 2      Q.   Okay.  Did you ever have a chance to talk to
 3  Sheriff Payne about his concerns about violence in the
 4  booking area?
 5      A.   Prior to this or before this report?
 6      Q.   At any time.
 7      A.   Yeah, prior to this.  I haven't talked to
 8  sheriff after this report.  I haven't talked to the
 9  sheriff -- I can't even remember the last time I
10  talked to sheriff.  I know I talked to the sheriff
11  about my concerns about violence in the jail prior to
12  this report over a number of years.
13      Q.   What were your concerns about it?
14      A.   Well, periodically the Board received
15  written complaints from inmates that they were being
16  beaten.  We turned those complaints over to the
17  District Attorney's office for investigation.
18      Q.   You talked to the sheriff about your
19  concerns?
20      A.   Yeah.
21      Q.   What was his response to your concerns?
22      A.   That they were working on it.  That was the
23  purpose of -- one of the purposes of the Harrison
24  County Criminal Justice Coordinating Council was to
25  try and -- everything was related back to
```