```
 1                UNITED STATES DISTRICT COURT

 2          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

 3                     SOUTHERN DIVISION

 4

 5   KASEY D. ALVES,

 6        Plaintiff,

 7      VS.                    CAUSE NO.: 1:06cv912 LG-JMR

 8   HARRISON COUNTY MISSISSIPPI, BY AND
     THROUGH THE BOARD OF SUPERVISORS;
 9   HARRISON COUNTY SHERIFF'S DEPARTMENT;
     SHERIFF GEORGE PAYNE, JR.; AND,
10   HEALTH ASSURANCE, LLC.,

11        Defendants.

12

13                        DEPOSITION

14                            OF

15                       CONNIE ROCKO

16           Taken on behalf of the Plaintiff

17        2:26 p.m., Wednesday, March 12th, 2008

18                         before

19              Lisa H. Brown, CSR #1166

20

21

22

23                 COAST-WIDE REPORTERS
                     Court Reporters
24                  Post Office Box 95
              Biloxi, Mississippi  39533-0095
25                   (228) 374-5066
```



PLAINTIFF'S EXHIBIT "45"

```
 1                        - - -
 2                    CONNIE ROCKO,
 3   having first been duly sworn, was examined and
 4   testified as follows:
 5                        - - -
 6                      EXAMINATION
 7   BY MR. PRINGLE:
 8        Q.   Please state your name.
 9        A.   Connie Rocko.
10        Q.   Currently a member of the Harrison County
11   Board of Supervisors?
12        A.   Yes, sir.
13        Q.   For what period of time?  What years have
14   you served on the Board?
15        A.   2000 to present.
16        Q.   You have previously served as president of
17   the Board?
18        A.   Yes, sir.
19        Q.   On how many occasions?
20        A.   Once.
21        Q.   Do you remember what year that was?
22        A.   It was six months after the storm, so that
23   was 2006.  January 2006, that's right.
24        Q.   What is your understanding of the Board's
25   responsibility as concerning management of the
```