```
 1              UNITED STATES DISTRICT COURT

 2         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

 3                    SOUTHERN DIVISION

 4

 5  KASEY D. ALVES,

 6         Plaintiff,

 7     VS.                    CAUSE NO.: 1:06cv912 LG-JMR

 8  HARRISON COUNTY MISSISSIPPI, BY AND
    THROUGH THE BOARD OF SUPERVISORS;
 9  HARRISON COUNTY SHERIFF'S DEPARTMENT;
    SHERIFF GEORGE PAYNE, JR.; AND,
10  HEALTH ASSURANCE, LLC.,

11         Defendants.

12

13                      DEPOSITION

14                         OF

15                    MARLIN LADNER

16          Taken on behalf of the Plaintiff

17        11:33 a.m., Wednesday, March 12th, 2008

18                       before

19             Lisa H. Brown, CSR #1166

20

21

22

23              COAST-WIDE REPORTERS
                  Court Reporters
24               Post Office Box 95
           Biloxi, Mississippi  39533-0095
25                 (228) 374-5066
```



PLAINTIFF'S EXHIBIT "46"

```
 1                    MARLIN LADNER,
 2   having been produced and first duly sworn, was examined
 3   and testified as follows:
 4                         - - -
 5                      EXAMINATION
 6   BY MR. PRINGLE:
 7         Q.    Please state your name.
 8         A.    Marlin Ladner.
 9         Q.    Mr. Ladner, you are currently a member of the
10   Harrison County Board of Supervisors?
11         A.    Yes.
12         Q.    For what years did you serve as a member of
13   the Board?
14         A.    From 2000 to the present.
15         Q.    And during your service as a member of the
16   Board, what is the Board's role in the management or
17   the operation of the Harrison County Adult Detention
18   Center?
19         A.    The responsibility of the Board is to provide
20   a budget for the operation of the detention center.
21         Q.    Does the Board have any other role in the
22   management of the detention center?
23         A.    No, sir.
24         Q.    I show you Exhibit 1, which is a January 12,
25   1995 Consent Judgment entered in United States District
```

```
 1              Do you see that?
 2       A.   Yes, sir.
 3       Q.   Did Dr. Cabana ever tell you what those
 4  changes have been?
 5       A.   I specifically recall that, of course, the
 6  chair that was used -- what did they call it?
 7            MR. MEADOWS:  Restraint.
 8       A.   Restraint chair.  I know he disbanded the use
 9  of the restraint chair.  He indicated that to us.
10  BY MR. PRINGLE:
11       Q.   Do you recall any others, any other
12  specifics?
13       A.   I can't recall any other specifics.
14       Q.   Do you keep any independent notes of what
15  happens during Board meetings or executive sessions?
16       A.   No, sir.
17       Q.   Look at page eight.  It's actually paragraph
18  -- it's numbered paragraph one at the top.  Do you see
19  that?
20       A.   Yes, sir.
21       Q.   It says, "An overall concern by Captain
22  Rodgers that, overall, policy and procedures were not
23  being adhered to in the intake area."  Were you aware
24  of that?
25       A.   No, sir.
```