General Order #44
Harrison County Sheriff's Department
October 15, 2002

*George Payne, Jr, Sheriff*

## CORRECTIVE MEASURES

1. **SCOPE:**

    This policy is directed to all employees of the Harrison County Sheriff's Department.

2. **PURPOSE:**

    The purpose of the General Order is to establish a uniform and incremental system of corrective measures. The primary intent is to maintain good order and structure within the department.

    It is imperative for each employee to obey established regulations and exercise sound judgment at all times. It is the responsibility of each supervisor to maintain the proper discipline among his/her subordinates.

3. **POLICY STATEMENT:**

    Harrison County Sheriff's Department policy is that all corrective measures be administered at the lowest level of supervision with the least severe actions warranted by the seriousness of the infraction.

4. **TYPES OF CORRECTIVE ACTION:**

    A supervisor may consider any two actions of equal or greater severity administered to an employee as constituting a trend of irresponsible or incompetent behavior. Any subsequent behavior or problems may be dealt with by more severe measures.

    The following types of corrective actions are listed from the least severe to the most severe:

General Order #44 - October 15, 2002                                         1

PLAINTIFF'S EXHIBIT "50"

    (g) Under the influence of alcohol or any other substance while on duty generally known to alter an individual's ability to reason or function in a normal manner.

    (h) Brutality toward citizens, prisoners or co-workers.

    (i) Knowingly and willingly using a firearm in violation of departmental general order/policy.

    (j) Falsifying a statement(s) on the employee's application.

    (k) Accepting money, goods, or services in exchange for protecting illicit operations or granting any special considerations to any person(s).

    (l) Willful disobedience of orders.

5. Who Will Administer Corrective Measures:

Any supervising employee can initiate corrective measures but a supervisor in the employee's chain of command should implement the process. Unless special circumstances exist, the employee's immediate supervisor will implement the corrective measure process.

6. The Corrective Measure Process:

The initiating supervisor will prepare a Notification of Intent form by listing the details of the act or omission. This form will be forwarded to the employee's immediate supervisor at which time, the implementation process will begin.

The immediate supervisor will explain to the employee in private the reasons for the corrective measure. The employee will be advised of his/her rights to appeal the corrective measure.

  A. <u>Appeal Process:</u>

    1. The employee will sign the Notification of Intent form to acknowledge notification of the corrective measure. The employee will indicate if he/she desires to appeal the measure to a higher level.

General Order #44 - October 15, 2002        8

 (g) Refusal or failure to respond to a police call and/or a request for assistance by another officer in a potentially hazardous situation.

 (h) Making a false official statement regarding any incident.

 (i) Advising or encouraging any other employee to disobey or evade a department general order or policy.

F. DISMISSAL:

This is the ultimate Corrective Measure to behavior/performance problems and should be taken as a last resort.

Dismissal from employment is a grave matter and should be carefully and thoughtfully considered. The situations listed below are examples of instances in which dismissal is appropriate:

1. The following list is not considered all inclusive but provides the instances in which dismissal may be used as the final act in a continuing pattern of corrective measures:

    (a) Minor infractions of departmental regulations and policies after other corrective measures have been administered without significant improvement in the overall performance/conduct.

    (b) Lapses in operational efficiency after other corrective measures have been administered without significant improvement in the overall performance/conduct.

    (c) Unreceptive to training and/or failure to cooperate with a training instructor or training program after a less sever corrective measure has been administered without significant improvement in overall performance/conduct.

    (d) Failure to comply with a lawful order from a higher ranking employee.

    (e) Failures to make a good faith effort to correct overall behavior/performance problems after less severe corrective measures have been administered.

    (f) Disruptive influence to the good order and discipline of the department.

    (g) Under the influence of alcohol or any other substance while on duty generally known to alter an individual's ability to reason or function in a normal manner.