# INDEX FOR EXHIBIT "54"

| 1 | 11/5/05 | Inmate Darryl Simmons was assaulted and threatened |
|---|---------|---|
| 2 | 11/9/05 | Inmate Jill Dickey was choked and assaulted |
| 3 | 11/21/05 | Inmate Ryan Lester assaulted |
| 4 | 11/16/05 | Inmate Charlie Daniel assaulted |
| 5 | 11/25/05 | Inmate Thomas Parks assaulted and threatened |
| 6 | 11/28/05 | Inmate David Thomas beaten, OC spray applied and tazer used |
| 7 | 12/24/05 | Inmate Larry Fairley assaulted |



PLAINTIFF'S
EXHIBIT
"54"
PENGAD-Bayonne, N. J.

Harrison County Adult Detention Center
George Payne, Jr., Sheriff

Inmate Request Form

Date of Request: 11/5/05

Docket #: 275763  Date Incarcerated: 11/5/05  Block B  Section C

Inmate Name: Darryl Simmons  DOB: 9/17/89

Social Security Number: Don't know  Case Number: Don't Know

Charge: Sex Crime  Cause Number: Don't know

(Check One Only)

1. Booking Records / Property  _____
2. GED – Life Skills  _____
3. Inmate Accounts / Indigent  _____
4. Grievances / Shift Supervisor  ✓
5. Majors / Captains  _____
6. Counseling  _____
7. Chaplain  _____
8. Reclassification  _____
9. Other  _____

Explain Need Below:

#230 CUMMings

I don't know why He
keep on calling me Bitch's, week pussy
He keep coming in my face saying He
want to fuck me up. He slapped
me in my face and He said every time
I come in here I'm gone to do it again.

Staff Response:          (Inmate do not write below this line)

Snt To CAPT Taylor

Date Received: NOV 0 8 2005  Date Completed:  Date Filed:
By: E. TARPLEY #267  By:  By:

Harrison County Adult Detention Center
George Payne, Jr., Sheriff

Inmate Request Form

Date of Request: 11/9/05

Docket #: 278634    Date Incarcerated: 11/    Block D    Section C

Inmate Name: Jill Patrice Dickey    DOB: 10-30-73

Social Security Number: 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    Case Number: _____

Charge: Curfew violation in Pass Christian    Cause Number: _____
        & DL not valid

(Check One Only)

1. Booking Records / Property        _____
2. GED – Life Skills                 _____
3. Inmate Accounts / Indigent        _____
4. Grievances / Shift Supervisor     _____
5. Majors / Captains                   X
6. Counseling                        _____
7. Chaplain                          _____
8. Reclassification                  _____
9. Other                             _____

Explain Need Below:

I was caught passing a note to the dorm next door. The
Sergeant who caught me (Sgt. Caldwell) put her hands
around my throat & choked me for about 30 seconds &
slammed the back of my head into the cement wall. I
deserved a write up for my action, but brutality
was not called for. I want to know why this
happend & why it's allowed.

Staff Response:        (Inmate do not write below this line)

Snt To CAPT Taylor

| Date Received: NOV 1 0 2005 | Date Completed: | Date Filed: |
|---|---|---|
| By: E. TARPLEY #267 | By: | By: |

*Attention Capt Taylor*

## Harrison County Adult Detention Center
### George Payne, Jr., Sheriff

## Inmate Request Form

ID#

Date of Request: 11-21-05

Docket #: 279091    Date Incarcerated: 11-15-05    Block C    Section E

Inmate Name: RYAN LESTER    DOB: 7-10-62

Social Security Number: 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    Case Number: _____

Charge: PROBATION VIOLATION    Cause Number: _____

(Check One Only)

1. Booking Records / Property    ____
2. GED – Life Skills    ____
3. Inmate Accounts / Indigent    ____
4. Grievances / Shift Supervisor    ✓
5. Majors / Captains    ____
6. Counseling    ____
7. Chaplain    ____
8. Reclassification    ____
9. Other    ____

Tippits

Explain Need Below:

ON THE EVENING OF 11-20-05 OFFICER Tippits ENTERED
C-E AND ORDERED ME AND SEVEREL OTHERS THAT WERE
SLEEPING ON DAY ROOM FLOOR RACKS TO GET INTO CELLS. HE ORDERED
ME UPSTAIRS TO 240. I EXPLAINED TO HIM I HAD MEDICAL PROBLEMS (SEVERED
ACHILLES TENDEN) AND I ASKED HIM TO CALL MEDICAL. THEY WOULD
HAVE TOLD HIM I CANNOT CLIMB STAIRS OR STAY IN TOP RACK.
BUT HE DID NOT AND HE KEPT INSISTING I GO UPSTAIRS. SO I ACK TO
TALK TO THE SARGENT ON DUTY. THEN HE ASKED ME TO GO WITH H
OUT IN THE HALL. SO I WAS GOING TO THE DOOR AND HE PUSHED ME BECAUSE
I WAS NOT WALKING FAST ENOUGH THEN WHEN HE GOT ME ME OUT OF
THE CELL BLOCK HE BEAT ME; HE PUT HIS KNEE MANY TIMES INTO MY

Staff Response: Thigh.    (Inmate do not write below this line) PLEASE DO PROPER ACTIO

Snt To CAPT Taylor

| Date Received: NOV 2 2 2005 | Date Completed: | Date Filed: |
|---|---|---|
| By: E. TARPLEY #267 | By: | By: |

Harrison County Adult Detention Center
George Payne, Jr., Sheriff

## Inmate Request Form

Date of Request: _____

Docket #: 278714    Date Incarcerated: _____    Block D    Section E

Inmate Name: Charlie Daniel    DOB: 10-17-54

Social Security Number: 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    Case Number: _____

Charge: Assault on Inmate ~~Petty Larceny~~    Cause Number: _____

(Check One Only)

1. Booking Records / Property    _____
2. GED – Life Skills    _____
3. Inmate Accounts / Indigent    _____
4. (Grievances) /Shift Supervisor    ✓
5. Majors / Captains    _____
6. Counseling    _____
7. Chaplain    _____
8. Reclassification    _____
9. Other    _____

Explain Need Below:

I Charlie Daniel want to File Charge on Odpity Lifsome For assault on an Inmate.

Staff Response: _____ (Inmate do not write below this line)

Snt To CAPT Taylor

| Date Received: NOV 1 6 2006 | Date Completed: | Date Filed: |
|---|---|---|
| By: E. TARPLEY #267 | By: | By: |

Harrison County Adult Detention Center
George Payne, Jr., Sheriff

# Inmate Request Form

Date of Request: 11-25-05

Docket #: 566098 Date Incarcerated: 12-21-04 Block B Section E

Inmate Name: Thomas Troy Parks DOB: 5-24-80

Social Security Number: 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 Case Number: _____

Charge: Armed Robbery Cause Number: _____

**(Check One Only)**

1. Booking Records / Property _____
2. GED – Life Skills _____
3. Inmate Accounts / Indigent _____
4. (Grievances) / Shift Supervisor ✓
5. Majors / Captains _____
6. Counseling _____
7. Chaplain _____
8. Reclassification _____
9. Other _____

Explain Need Below:

I. Thomas T Parks was Beaten, Tormented, Tazered and sprayed in the EYES 2 times by Sgt. Caldwell, Deputy Lamey, Deputy Roperson and F.T.O Blankership all Because F.T.O Hester was working in the Tower and she miss Identified me with another inmate, she claimed that I came out my Room at an unauthorized time but in all actuality, it was my Deseqnated time to be out (check log Books) (on 11-22-05 I'm Located in B/E cell 233) My Reason for this Grievance is to advise whoms ever in charge that I was wrongfully Beaten for no Reason, and I'm scared for my Life from the above forsaid officers.

Staff Response: (Inmate do not write below this line)

Fwd to Capt. Taylor

| Date Received: | Date Completed: | Date Filed: |
|---|---|---|
| By: E. TARPLEY #267 | By: | By: |

Harrison County Adult Detention Center
George Payne, Jr., Sheriff

## Inmate Request Form

Date of Request: 11/28/05

Docket #: 274765  Date Incarcerated: 7/11/05  Block B  Section A

Inmate Name: David L. Thomas  DOB: 2/23/61

Social Security Number: 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  Case Number: _____

Charge: Aggrevated Assault  Cause Number: _____

(Check One Only)

1. Booking Records / Property      _____
2. GED – Life Skills               _____
3. Inmate Accounts / Indigent      _____
4. Grievances / Shift Supervisor   _____
5. Majors / Captains               _____
6. Counseling                      _____
7. Chaplain                        _____
8. Reclassification                _____
9. Other                           _____

Explain Need Below:

I'm filing assault charges against officers ;Lenny; Christian ; Blakenship and Sgt Couldwell. I was severly beating, massed, and tazzed before Officer LeBauve found me to be not guilty and dismissed the charges against me. I'm now suffering from a shoulder, hip + thigh injurys and have frequent Migrains.

Staff Response:        (Inmate do not write below this line)

Snt To CAPT Taylor

| Date Received: NOV 2 8 2005 | Date Completed: | Date Filed: |
|---|---|---|
| By: E. TARPLEY #267 | By: | By: |

Harrison County Adult Detention Center
George Payne, Jr., Sheriff

## Inmate Request Form

Date of Request: 12-24-05

Docket #: 266373  Date Incarcerated: _____  Block D  Section F

Inmate Name: Larry Fairely  DOB: 9-21-65

Social Security Number: 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  Case Number: _____

Charge: Sexual Battery  Cause Number: _____

(Check One Only)

Larry Fairley
Daniel Terry
Ed Bulwer
Heath ____
Brian William

With God Father

1. Booking Records / Property     ___
2. GED – Life Skills              ___
3. Inmate Accounts / Indigent     ___
4. Grievances / Shift Supervisor  ___
5. Majors / Captains              ✓
6. Counseling                     ___
7. Chaplain                       ___
8. Reclassification               ___
9. Other                          ___

Explain Need Below:

The whole section of D/E has a complaint on officer Perez. He comes in to work hung over with a chip on his shoulder and takes it out on the inmates he don't like or the ones he thinks is weak. He curses everybody and slams doors all day just so he can make somebody mad so he can spray them. It's very ~~~~~ un professional and it's abuse of athouroty. Please check into this man over. He Has Come To my cell, Telling me I Talk To much. I need to Shut up. I am Forty Two year Old. I don't Have To Take THIS, I am in Fear of my life

Staff Response:          (Inmate do not write below this line)

Fwd to Capt. Taylor

Date Received:  DEC 2 9 2005  Date Completed: _____  | Date Filed: _____
By: E. TARPLEY #267  | By: _____  | By: _____