## INDEX FOR EXHIBIT "55"

| 1 | 11/10/05 | Inmate Alicia Carmack placed in restraint chair |
|---|---|---|
| 2 | 11/12/05 | Inmate Samuel Poulos "secured" to the bench in holding cell number 5 |
| 3 | 11/12/05 | X-26 taser deployed on inmate Lee Walters |
| 4 | 11/12/05 | Inmate Henry Cooper taken to the ground on two occasions and secured to the bench |
| 5 | 11/18/05 | Inmate Terry Palmer taken to the floor in a controlled manner, secured to the bench in holding cell number 5 and then placed in the restraint chair |
| 6 | 11/17/05 | Inmate Clinton Waltman struck in the common peroneal region of the left thigh |
| 7 | 11/17/05 | Inmate Samuel Holyfield struck in the brachial plexus and escorted to the ground in a controlled manner |
| 8 | 11/18/05 | Inmate Nathan Bryant struck with a knee to the common peroneal nerve |
| 9 | 11/18/05 | Inmate Eugene Black placed in restraint chair |
| 10 | 11/19/05 | Inmate Angela Rich administered OC spray to the facial area |
| 11 | 11/21/05 | Inmate John Wood received a strike to the common peroneal nerve, was "drive stunned" |
| 12 | 11/21/05 | Inmate Johnaten Parnell received OC spray to the mucous membrane |
| 13 | 11/22/05 | Inmate Robert Nicholas received OC spray |
| 14 | 11/24/05 | Inmate Jeff Miller received OC spray |
| 15 | 11/29/05 | Inmate Emanuel J. Craig received OC spray and common peroneal knee strike to the right thigh in combination with a strong arm bar takedown |
| 16 | 11/29/05 | Inmate Jeffrey Miller struck and while on the ground at least five officers were hitting and kicking him and OC spray was administered |
| 17 | 12/14/05 | Inmate Billy Gray received OC spray and struck with closed fist to the brachial plexus |


PLAINTIFF'S EXHIBIT "55" PENGAD-Bayonne, N. J.

NARRATIVE FORM

☐ Juvenile Involved

■ Original Report
☐ Offense Supplement
☐ Custody Supplement
☐ Other

| | |
|---|---|
| Type Incident/Crime: **Use of force** | Date of This Report **11-10-2005** | Date of Original Report **11-10-2005** |
| Suspect/Victim Name **Inmate Alicia Carmack** | List Complaint Numbers of Connected Cases |

| Status | Qty. | Article | Brand/Make | Model Name | Description | Serial No. or OAN | Value |
|--------|------|---------|------------|------------|-------------|-------------------|-------|
| | | | | | | | |

On November 10th, 2005 at approximately 0209 hours Gulfport Police Officer Grimes #137 entered the facility along with inmate Alicia Carmack.. Inmate Carmack was acting displaying bizarre behavior by screaming and kicking at the Booking staff. Officer Grimes stated inmate Carmack had assaulted him and spit on him several times. Inmate Carmack stated several times to O.I.C. Teel " I am on X i can't control what I am doing". O.I.C. Teel thought that inmate Carmack was out of control and decided to place her in the restraint chair for her safety and the safety of the staff.

0215- inmate placed in the restraint chair
0220- inmate screaming
0225-inmate screaming
0230- inmate screaming
0235- inmate screaming
0240- inmate screaming
0245- inmate screaming
0250- inmate screaming
0555-inmate screaming
0300- inmate speaking with O.I.C. Teel
0305- inmate speaking with O.I.C. Teel
0310- inmate speaking with O.I.C. Teel
0315- inmate screaming
0320- inmate screaming
0325- inmate removed from the restraint chair

Inmate Carmack was then seen by the on duty medical staff. O.I.C. Teel took no further action in regards to this situation, end of report.

| DISPOSITION |
|---|
| ☐ A. Cleared Adult Arrest |
| ☐ B. Cleared Exceptional Adult |
| ☐ C. Cleared Juvenile Custody |
| ☐ D. Cleared Exceptional Juvenile |
| ☐ E. Unfounded |
| ☐ F. Other - Cleared Exceptional |
| ☐ G. Suspended Closed |

| Reporting Officer: No. 329 Name **O.I.C. TEEL** | Division **BOOKING** | Reviewing Supervisor: No.     Name | Disposition Date |
|---|---|---|---|

Case 1:06-cv-00912-LG-JMR   Document 217-55   Filed 12/17/08   Page 3 of 28

## Harrison County Sheriff's Office
### NARRATIVE FORM

| | |
|---|---|
| ☐ Juvenile Involved | Case Number **N - A** |

| ■ Original Report<br>☐ Offense Supplement<br>☐ Custody Supplement<br>☐ Other | Type Incident/Crime:<br>**Informational** | Date of This Report<br>**November 12, 2005** | Date of Original Report<br>**November 12, 2005** |
|---|---|---|---|
| | Suspect/Victim Name<br>**Inmate Samuel Poulos** | List Complaint Numbers of Connected Cases | |

| Status | Qty. | Article | Brand/Make | Model Name | Description | Serial No. or OAN | Value |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

On November 12, 2005 at approximately 2250 hours O.I.C. Teel observed Deputy Rhodes attempting to control inmate Poulos who was being disruptive and displaying violent behavior. O.I.C. Teel was then informed by the Biloxi Police Officer that had transported him that inmate Poulos had spit in the face of another officer at the Biloxi Police station. O.I.C. Teel then attempted to gain control of inmate Poulos by placing him in an escort position. Inmate Poulos continued to resist by attempting to turn around. O.I.C. Teel feared that inmate Poulos was attempting to spin on him and requested that he faced the wall. Inmate Poulos refused to comply and stated " I know my god damn rites and you mother fuckers can't put your fucking hands on me ". Inmate Poulos then attempted to pull away from O.I.C. Teel causing him to be forced against the door of holding cell #7. Inmate Poulos received a superficial abrasion over his right eye and was seen by the on duty medical staff for the injury. Inmate Poulos continued his disruptive and violent behavior and was secured to the bench in holding cell #5. O.I.C. Teel took no further action in regards to this situation, end of report.

**DISPOSITION**
☐ A. Cleared Adult Arrest
☐ B. Cleared Exceptional Adult
☐ C. Cleared Juvenile Custody
☐ D. Cleared Exceptional Juvenile
☐ E. Unfounded
☐ F. Other - Cleared Exceptional
☐ G. Suspended Closed

| Reporting Officer:<br>No. 329  Name  **O.I.C. Teel** | Division<br>**Booking** | Reviewing Supervisor:<br>No.   Name | Disposition Date |
|---|---|---|---|

White - Records     Canary - Crime Analysis     Pink - Court/CID     Gold - Patrol     Page **01** Of **02**

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## GEORGE PAYNE, SHERIFF

| ☐ Juvenile Involved | Harrison County Sheriff's Office NARRATIVE FORM | | Case # 05-22136 |
|---|---|---|---|
| ☒ Original Report<br>☐ Offense Supplement<br>☐ Custody Supplement | Incident/Crime:<br>**Use of force** | Date of This Report<br>November 12, 2005 | Date of Original Report<br>November 12, 2005 |
| | Suspect / Victim Name:<br>Inmate Lee Walters | | List Complaint Numbers of Connected Cases |

On November 12, 2005 at approximately 0315 hours O.I.C. Teel was in the process of inventorying inmate Lee Walter's personal property. Inmate Walters reached under the counter and grabbed custody and an offence form that was not his and began reading it. O.I.C. Teel took the paperwork from inmate Walters and advised him not to pick it up again. Inmate Walters stated, "fuck you man" and grabbed the paperwork again. O.I.C. Teel attempted to take inmate Walters to the floor using an arm bar take down. Inmate Walters pushed O.I.C. Teel during this process causing O.I.C. Teel to loose control of him. Inmate Walters fell to the floor and stated; "now I am going to whip your ass". O.I.C. Teel gave inmate Walters two loud clear verbal commands to not get up from the floor. Inmate Walters stood to his feet and began to charge O.I.C. Teel in an aggressive manor. O.I.C. Teel then deployed the X-26 taser (probe contact) causing inmate Walters to fall to the floor. The on duty medical staff for any injuries then saw inmate Walters. Inmate Walters was placed in the holding cell without further incident, end of report.

| Reporting Officer:<br>No: 329   Name: O.I.C. Teel | Division:<br>Booking | Reviewing Supervisor<br>No:    Name: | Disposition Date |
|---|---|---|---|

White = Records Canary = Agency Use Pink = Court/Detectives Gold = Shift Capt / Jail Page 01 of 01

Harrison County Sheriff's Office
NARRATIVE FORM

| ☐ Juvenile Involved | | | | | | | Case Number |
|---|---|---|---|---|---|---|---|
| | | | | | | | N - A |

| ☒ Original Report | Type IncidentICrime: | Date of This Report | Date of Original Report |
|---|---|---|---|
| ☐ Offense Supplement | Use of force | November 12, 2005 | November 12, 2005 |
| ☐ Custody Supplement | Suspect/Victim Name | | List Complaint Numbers of Connected Cases |
| ☐ Other | Inmate Henry Cooper | | |

| Status | Qty. | Article | Brand/Make | Model Name | Description | Serial No. or OAN | Value |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

On November 12, 2005 at approximately 2325 hours O.I.C. Teel was in the process of accepting inmate Henry Cooper into the facility. Inmate Cooper appeared intoxicated and had a strong smell of intoxicants coming from his person. Inmate Cooper began to demand that "we" meaning the Booking staff call his sister. O.I.C. Teel explained to inmate Cooper that we did not do that and he would be allowed to make a phone call after he was placed in county clothing. Inmate Cooper then began displaying bizarre behavior by talking to himself. O.I.C. Teel then was advised by inmate Cooper that he had several mental health problems. O.I.C. Teel advised inmate Cooper to place his belongings on the counter. Inmate Cooper refused to place him money on the counter and stated "you ain't getting my money". O.I.C. Teel attempted to explain to inmate Cooper that we needed to log his money and he would get it back. Inmate Cooper continued to state "you ain't getting my money". O.I.C. Teel attempted to take inmate Cooper's money from his hand when he resisted by pulling away. O.I.C. Teel took inmate Cooper to the floor in a controlled manor. Deputy Thompson then assisted O.I.C. Teel by taking inmate Cooper's money and logging it. Inmate Cooper then apologized to O.I.C. Teel and appeared to comply with his request. Inmate Cooper was then escorted to the shower to be strip searched. Inmate Cooper removed his shirt and threw it onto the floor. Inmate Cooper then began to shake and scream at O.I.C. Teel. O.I.C. Teel then placed inmate Cooper onto the floor using an arm bar take down before he became violent again. Inmate Cooper received a small abrasion to his head during this process. O.I.C. Teel attempted to stand inmate Cooper to his feet so he could be escorted out of the shower. Inmate Cooper refused to stand to his feet and had to be carried to holding cell #5 . The on duty medical staff then saw inmate Cooper for the injury. Inmate Cooper was removed from the bench after some time when he discontinued his violent actions. O.I.C. Teel took no further action in regards to this situation, end of report.

| DISPOSITION |
|---|
| ☐ A. Cleared Adult Arrest |
| ☐ B. Cleared Exceptional Adult |
| ☐ C. Cleared Juvenile Custody |
| ☐ D. Cleared Exceptional Juvenile |
| ☐ E. Unfounded |
| ☐ F. Other - Cleared Exceptional |
| ☐ G. Suspended Closed |

| Reporting Officer: | | Division | Reviewing Supervisor: | | Disposition Date |
|---|---|---|---|---|---|
| No.  329   Name    O.I.C. Teel | | Booking | No.      Name | | |

| ☐ Juvenile involved | | | | NARRATIVE FORM | | | |
|---|---|---|---|---|---|---|---|

| ☐ Original Report ☐ Offense Supplement ☐ Custody Supplement ☐ Other | | Type incident|Crime: Use of restraint chair | | | Date of This Report November 18, 2005 | | Date of Original Report November 18, 2005 |
| | | Suspect/Victim Name Inmate Terry Palmer | | | List Complaint Numbers of Connected Cases | | |

| Status | Qty. | Article | Brand/Make | Model Name | Description | Serial No. or OAN | Value |
|---|---|---|---|---|---|---|---|

On November 18th ,2005 at approximately 2210 hours Deputy Rungo escorted inmate Terry Palmer into the facility. Inmate Palmer was being disruptive and yelling at the staff. Inmate Palmer was in the process of preforming a strip search and threw his clothes in the facial area of O.I.C. Teel. O.I.C. then took inmate Palmer to the floor in a controlled manor. Inmate Palmer refused to comply with loud clear verbal commands that O.I.C. Teel was giving him and continued to resist by attempting to roll to his back and kicking his legs. Inmate Palmer was secured to the bench in holding cell #5. O.I.C. Teel and Deputy Thompson then observed inmate Palmer striking his heels on the bench. Inmate Palmer was advised to discontinue his behavior and refused to do so. O.I.C. Teel then made the decision to place inmate Palmer in the restraint chair for his own safety.

2230- inmate placed in restraint chair

2235- inmate sitting in chair

2240-inmate sitting in chair

2245-inmate sitting in chair

2250-inmate sitting in chair

2255-inmate yelling at staff

2300-inmate yelling at staff

2305-inmate yelling at staff

2310-inmate yelling at staff

2315-inmate yelling at staff

2320-inmate yelling at staff

2325-inmate yelling at staff

2330-inmate yelling at staff

2335-inmate yelling at staff

2340-inmate yelling at staff

2345- inmate removed form the restraint chair

O.I.C. Teel took no further action in regards to this situation, end of report.

DISPOSITION
☐ A. Cleared Adult Arrest
☐ B. Cleared Exceptional Adult
☐ C. Cleared Juvenile Custody
☐ D. Cleared Exceptional Juvenile
☐ E. Unfounded
☐ F. Other - Cleared Exceptional
☐ G. Suspended Closed

| Reporting Officer: No. 329 Name O.I.C. Teel | Division Booking | Reviewing Supervisor: No. Name | Disposition Date |
|---|---|---|---|

# HARRISON COUNTY SHERIFF'S DEPARTMENT

## GEORGE PAYNE, SHERIFF

| ☐ Juvenile Involved | Harrison County Sheriff's Office NARRATIVE FORM | | Case |
|---|---|---|---|
| ☒ Original Report ☐ Offense Supplement ☐ Custody Supplement | Type Incident/Crime Use of force | Date of This Report 11/17/05 | Date of Original Report |
| | Suspect / Victim Name Waltman, Clinton 271334 | List Complaint Numbers of Connected Case | |

On November 17, 2005 at 1035 hours Deputy L. DeGeorge 207 and Deputy M. Lipscomb 305 were escorting Inmate Waltman, Clinton 271334 to B block D section. Inmate Clinton was told not to stop at any time by Deputy Lipscomb. Halfway down B hallway Inmate Clinton set his (clinton) property box down and stopped walking. Deputy Lipscomb 305 advised Inmate clinton several times to pick up his property and Keep walking, Inmate Clinton would not pick up his property or Keep walking. Deputy Lipscomb grabbed Inmate Clinton in a controled manner by the arm and the shirt to escort him (clinton) to B block. At this time Inmate clinton pulled back as if to resist being escorted. Deputy DeGeorge Struck Inmate Clinton Ø1 time in the common perineal region of the left thigh. Inmate Clinton fell down on the floor where Deputy Lipscomb placed Inmate Clinton into restraints. Inmate Clinton was escorted to B block D section where he (clinton) was placed in cell 224. Inmate Clinton was screened by Medical Nurse Polk, medical Nurse Polk Concluded their were no injuries Sustained by Inmate Clinton. End of Narrative.

**DISPOSITION**
A. Cleared Adult Arrest ☐
B. Cleared Exceptional Adult ☐
C. Cleared Juvenile Custody ☐
D. Cleared Exceptional Juvenile ☐
E. Unfounded ☐
F. Other-Cleared Exceptional ☐
G. Suspended Closed ☐

| Reporting Officer: No 207 Name: L. George | Division: CORRECTIONS | Reviewing Supervisor: No: 161 Name: HH | Disposition Date 11/17/05 |
|---|---|---|---|

## HARRISON COUNTY SHERIFF'S DEPARTMENT

### GEORGE PAYNE, SHERIFF

| ☐ Juvenile Involved | Harrison County Sheriff's Office NARRATIVE FORM | | Case |
|---|---|---|---|
| ☒ Original Report<br>☐ Offense Supplement<br>☐ Custody Supplement | Type Incident/Crime<br>use of force/Major RVR | Date of This Report<br>11/17/05 | Date of Original Report<br>11/17/05 |
| | Suspect / Victim Name<br>Holyfeild, Samuel 271596 | List Complaint Numbers of Connected Case | |

On November 17, 2005 at or around 1540 hours Inmate Holyfeild, Samuel 271596 asked Deputy L. DeGeorge 207 if he (Holyfield) could speak to him (DeGeorge). Inmate Holyfeild entered B. Sallyport at this time Inmate Holyfeild became very Hostile and started to ask Deputy DeGeorge why he (DeGeorge) sent him (Holyfield) back to the Block instead of letting him (Holyfeild) proceed to Medical. Deputy DeGeorge tried several times to explain to Inmate Holyfeild why he (Holyfeild) was sent back to the block. Inmate Holyfeild became verbally aggressive, he (Holyfeild) also stepped back with his right foot and took a fighting stance and raised his right hand as if to strike. Deputy DeGeorge took this as an act of aggression and struck Inmate Holyfeild in the Brachial Plexus Inmate Holyfeild then struck Deputy DeGeorge In the left eye with a closed fist. Deputy DeGeorge struck Inmate Holyfeild 2 more times in the Brachial Plexus, at this time Deputy C. Watts 228 and Deputy M. Redmond 222 escorted Inmate Holyfeild to the ground in a Controlled manner where he was placed into restraints. Medical Nurse Blankinchip evaluated Inmate Holyfeild and claimed he (Holyfield) had no apparent injuries. All paperwork was Completed, End of Narrative.

| DISPOSITION | |
|---|---|
| A. Cleared Adult Arrest | ☐ |
| B. Cleared Exceptional Adult | ☐ |
| C. Cleared Juvenile Custody | ☐ |
| D. Cleared Exceptional Juvenile | ☐ |
| E. Unfounded | ☐ |
| F. Other-Cleared Exceptional | ☐ |
| G. Suspended Closed | ☐ |

| Reporting Officer:<br>No.207 Name: DeGeorge | Division:<br>CORRECTIONS | Reviewing Supervisor:<br>No:   Name: | Disposition Date |
|---|---|---|---|

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## GEORGE PAYNE, SHERIFF

| [ ] Juvenile Involved | Harrison County Sheriff's Office<br>NARRATIVE FORM | |
|---|---|---|
| [X] Original Report<br>[ ] Offense Supplement<br>[ ] Custody Supplement | Type Incident/Crime:<br>Informational | Date of This Report<br>11/18/05 | Date of Original Report<br>11/018/05 |

| Suspect/Victim Name:<br>Bryant, Nathan #279120 | List Complaint Numbers of Connected Case |
|---|---|

On November 18, 2005 Sergeant Leonard #156 and Sergeant Eddie Collins #153 along with the response team entered A-Block D-Section, to conducted a Shake down. The response team entered the section all inmates were told to face the wall and not to talk. Inmate Bryant Nathan was told to face the wall by Sergeant Leonard. While the shake down was in progress Sergeant Leonard notice that Inmate Bryan Nathan was looking around again. Once more Sergeant Leonard told Inmate Bryan Nathan to keep his face facing the wall. Sergeant Leonard advised Inmate Bryan Nathan to keep his face facing the wall, Inmate Bryan Nathan turn toward Sergeant Leonard. At that time Sergeant Leonard strike Inmate Bryan Nathan with a knee to the common peronal nerve. Medical assistant was call , Nurse said that Inmate Bryan Nathan is O.K. End of Narrative.

DISPOSITION
A.  Cleared Adult Arrest [ ]
B.  Cleared Exceptional Adult [ ]
C.  Cleared Juvenile Custody [ ]
D.  Cleared Exceptional Juvenile [ ]
E.  Unfounded [ ]
F.  Other-Cleared Exceptional [ ]
G.  Suspended Closed [ ]

| Reporting Officer:<br>No: 156 Name: Sgt. Leonard | Division:<br>Corrections | Reviewing Supervisor:<br>No :     Name | Disposition Date<br>11/18/05 |
|---|---|---|---|

White = Records Canary = Agency Use Pink = Court/Detectives Gold = Shift Capt / Jail Page _1_ of _1_

Harrison County Sheriff's Office

NARRATIVE FORM

| ☐ Juvenile Involved | | | | | | | Case Number |
|---|---|---|---|---|---|---|---|

| ☐ Original Report | Type Incident/Crime: | | Date of This Report | | Date of Original Report |
| ☐ Offense Supplement | Use of restraint chair | | 11-18-05 | | 11-18-05 |
| ☐ Custody Supplement | Suspect/Victim Name | | | List Complaint Numbers of Connected Cases | |
| ☐ Other | Inmate Eugene Black | | | | |

| Status | Qty. | Article | Brand/Make | Model Name | Description | Serial No. or OAN | Value |
|---|---|---|---|---|---|---|---|

On November 18th ,2005 at approximately 0120 hours O.I.C. Teel had restrained inmate Eugene Black to the bench in holding cell #5. Inmate Black was displaying violent behavior and screaming that when he was released he was going to "rape and kill" O.I.C. Teel's family. O.I.C. Teel along with several other Deputies had attempted speaking to inmate Black and advising him to calm down. Inmate Black refused to comply with the Deputies request. O.I.C. Teel then observed inmate Black pulling at his handcuffs to the point of purposely hurting himself so he could be removed from the bench. Inmate Black stated to O.I.C. Teel "when my mother fucking wrist start beading you have to let me the fuck up". O.I.C. Teel took this action as self injuris behavior and authorized the use of the restraint chair in order to prevent inmate Black from injuring himself and others.

0120- inmate placed in chair
0125- inmate seen by medical staff to check restraints
0130- inmate yelling at staff
0135-inmate yelling at staff
0140-inmate yelling at staff
0145-inmate yelling at staff
0150-inmate yelling at staff
0155-inmate yelling at staff
0200-inmate yelling at staff
0205- inmate talking to O.I.C. Teel
0210-inmate yelling at staff
0215-inmate yelling at staff
0220-inmate yelling at staff
0225-inmate talking to O.I.C. Teel
0230-inmate yelling at staff
0235-inmate yelling at staff
0240-inmate yelling at staff
0245-inmate talking to O.I.C. Teel
0250- inmate removed from the chair

Inmate Black was then seen by the on duty medical staff for any injuries. Inmate Black was then placed in holding cell #7 to await processing without further incident. O.I.C. Teel took no further action in regards to this situation, end of report.

| DISPOSITION |
|---|
| ☐ A. Cleared Adult Arrest |
| ☐ B. Cleared Exceptional Adult |
| ☐ C. Cleared Juvenile Custody |
| ☐ D. Cleared Exceptional Juvenile |
| ☐ E. Unfounded |
| ☐ F. Other - Cleared Exceptional |
| ☐ G. Suspended Closed |

| Reporting Officer: | | Division | Reviewing Supervisor: | | Disposition Date |
|---|---|---|---|---|---|
| No. 329  Name  O.I.C. Teel | | Booking | No.    Name | | |

Harrison County Sheriff's Office
NARRATIVE FORM

| ☐ Juvenile Involved | | | | | | | Case Number |
|---|---|---|---|---|---|---|---|

| | Type Incident/Crime: | Date of This Report | Date of Original Report |
|---|---|---|---|
| ☐ Original Report | Use of force | November 19, 2005 | November 19, 2005 |
| ☐ Offense Supplement | | | |
| ☐ Custody Supplement | Suspect/Victim Name | List Complaint Numbers of Connected Cases | |
| ☐ Other | Inmate Angela Rich | | |

| Status | Qty. | Article | Brand/Make | Model Name | Description | Serial No. or OAN | Value |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

On November 19th, 2005 at approximately 2015 hours Deputy Rhodes was in the process of attempting to inventory inmate Angela Rich. Inmate Rich was being disorderly and uncooperative with Deputy Rhodes by stating "fuck you dike bitch". Deputy Rhodes was attempting to remove the handcuffs from inmate Rich when she pulled away from her. Inmate Rich had to be forced to the counter in order to control her actions. Deputy Rhodes then placed inmate Rich in handcuffs and escorted her into holding cell #7 to be secured to the bench. Deputy Rhodes was attempting to secure the shackles to the bench pole when inmate rich grabbed her hand and refused to let go. Inmate Rich then attempted to stand to her feet. Deputy Rhodes took this action as an aggressive behavior towards her person and administered an approximately one second burst of O.C. spray to the facial area of inmate Rich. Inmate Rich was escorted to the shower and decontaminated without further incident. Inmate Rich was then seen by the on duty medical staff. Deputy Rhodes took no further action in regards to this situation, end of report.

| DISPOSITION |
|---|
| ☐ A. Cleared Adult Arrest |
| ☐ B. Cleared Exceptional Adult |
| ☐ C. Cleared Juvenile Custody |
| ☐ D. Cleared Exceptional Juvenile |
| ☐ E. Unfounded |
| ☐ F. Other - Cleared Exceptional |
| ☐ G. Suspended Closed |

| Reporting Officer: Rhodes 192 | Division | Reviewing Supervisor: | Disposition Date |
|---|---|---|---|
| No. 192  Name  Deputy R. Rhodes | Booking | No. 399  Name  OIC RTZ | 11905 |

White - Records      Canary - Crime Analysis      Pink - Court/CID      Gold - Patrol      Page  01  Of  03

# HARRISON COUNTY SHERIFF'S DEPARTMENT

## GEORGE PAYNE, SHERIFF

| [ ] Juvenile+ Involved | Harrison County Sheriff's Office NARRATIVE FORM | | Case # |
|---|---|---|---|
| [X] Original Report [ ] Offense Supplement [ ] Custody Supplement | Type Incident/Crime **Use Of Force** | Date Of This Report **11/21/05** | Date of Original Report **11/21/05** |
| | Suspect / Victim **Inmate John Wood #271967** | | List Complaint Numbers of Connected Case |

On November 21, 2005 at approximately 2230 hours, Sergeant Dedri Caldwell #152 entered B-Block to observe headcount and to talk to several inmates concerning popping out of their cells. Sergeant Caldwell entered all sections and advised all inmates to remain inside their cells after lockdown, no exceptions. Several inmates housed in B/E had been popping out repeatedly after being asked by the control operator as well as the floor officers not to do so. Inmate John Wood #271967 assigned to B/E #233 ignored all pleas and kept popping his tray hole as well as the cell door. Sergeant Caldwell was in the control room and observed him (Wood's) pop both the tray hole and door and then exit the cell and return. Sergeant Caldwell called the floor officer to place Inmate Wood's in the sallyport to be placed in B/D but the floor officer was locking down the block due to the time. Inmate Woods continued to exit the cell and began to make sexual comments to the control room operator not knowing that I (Caldwell) was in the control as well. Sergeant Caldwell exit the control and asked Inmate Woods to enter the sallyport to await for other officer to complete the block lockdown. Sergeant Caldwell advised Inmate Wood to place his hands on the wall in the search position until male officers could search him (Wood). Deputy Lamey #175 entered the sallyport and I (Caldwell) explained to him (Lamey) that Inmate Wood needed to be searched Inmate Wood began to use profane language when talking. Inmate Wood was asked to stop talking and remain facing the wall and not to move. Inmate Wood was told that he (Wood) would be tased if he (Wood) came off the wall again. Inmate Wood turned with his (Wood) fist cuffed and came towards me (Caldwell) in an aggressive manner. Deputy Lamey asked him (Woods) to get back on the wall; Inmate Woods ignored all pleas and attempted to run. Deputy Lamey gave a loud verbal command and applied a strike to the common peroneal nerve area but Inmate Woods continued to resist. Sergeant Caldwell drive stunned Inmate Woods in an effort to gain control of the situation but Inmate Woods continued to resist. Another drive stun was applied to

| DISPOSITION |
|---|
| A. Cleared Adult Arrest [ ] |
| B. Cleared Exceptional Adult [ ] |
| C. Cleared Juvenile Custody [ ] |
| D. Cleared Exceptional Juvenile [ ] |
| E. Unfounded [ ] |
| F. Other-Cleared Exceptional [ ] |
| G. Suspended Closed [ ] |

| Reporting Officer: No. 152 Name: **Sgt. Caldwell** | Division: **Corrections** | Reviewing Supervisor No.    NAME: | Disposition Date **11/21/05** |
|---|---|---|---|

# HARRISON COUNTY SHERIFF'S DEPARTMENT

## GEORGE PAYNE, SHERIFF

Inmate Woods and he (Woods) fell to the floor. Inmate Woods was told that if he (Woods) failed to comply another stun would be delivered. Medical Nurse McCain was called to B-Block and examined Inmate Woods. No injuries were noted by medical at that time. Inmate Woods was placed in B/D #230 until seen by disciplinary. The necessary paperwork was completed for the incident. No other actions were taken concerning this incident. End of narrative.

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## GEORGE PAYNE, SHERIFF

| [ ] Juvenile Involved | Harrison County Sheriff's Office NARRATIVE FORM | | Case |
|---|---|---|---|
| [X] Original Report [ ] Offense Supplement [ ] Custody Supplement | Type Incident/Crime Use of Force | Date of This Report 11-21-05 | Date of Original Report 11-21-05 |
| | Suspect / Victim Name Parnell, Johnaten #260181 | List Complaint Numbers of Connected Case | |

On November 21, Deputy D. Blankinchip #303 was assisting in an investigation on B block in reference to inmate Parnell, Johnaten #260181 making sexual gestures towards Deputy B. Pettway #225 with a rolled up sock. Deputy Blankinchip began speaking with inmate Parnell and at first inmate Parnell would not answer any questions. Then Deputy Blankinchip stated to inmate Parnell in order for the investigation to be conducted properly that he (Parnell) should answer all questions. Inmate Parnell then stated to Deputy Blankinchip that he (Parnell) was only about to make sexual gestures toward Deputy Pettway. Deputy Blankinchip then stated to inmate Parnell that Deputy Pettway observed two different inmates in cell #233 making sexual gestures. Inmate Parnell then started raising his (Parnell) hands and became loud verbally. Deputy Blankinchip advised inmate Parnell to remain calm and lower his (Parnell) voice so that the necessary questions could be asked. Inmate Parnell still chose not to comply with the verbal directions that Deputy Blankinchip was giving. Deputy Blankinchip then administrated a one second burst of Oleoresin Capsicum (OC) to the mucus membrane area. Deputy Blankinchip then contacted medical and inmate Parnell was decontaminated. Deputy Blankinchip read the O.C. administrative warning, completed the use of force paperwork and also notified Sergeant D. Caldwell #152. End of Narrative

| DISPOSITION | |
|---|---|
| A. Cleared Adult Arrest | [ ] |
| B. Cleared Exceptional Adult | [ ] |
| C. Cleared Juvenile Custody | [ ] |
| D. Cleared Exceptional Juvenile | [ ] |
| E. Unfounded | [ ] |
| F. Other-Cleared Exceptional | [ ] |
| G. Suspended Closed | [ ] |

| Reporting Officer: No:303 Name: Blankinchip | Division: CORRECTIONS | Reviewing Supervisor: No: Name: | Disposition Date 11/20/06 |
|---|---|---|---|

# HARRISON COUNTY SHERIFF'S DEPARTMENT

## GEORGE PAYNE, SHERIFF

| ☐ Juvenile Involved | Harrison County Sheriff's Office NARRATIVE FORM | | Case |
|---|---|---|---|
| ☒ Original Report ☐ Offense Supplement ☐ Custody Supplement | Type Incident/Crime O C Spray   Use of Force | Date of This Report 11-22-05 | Date of Original Report 11-22-05 |
| | Suspect / Victim Name Nicholos, Robert #260329 | List Complaint Numbers of Connected Case | |

On Nov 22, 2005 about 0315 hours Deputy Lamey #175 noticed that Inmate Nicholos, Robert #260329 in B-Block D-Section was out of his cell and Roaming in the Foyer. Deputy Lamey administered O.C. Spray to Inmate Nicholas due to the Fact that B/D is a lockdown section and Inmate Nicholas was warned four times previously about coming out of the cell. Deputy Lamey notified S-1 Sergeant Caldwell, contacted medical to check him out and decontaminate Inmate Nicholas. Deputy Lamey read O.C. Administrative Warning to Inmate Nicholas. Inmate Nicholos was placed back in B/D #126. No other Actions taken at this time.

————— End of Narrative —————

**DISPOSITION**
A. Cleared Adult Arrest ☐
B. Cleared Exceptional Adult ☐
C. Cleared Juvenile Custody ☐
D. Cleared Exceptional Juvenile ☐
E. Unfounded ☐
F. Other-Cleared Exceptional ☐
G. Suspended Closed ☐

| Reporting Officer: No. 175 Name: Lamey | Division: CORRECTIONS | Reviewing Supervisor: No. 160 Name: | Disposition Date 11/22/05 |
|---|---|---|---|

# HARRISON COUNTY SHERIFF'S DEPARTMENT

### GEORGE PAYNE, SHERIFF

| ☐ Juvenile Involved | Harrison County Sheriff's Office NARRATIVE FORM | | Case | |
|---|---|---|---|---|
| ☒ Original Report ☐ Offense Supplement ☐ Custody Supplement | Type Incident/Crime Use of Force | Date of This Report 11-24-05 | | Date of Original Report 11-24-05 |
| | Suspect / Victim Name Miller, Jeff #275858 | | List Complaint Numbers of Connected Case | |

On November 24, 2005 Deputy D. Blankinchip #303 along with Sergeant D. Caldwell #152 was conducting an investigation on B block in reference to inmate Miller, Jeff #275858 assaulting inmate Craig, Emanuel #268404 in A block F section. Sergeant D. Caldwell along with Deputy Blankinchip first brought inmate Craig onto the yard so both inmates could be separated. Inmate Craig stated that he (Craig) was sitting down at the dayroom table eating morning chow and was pushed by inmate Miller due to the fact that he (Craig) was sitting in the wrong place. Inmate Miller was then brought on the yard and was asked about the fight between inmate Miller and Craig. Inmate Miller then began to talk in a very loud voice and began raising his (Miller) hands above the waist. Sergeant Caldwell then advised inmate Miller not to raise his (Miller) hands at any time due to the nature of the charge. Deputy Blankinchip then stated to inmate Miller that other inmates stated that he (Miller) hit inmate Craig. Inmate Miller then became more aggravated and raised his (Miller) hands above the waist. Deputy Blankinchip then OC sprayed inmate Miller. Medical was contacted, inmate Miller was decontaminated, and inmate Miller was placed in BD cell #229 on pre hearing detention. End of Narrative

DISPOSITION
A. Cleared Adult Arrest ☐
B. Cleared Exceptional Adult ☐
C. Cleared Juvenile Custody ☐
D. Cleared Exceptional Juvenile ☐
E. Unfounded ☐
F. Other-Cleared Exceptional ☐
G. Suspended Closed ☐

| Reporting Officer: No:303 Name: Blankinchip | Division: CORRECTIONS | Reviewing Supervisor: No: Name: | Disposition Date |
|---|---|---|---|

# HARRISON COUNTY SHERIFF'S DEPARTMENT

## GEORGE PAYNE, SHERIFF

| ☐ Juvenile Involved | Harrison County Sheriff's Office NARRATIVE FORM | | Case # |
|---|---|---|---|
| ☒ Original Report ☐ Offense Supplement ☐ Custody Supplement | Type Incident/Crime Major Rule Violation | Date of This Report 11/29/2005 | Date of Original Report 11/29/2005 |
| | Suspect / Victim Craig, Emanuel J. #268404 | | List Complaint Numbers of Connected Case |

On November 29, 2005 at approximately 0607, as Deputy Lamey, #175, assigned to A-Block floor, opened F-Section door to conduct headcount, Inmate Emanuel J. Craig, #268404 forced his (Craig) way thru the section door into the sally port. Deputy Lamey asked Inmate Craig three (3) times in clear loud verbal commands to go back into the section. Inmate Craig refused to comply with Deputy Lamey's commands. Deputy Lamey observed Inmate Craig standing with balled fists breathing heavy with his (Craig) eyes partially closed. Deputy Lamey felt that an Imminent physical attack was about to occur. Deputy Lamey used Oleoresin Capsicum (O.C. Spray) in a one second burst in order to deescalate the situation. Deputy Lamey then used a common peroneal knee strike to the right thigh and combination with a strong arm bar takedown to obtain Inmate Craig's cooperation. Deputy Lamey notified Sergeant Caldwell, #152, and medical of the situation. Inmate Craig was decontaminated and seen by the Nurse McCain, who found no injuries. Inmate Craig is in violation of Category I, N- Attempting or aiding in an escape. Inmate Craig is on pre-hearing detention in AF141, until seen by disciplinary officer. End of Narrative.

DISPOSITION
A. Cleared Adult Arrest ☐
B. Cleared Exceptional Adult ☐
C. Cleared Juvenile Custody ☐
D. Cleared Exceptional Juvenile ☐
E. Unfounded ☐
F. Other-Cleared Exceptional ☐
G. Suspended Closed ☐

| Reporting Officer: No 175  NAME : Lamey | Division Corrections | Reviewing Supervisor No. 11 NAME: | Disposition Date 11 29 05 |
|---|---|---|---|

White = Records Canary = Agency Use Pink = Court/Detectives  Gold = Shift Capt / Jail Page ___ of ___

# HARRISON COUNTY SHERIFF'S DEPARTMENT
### GEORGE PAYNE, SHERIFF

| ☐ Juvenile Involved | Harrison County Sheriff's Office NARRATIVE FORM | | Case # |
|---|---|---|---|
| ☒ Original Report ☐ Offense Supplement ☐ Custody Supplement | Type Incident/Crime Informational | Date of This Report | Date of Original Report |
| | Suspect / Victim Miller, Jeffery #275858 | | List Complaint Numbers of Connected Case |

November 29, 2005 at approximately 0610 hours Deputy Lamey # 175 after having an issue with Inmate Craig, Emanual J. #268404 .Sergeant Caldwell # 152 and at least five (5) other officers was with her (Caldwell). They {Sergeant Caldwell and at least five (5) other Deputies} were called to A-block when Deputy Lamey radioed for assistance with Inmate Craig. Sergeant Caldwell advised Deputy Lamey to pull Inmate Miller, Jeffery #275858

Out of A/F section and bring him (Miller) into the Sallyport. Once Deputy Lamey and Inmate Miller entered the Sallyport, Sergeant Caldwell stated "I told you Motherfucker if I had to come back down here for something you did, you would get your ass kicked" and Sergeant Caldwell ordered Deputy Lamey to bring Inmate Miller onto the Yard. As, Inmate Miller approached the Yard door Deputy Lamey noticed at least four (4) streams of O.C. spray being shot at Inmate Miller. The bursts hit Inmate Miller in the back of the head. Deputy Lamey thought Inmate Miller had made an aggressive move toward one of the other Officers, due to the fact that Inmate Miller assaulted Inmate Craig, Emanual J. #268404 a few days ago, so Deputy Lamey got in front of Inmate Miller about 3 to 4 feet and gave a one second burst of O.C., which was somewhat effective. Inmate Miller balled his fists, and the muscles in his (Inmate Miller) neck and shoulders were flexing. The other officers started to tussle with Inmate Miller. At this point Deputy Lamey returned inside to the Sallyport due to the fact that there was at least five (5) Officers surrounding Inmate Miller and Deputy Lamey needed to complete the paperwork that was left to do on Inmate Craig, Emanual J. #268404. When Deputy Lamey completed the paperwork he needed to do for Inmate Craig, Emanual J. #268404, Deputy Lamey went onto the Yard. Deputy Lamey noticed Inmate Miller was on the ground and at least five (5) officers were around him, hitting and kicking him. Sergeant Caldwell was watching all of this. Deputy Lamey also noticed Deputy Nicholson kick Inmate Miller in the Back area as well as in the face. At this point Sergeant Caldwell saw this also and told all the officers to stop and get Inmate Miller up. Deputy Blankenship had one arm (right) trying to get Inmate Miller on his feet; Deputy Lamey took Inmate Miller's Left hand to assist Deputy Blankenship in lifting Inmate Miller to his feet. Once Deputies Blankenship and Lamey got Inmate Miller to his feet, Deputy Blankenship asked Deputy Lamey for his flashlight to look at Inmate Miller while waiting on Medical to arrive. After the Nurse looked at Inmate Miller, Sergeant Caldwell and at least five (5) officers escorted Inmate Miller to B/D for lockdown. Sergeant Caldwell sent Deputy Richards back to A-block to help Deputy Lamey write all the paperwork. Deputy Lamey did not lay hands on Inmate Miller. Only hand that was laid upon Inmate Miller from Deputy Lamey was to assist Deputy Blankenship in getting Inmate Miller to his feet. Again, Deputy Lamey did O.C. Spray Inmate Miller but did not lay hands on him. End of Narrative

| DISPOSITION |
|---|
| A. Cleared Adult Arrest ☐ |
| B. Cleared Exceptional Adult ☐ |
| C. Cleared Juvenile Custody ☐ |
| D. Cleared Exceptional Juvenile ☐ |
| E. Unfounded ☐ |
| F. Other-Cleared Exceptional ☐ |
| G. Suspended Closed ☐ |

| Reporting Officer: No 175  NAME : Lamey | Division Corrections | Reviewing Supervisor No.     NAME: | Disposition Date |
|---|---|---|---|

White = Records Canary = Agency Use Pink = Court/Detectives Gold = Shift Capt / Jail Page ___ of ___

# HARRISON COUNTY SHERIFF'S DEPARTMENT

## GEORGE PAYNE, SHERIFF

| ☐ Juvenile Involved | Harrison County Sheriff's Office NARRATIVE FORM | | Case # | |
|---|---|---|---|---|
| ☒ Original Report ☐ Offense Supplement ☐ Custody Supplement | Type Incident/Crime Major Rule Violation | Date of This Report 11/29/2005 | Date of Original Report 11/29/2005 | |
| | Suspect/ Victim Miller,Jeffery #275858 | | List Complaint Numbers of Connected Case | |

On November 29, 2005 at approximately 0610, as Deputy Lamey, #175 was investigating an incident with Inmate Emanuel Craig #268404, Deputy Lamey discovered that Inmate Jeffery Miller #275858 had assaulted Inmate Craig. Deputies Lamey and Roberson entered A/F Section and attempted to escort Inmate Miller to the Sallyport to continue the investigation. As soon as Inmate Miller entered the Sallyport Deputy Lamey observed Inmate Miller with balled fists, heavy breathing, and the muscles in his (Inmate Miller) neck and shoulders flexing. Inmate Miller then appeared to try and punch Deputy Lamey. Deputy Lamey O.C. Sprayed (oleoresin capsicum) in the facial area. Inmate Miller became extremely angry at this time and Deputy Miller O.C. Sprayed Inmate Miller 2 more times before Deputy Lamey gave up on the effectiveness of the O.C. Spray. Deputy Lamey used a strait arm bar takedown in combination with a knee strike to the common peroneal in an attempt to put Inmate Miller on the ground in a controlled manner. Inmate Miller attempted to twist away while he was being taken down. Inmate Miller went through the open yard door while trying not to be taken down. When Deputy Lamey got enough leverage to bring Inmate Miller down to the ground, Inmate Miller made hard contact on the yard ground with his facial area causing an abrasion on his lip. Deputy Lamey also lost his balance and fell on top of Inmate Miller causing a bruise to his lower back. Deputy Lamey notified Sergeant Caldwell, #152, and medical of the situation. Inmate Miller was decontaminated and seen by the Nurse McCain, who found the above listed injuries. Inmate Miller is in violation of Category I, A-Assault or attempted Assault on Inmate or officer. Inmate Miller was moved to B/D 231, until seen by disciplinary officer. End of Narrative.

| DISPOSITION |
|---|
| A. Cleared Adult Arrest ☐ |
| B. Cleared Exceptional Adult ☐ |
| C. Cleared Juvenile Custody ☐ |
| D. Cleared Exceptional Juvenile ☐ |
| E. Unfounded ☐ |
| F. Other-Cleared Exceptional ☐ |
| G. Suspended Closed ☐ |

| Reporting Officer: No 175 NAME : Lamey | Division Corrections | Reviewing Supervisor No. NAME: | Disposition Date 11-29-05 |
|---|---|---|---|

White = Records Canary = Agency Use Pink = Court/Detectives Gold = Shift Capt / Jail Page ___ of ___

December 9, 2005

To:  Major Riley

From:  Captain Taylor

Ref:  Excessive Use of Force complaint

On December 8, 2005 I was asked to report to medical to speak to one of the nurses. After arriving at medical I spoke to Nurse Kenissia Clark who informed me that an inmate (Miller, Jeffrey) had complained that he had been beaten by officers. Nurse Clark also stated that inmate Miller was about to be sent out to the hospital for x-rays. I advised Nurse Clark that I would speak to Inmate Miller upon his return to the facility from the hospital. Miller returned from the hospital approximately three hours later and spoke to me about the incident. Miller stated that on Thanksgiving morning (November 24, 2005) at approximately 0515 hours he (Inmate Miller) and another inmate, Emmanuel Craig, had a verbal altercation.  During the altercation Miller states that he shoved Inmate Craig causing him to spill his cup of coffee.  The control room saw the altercation and called for officers to respond.  A few minutes later Officer Justin Richards entered the section and stated, "Whoever is fighting needs to come to the sallyport".  Inmate Miller then went to the sallyport while Inmate Craig remained in his cell.  Sergeant Caldwell then entered A/F and instructed the other inmate involved in the altercation to report to the sallyport.  Inmate Craig came to the sallyport and both inmates were escorted to B block.

After arriving at B block Inmate Miller entered B block sallyport while Inmate Craig remained in B hallway. Sergeant Caldwell also remained in B hallway and was asking Inmate Craig what had taken place.  After speaking to Inmate Craig Sergeant Caldwell entered B sallyport and instructed an officer to return Inmate Craig to A block.  Inmate Miller was then escorted to B block exercise yard where he was asked by Sergeant Caldwell to explain what happened.  Sergeant Caldwell advised Inmate Miller "I already heard you're running the zone".  Inmate Miller began attempting to explain but before being allowed to explain he was O.C. sprayed by Officer Blankinchip.  Inmate Miller bent down and asked Officer Blankinchip why he was sprayed.  Officer Blankinchip explained that he was sprayed because he moved. At this point Sergeant Caldwell activated the Tazer and stated to Inmate Miller "I know you have been maced, so you can't see me, but I know you can hear this (activating her tazer), and then asked "Who is running the zone?"  Inmate Miller stated that he did not know what she was talking about.  Sergeant Caldwell then stated " I'm going to ask you one more time, don't lie to me or I am going to taze you".  Inmate Miller then denied knowledge of what Sergeant Caldwell was talking about.  Inmate Miller was then taken to BF, decontaminated, and seen by a nurse.  Inmate Miller was then escorted to BD lockdown. Inmate Miller remained in lockdown for 4 days without being served an RVR.  On 11/28/2005 Officer Labauve spoke to Inmate Miller and decided to dismiss the RVR and sent Inmate Miller back to AF (his original section).

On 11/29/2005, just after breakfast had been served, Inmate Miller was assisting with issuing salt packets to the inmates. Inmate Craig was in the dayroom in a thermal underwear top when the tower officer instructed Inmate Craig to put a shirt on and Inmate Craig used profanity towards the officer and returned to his cell.  All inmates were eating when Inmate Craig approached Inmate Miller and snatched several salt packets from Miller. Inmate Miller then stated to Inmate Craig "that is how our first confrontation happened, you messing with me". Inmate Craig then went to his room and a few minutes later returned to the dayroom and gave the salt packets back to Inmate Miller. Inmate Craig then went to his cell again and retrieved his mattress and storage box and placed them on the dayroom table. Inmate Craig then went to the wall speaker and asked the control room officer to have S-1 come to the block.  The tower officer told Inmate Craig that she was not going to call S-1 for something petty. A few minutes later the control room officer opened the door and Inmate Craig rushed out to the sallyport. Inmate Craig was immediately O.C. sprayed by Officer Lamey.

Inmate Miller returned to his cell and a few minutes later Sergeant Caldwell and Officer Roberson entered the section with several other officers. Caldwell then stated "go to cell 245 and get that red motherfucker out of there".  Officer Roberson then entered cell 245 and stated, "Come on Miller".  Inmate Miller then exited the cell and walked past Officer Roberson and began telling Sergeant Caldwell that he had not done anything. Sergeant Caldwell then stated, "I don't want to hear that shit, bring your motherfucking ass on." Inmate Miller then pleaded with Sergeant Caldwell to ask all of the inmates in the section if he had done anything. Sergeant Caldwell stated, "I don't have time for that shit, bring your ass on." Inmate Miller then walked to the sallyport, placed his back against the wall, and interlocked his fingers in an attempt not to appear as a threat (because he had been sprayed before). Inmate Miller tried to explain to Sergeant Caldwell again that he had not done anything when she stated, "you are going to wish you did something." Sergeant Caldwell then stated "spray his ass, whip his ass, and then take him to the hole (lockdown)". At this point Officer Barnes attempted to spray him with O.C. spray but his canister did not spray. Inmate Miller then lowered his head, anticipating more O.C. spray, and was pushed towards the yard door until the back of his head rammed into the door. Inmate Miller was then O.C. sprayed by an unknown officer and taken to the yard where several other officers were waiting.

Inmate Miller states that at this time he was being non-threatening and was still attempting to explain to Sergeant Caldwell that he had not done anything. Inmate Miller was then kicked on his left leg causing him to move backwards.  Officer Blankinchip then punched Inmate Miller in the left side of his face at which time he assumed a fetal position and was kicked and punched repeatedly. Inmate Miller was screaming the entire time that he did not do anything.  Sergeant Caldwell then stated, "Get up motherfucker". Inmate Miller states that he did not get up because he feared being assaulted more. The officers then began pulling on his shirt and arm, and while doing so would punch and kick him each time they did.

Inmate Miller states that the last thing he remembers is that an officer punched him and then kicked him in the ribs where he heard his ribs snap. He was then kicked in the head causing him to pass out. While waking up he overheard an officer bragging that he had gotten him good in the head.  Officer Lamey then began helping him up and Officer Roberson pushed Inmate Miller against the wall and said, "don't move motherfucker". Inmate Miller stated to Sergeant Caldwell again that he did not do anything.  Sergeant Caldwell ignored him and stated "Come on and get your shit, Labauve knew not to bring this motherfucker back over here anyway". Inmate Miller then entered A/F as instructed and heard Sergeant Caldwell tell his roommate (Brown, Donnie M.) "You're next, you better get some weight on you, you're a little bitty motherfucker anyway". Sergeant Caldwell then stated to the entire section "this is to all you motherfuckers who want to run a zone, you see how big he is, we dropped his motherfucking ass, we will drop you the same way".  Inmate Miller retrieved his property and was told by Sergeant Caldwell to get all of his property because he was not going to return to A/F.  Inmate Miller then exited the section and went into the sallyport where the nurse on duty (McCain, Mary Ann) examined him.  Inmate Miller explained to the nurse that he thought his ribs were broken. He continued telling the nurse that he thought his ribs were broken when the nurse checked his rib area and told the officers "I can not feel anything, he is all right".  Sergeant Caldwell then stated, "Get your shit".

Officers Blankinchip, Tippetts, and Barnes then escorted inmate Miller to booking.  Before entering booking Officer Blankinchip looked at Inmate Miller, laughed, and stated "you know you are about to catch another charge".  Inmate Miller entered booking, was placed in the shower, decontaminated, and escorted to BD.  Inmate Miller then entered B/D 231, sat on the bottom bunk, and told Officer Blankinchip that he felt that his ribs were broken. Officer Blankinchip ignored him and stated, "I know that was a lot of people for you to handle, I'm going to give you a chance to redeem yourself (challenging him to a fight)". Officer Blankinchip then stated that he could take off his uniform and they could fight one on one. Inmate Miller then stated to Officer Blankinchip again that he felt that his ribs were broken and also stated "what would redeem me is for you to go back to the zone and find out that I have not done anything". Roughly an hour later Officer Barnes entered the cell and did the O.C. administrative warning. Inmate Miller was then served an RVR by an unknown officer. Inmate Miller told both Officer Barnes and the unknown officer that he was in pain and having trouble breathing. Officer Barnes stated to Inmate Miller that they would send someone down to check him out (No one ever came to check him).

The following day, 11/30/2005, Sergeant Caldwell and Officers Blankinchip and Tippetts entered B/D and had Inmate Miller exit his cell.  Officer Tippets then asked Inmate Miller sarcastically "how are your ribs?" at which time Inmate Miller did not answer.  Sergeant Caldwell then asked Inmate Miller "now what really happened"? Inmate Miller explained to Sergeant Caldwell how the incident between he and Inmate Craig had unfolded and then stated to Sergeant Caldwell that his ribs are hurt and he was having trouble breathing.  Sergeant Caldwell stated "the nurse will be around in a little while passing out meds, you can tell her about it".  Inmate Miller was then placed back in his cell.

During med pass Inmate Miller told Nurse Davidson,Tammy that his ribs were hurting and that he was having trouble breathing. Nurse Davidson stated that she would place him on a list to see the doctor (Miller was never examined by a doctor).

On 11/30/2005 Inmate Miller saw Sergeant Rogers and Officer Gregory and told them that he was in pain and was having trouble breathing.  Sergeant Rogers and Officer Gregory told him that they would have a nurse come down to see him.  Inmate Miller states that he never saw a nurse. Also on 11/30/2005 Inmate Miller told an unknown officer on the night shift that he needed to see a nurse. Nurse Smith, Bonnie was in the section and Inmate Miller was explaining his situation to her when another inmate got her attention and pulled her away.

On 12/02/2005 Inmate Miller stated that Officer Labauve stated that he (Labauve) had gotten chewed out because he had sent Inmate Miller back to the same zone. Officer Labauve then reviewed the RVR and suspended further lockdown and gave Inmate Miller sanctions of 15 days loss of canteen and 15 days loss of visitation. Officer Labauve then asked Inmate Miller to sign the RVR, at which time Inmate Miller signed the RVR because he felt that he could get needed medical attention if he was moved out of B/D. Later that day Inmate Miller was moved to A/B. While being escorted to AB Inmate Miller told Officer Hester that he was in pain, was having trouble breathing, felt that his ribs were broken, and that he needed to see medical. Officer Hester then stated, "When you get to your zone write a request to see medical". Inmate Miller states that he tried to tell every staff member and nurse that he saw that he was in pain and felt that his ribs were broken.

On 12/03/2005 Nurse Blankinchip examined Inmate Miller and she told him that she would place him on the list to see the doctor on Monday, 12/05/2005 (Miller never saw the doctor) On 12/07/2005 Nurse McCain examined Inmate Miller and determined that his oxygen level was low and that she needed to send him out to the hospital. The nurse exited the block and called back a few minutes later explaining to the officers that Inmate Miller would not be going out to the hospital. At approximately 0330 hours the officer returned and explained to Inmate Miller that he would not be going to the hospital because they (medical) felt that he was faking.

On 12/08/2005 at approximately 0800 hours Officer Vanlandingham entered Inmate Millers cell and advised him to come to the sallyport. Miller was then examined by Nurses Clark, Kenissia and Loepke, Donna and they immediately decided to bring him to medical. After being examined in medical Inmate Miller was sent out to the hospital to be examined, and after being x-rayed it was determined that he had suffered fractured ribs.

Inmate Miller states that the very next time he saw Officers Lamey and Richards, after the incident, they stated they felt the incident involving him on the yard was unnecessary. Officer Lamey went on to say that he had written a report on the incident and that he was instructed to change his report. Officer Lamey told Inmate Miller to write a grievance to speak with Captain Taylor and once he spoke with Captain Taylor to tell him that Officer Lamey still had his original report and would be willing to tell Captain Taylor about the incident even if it meant losing his job.  Officer Lamey stated that he had discussed the incident with his wife and felt that he needed to tell the truth.

At approximately 1850 hours I (Captain Taylor) spoke to Officer Justin Richards and asked him to explain to me what had taken place on A-blocks exercise on 11/29/2005. Officer Richards immediately dropped his head and began explaining what he knew about the incident. I then stopped Officer Richards and instructed him to report to the shift briefing room for briefing. I then contacted Officer Lamey, Ben at his home and asked him to explain what had taken place during the incident with Inmate Jeffrey Miller. Officer Lamey explained that his conscience has been bothering him since the incident and it had affected him to the point that he has not been sleeping well at night. Officer Lamey stated that unnecessary force was used during the incident and he thought it was wrong. I asked Lamey to meet me in my office the following morning (December 9, 2005). I then had Officer Richards report to my office where he then went into detail about the incident. Richards explained the incident exactly as inmate Miller had explained it (almost word for word). I instructed Richards to complete a narrative during his shift and to report to my office with the narrative on the following morning. On the morning of December 9, 2005 both Officers Richards and Lamey arrived at my office and gave me a narrative on the incident (see attached).

**Note:**

The incident occurred on November 29, 2005. Inmate Miller was not sent to the hospital until December 8, 2005.

The original reports submitted on the incident are a fabrication and contain such errors as the number of officer involved. The number "03" was entered in Sergeant Caldwell's handwriting on the Use of Force Report, which is not the actual number.

Officers involved in the incident never wrote narratives and some were not even mentioned in the submitted report.

Officer Lamey was instructed by Sergeant Caldwell to complete a report on the incident, but did not actually participate in the incident on the exercise yard. The narrative was written by Officer Richards and signed by Lamey.
Officers Richards and Lamey's accounts of the events match what Inmate Miller had stated.

Phil L. Taylor
Captain, Security

Cc: File

# HARRISON COUNTY SHERIFF'S DEPARTMENT

## GEORGE PAYNE, SHERIFF

| ☐ Juvenile Involved | Harrison County Sheriff's Office NARRATIVE FORM | | Case |
|---|---|---|---|
| ☒ Original Report ☐ Offense Supplement ☐ Custody Supplement | Type Incident/Crime USE OF FORCE | Date of This Report 12-14-05 | Date of Original Report 12-14-05 |
| | Suspect / Victim Name INMATE BILLY GRAY 279837 | List Complaint Numbers of Connected Case | |

ON 12-14-05 AT 0750 HOURS DEPUTY LIPSCOMB WAS CONDUCTING SECURITY ROUNDS IN D BLOCK F SECTION. DEPUTY LIPSCOMB WAS ATTEMPTING TO CHECK ON INMATES HOUSED IN CELLS 141 AND 142. INMATE GRAY WAS BLOCKING THE FOYER 192 DOORWAY. DEPUTY LIPSCOMB ASKED INMATE GRAY TO STEP BACK TO ALLOW DEPUTY LIPSCOMB TO ENTER THE FOYER INMATE GRAY STATED "NO. FUCK THAT." DEPUTY LIPSCOMB ORDERED INMATE GRAY TO MOVE FROM THE DOOR. INMATE GRAY AGAIN STATED "NO FUCK THAT." DEPUTY LIPSCOMB REPEATED THE ORDER 5 TIMES. INMATE GRAY REFUSED TO COMPLY. DEPUTY LIPSCOMB ATTEMPTED TO ESCORT INMATE GRAY BY THE LEFT ARM. INMATE GRAY PUSHED DEPUTY LIPSCOMB AWAY AND DREW BACK HIS (GRAYS) RIGHT HAND TO ASSAULT DEPUTY LIPSCOMB DEPUTY LIPSCOMB DEPLOYED O.C. SPRAY TO THE EYES OF INMATE GRAY AT A DISTANCE OF 3 FEET. DEPUTY LIPSCOMB THEN ORDERED INMATE GARY TO LAY ON THE GROUND INMATE GRAY RAN UP THE STAIRS TO THE SECOND TIER DEPUTY LIPSCOMB FOLLOWED INMATE GRAY. INMATE GARY ATTEMPTED TO TACKLE DEPUTY LIPSCOMB. DEPUTY LIPSCOMB

**DISPOSITION**
A. Cleared Adult Arrest ☐
B. Cleared Exceptional Adult ☐
C. Cleared Juvenile Custody ☐
D. Cleared Exceptional Juvenile ☐
E. Unfounded ☐
F. Other-Cleared Exceptional ☐
G. Suspended Closed ☐

| Reporting Officer: No:303 Name: LIPSCOMB | Division: CORRECTIONS | Reviewing Supervisor: No:261 Name: 74 | Disposition Date 12/14/05 |
|---|---|---|---|

# HARRISON COUNTY SHERIFF'S DEPARTMENT

### GEORGE PAYNE, SHERIFF

| ☐ Juvenile Involved | Harrison County Sheriff's Office NARRATIVE FORM | | Case |
|---|---|---|---|
| ☒ Original Report ☐ Offense Supplement ☐ Custody Supplement | Type Incident/Crime USE OF FORCE | Date of This Report 12-14-05 | Date of Original Report 12-14-05 |
| | Suspect / Victim Name INMATE BILLY GRAY | List Complaint Numbers of Connected Case | |

STRUCK INMATE GRAY WITH CLOSED FIST STRIKES
TO BOTH SIDES OF THE BRACHIAL PLEXUS.
INMATE GRAY GRABBED DEPUTY LIPSCOMB AROUND
THE WAIST AND LIFTED HIM (LIPSCOMB) OFF THE
GROUND. DEPUTY LIPSCOMB STRUCK INMATE GRAY
WITH CLOSED FISTS TO THE BRACHIAL PLEXUS
BRACHIAL PLEXUS TIE IN. DEPUTY LIPSCOMB ORDERED
INMATE GRAY TO LAY ON THE GROUND. INMATE
GRAY RELEASED DEPUTY LIPSCOMB. INMATE GRAY
GRABBED THE VEST OF DEPUTY LIPSCOMB.
DEPUTY LIPSCOMB STRUCK INMATE GRAY TO THE
LEFT COMMON PERONEAL WITH A KNEE STRIKE
INMATE GRAY ATTEMPTED TO PULL DEPUTY LIPSCOMB
TO THE FLOOR BY THE VEST. DEPUTY LIPSCOMB
STRUCK INMATE GRAY 4 TIMES WITH OPEN HAND
STRIKES TO THE RIGHT BRACHIAL PLEXUS DEPUTY
LIPSCOMB ORDERED INMATE GRAY TO LET GO
OF THE VEST. INMATE GRAY REFUSED TO COMPLY
DEPUTY LIPSCOMB SWEEPED BOTH LEGS OF INMATE
GRAY BY KICKING THE LEFT COMMON PERONEAL.
INMATE GRAY FELL TO THE FLOOR
INMATE GRAY DID NOT RELEASED
THE VEST OF DEPUTY LIPSCOMB.
INMATE GRAYS FACE HIT THE FLOOR
INMATE GRAY MADE NO ATTEMPTS
TO PREVENT THE FALL.

**DISPOSITION**
A. Cleared Adult Arrest ☐
B. Cleared Exceptional Adult ☐
C. Cleared Juvenile Custody ☐
D. Cleared Exceptional Juvenile ☐
E. Unfounded ☐
F. Other-Cleared Exceptional ☐
G. Suspended Closed ☐

| Reporting Officer: No.305 Name: LIPSCOMB | Division: CORRECTIONS | Reviewing Supervisor: No.110 Name: | Disposition Date 12/14/05 |
|---|---|---|---|

# HARRISON COUNTY SHERIFF'S DEPARTMENT

### GEORGE PAYNE, SHERIFF

| ☐ Juvenile Involved | Harrison County Sheriff's Office NARRATIVE FORM | Case # |
|---|---|---|
| ☒ Original Report ☐ Offense Supplement ☐ Custody Supplement | Type Incident/Crime _USE OF FORCE_    Date of This Report _12-14-05_ | Date of Original Report _12-14-05_ |
| | Suspect / Victim Name _INMATE BILLY GRAY_ | List Complaint Numbers of Connected Case |

AS A RESULT INMATE GRAY SUFFERED A BLOODY NOSE. INMATE GRAY WAS PLACED IN HANDCUFF. SGT ROGERS WAS INFORMED VIA THE RADIO. SGT ROGERS, SGT LEGE, SGT ELLSBERRY RESPONDING DEPUTIES AND NURSE WHITE RESPONDED TO THE SECTION. INMATE GRAY WAS SCREENED AND TREATED BY NURSE WHITE. INMATE GRAY WAS ESCORTED TO CENTRAL HOLDING CELL FOR OBSERVATION. INMATE GRAY WAS INTERVIEWED AFTER THE INCIDENT. INMATE GRAY BEGAN TALKING ABOUT A TRAIN RIDE AND HIS FRONT DOOR AT HOME. INMATE GRAY APPEARS TO HAVE METAL ILLNESS. INMATE GRAY WAS RETURNED TO THE SECTION AT 1220 HOURS. INMATE GRAY WAS PLACED IN NF142.

**DISPOSITION**
A. Cleared Adult Arrest ☐
B. Cleared Exceptional Adult ☐
C. Cleared Juvenile Custody ☐
D. Cleared Exceptional Juvenile ☐
E. Unfounded ☐
F. Other-Cleared Exceptional ☐
G. Suspended Closed ☐

| Reporting Officer: No: 305 Name: LJOSCCHO | Division: CORRECTIONS | Reviewing Supervisor: No: 11 Name: bf | Disposition Date 12/14/05 |
|---|---|---|---|

White = Records Canary = Agency Use Pink = Court/Detectives Gold = Shift Capt / Jail Page _1_ of _1_