878

Alves

| | | |
|---|---|---|
| 1 | Q. | Do you remember arriving at the Harrison County jail? |
| 2 | A. | No. |
| 3 | Q. | What's the next thing that you remember? |
| 4 | A. | Waiting to be processed in.  And basically being attacked. |
| 5 | Q. | What about -- what do you remember about an attack? |
| 6 | A. | Being thrown to the ground, punched, restrained, pepper sprayed, threatened. |
| 8 | Q. | What types of -- if we could back up for a moment.  Do you remember who punched you? |
| 10 | A. | Yes. |
| 11 | Q. | And what is your memory of that? |
| 12 | A. | Facial.  Basically, facial.  My face. |
| 13 | Q. | Do you know who threw the punches? |
| 14 | A. | Yes. |
| 15 | Q. | Who do you believe threw those punches? |
| 16 | A. | Officer Ryan Teel. |
| 17 | Q. | And is your memory about that clear? |
| 18 | A. | Yes. |
| 19 | Q. | At what point in the altercation do you remember being punched? |
| 21 | A. | Basically, when I was handcuffed and down on the ground, being punched in the mouth.  I'd say probably like twice. |
| 23 | Q. | Was that before or after you were pepper sprayed? |
| 24 | A. | That was before I was pepper sprayed. |
| 25 | Q. | Do you remember you being physically aggressive with the |

[EXHIBIT]

MARGARET WASMUND, RMR, CRR

1   officers who were there?
2   A.  No.
3   Q.  How many officers were involved in restraining you that
4   night?
5   A.  By face, I can remember two.
6   Q.  Which two?
7   A.  Officer Teel and an Officer -- what is her name? --
8   Rhodes.
9   Q.  At any point that night, do you remember having trouble
10  breathing?
11  A.  Yes.
12  Q.  What caused you to have trouble breathing?
13  A.  Well, I had a sheet wrapped around my head.  Sheet or a
14  pillowcase.  Basically, water poured on top of it.  And
15  basically, gasping for air because it was wrapped so tight
16  around my head that I couldn't breathe.  So all I could do was
17  basically gasp for air.  And that was basically it.
18  Q.  Do you remember being placed into a chair?
19  A.  Yes.
20  Q.  What do you remember about that?
21  A.  Being restrained and placed into the chair and basically
22  straps being placed across my ankles, my -- the top of my
23  thighs like near the knee area and across my chest.  And just
24  pulled so tight that basically it cut off my circulation.
25  Q.  Do you remember who tightened those straps?

```
 1    A.  No.  No.  No.
 2    Q.  After you were placed in the chair, what's the next thing
 3    that you remember?
 4    A.  Basically, just being put in the room.  And basically, sat
 5    there.
 6    Q.  How long did you sit there in the restraint chair?
 7    A.  I was told seven to eight hours from the guy that released
 8    me that was basically coming in on the next shift that morning.
 9    Q.  What was Defendant Teel's demeanor when he was spraying
10    you and tying the sheet over your face?
11    A.  Aggressive.
12    Q.  Do you remember anything that he said to you?
13    A.  Yeah.  He threatened my life.  He told me he could take me
14    in one of these rooms in here and kill me and wouldn't nobody
15    know.
16    Q.  Do you remember anything else that Defendant Teel said to
17    you?
18    A.  No.
19    Q.  Do you remember the demeanor of the other officers that
20    were present?
21    A.  Yeah.  Basically, when I was in the chair in the room, I
22    could see people walking across -- it was a glass window.  And
23    I could see them walking across the window and smiling,
24    smirking sarcastically and just waving.  And I'm begging for
25    somebody to basically come and loosen the straps or at least
```

1  just to come and check on me.  You know, this was inhumane.
2  But, you know, I guess it was a joke to them, you know.
3  Q.  Did you suffer any injuries from your time at the jail
4  that night?
5  A.  Yes.
6  Q.  What type of injuries?
7  A.  Kidney failure, nerve damage and muscle -- muscle
8  failure -- muscle failure basically.
9  Q.  Have you been treated for those injuries?
10  A.  Yes.
11  Q.  And what's your diagnosis?
12  A.  Well, acute renal failure basically.
13  Q.  When were you released from the jail?
14  A.  I was released the 7th.  Was it the 7th?  The 7th.  It was
15  a Saturday -- I want to say Saturday night.  Saturday night,
16  Sunday morning.  Yeah.  That was 2006, January.  Probably -- I
17  don't know.  Maybe about 11:00 at night Saturday night.
18  Q.  Are you still under a doctor's care?
19  A.  No.
20  Q.  I want to show you a portion of the video that was shot at
21  the Harrison County jail that night.
22          THE REPORTER:  Exhibit number?  Exhibit number?
23          MR. RICHMOND:  Exhibit No. 53.  If I could have a
24  moment to cue it up before you put it on the screen.
25          (Exhibit G-53, videotape, played to the jury)