# WOODROW W. PRINGLE III
### ATTORNEY AT LAW

2217 PASS ROAD
GULFPORT, MS 39501
228 868-8355
FAX: 228 868-8433
e-mail: woodypringle3@bellsouth.net

March 17, 2009

Haley N. Broom, Esq. and
Joe C. Gewin, Esq.
Attorneys at Law
P. O. Drawer W
Gulfport, MS 39502

Joseph R. Meadows, Esq. and
Karen J. Young, Esq.
Attorneys at Law
P. O. Box 1076
Gulfport, MS 39502

RECEIVED
MAR 19 2009
DUKES, DUKES,
[illegible] & KEATING
P.A.

      RE:    **Alves v. Harrison County, et al.**

Dear Counsel:

     I recently obtained possession of recordings made by Regina Rhodes while employed at the Harrison County Adult Detention Center. Your copies of the four disks are enclosed. Also enclosed are Ms. Rhodes notes of matters she deemed important on each disk. I encourage you to review the disks and make your decision what items are important.

     Attached is another list of specific instances and facts that Ms. Rhodes recorded during her employment at the Adult Detention Center.

     Sincerely yours,

     WOODROW W. PRINGLE, III

WWPIII/ksk

Enclosures


EXHIBIT
"26"

Tape 1                                                    2-8-2005

015  Won't be the first person to die here - 329

046  I'm going to take you home and pet ya. - Stolze

225  If your talking your breathing - Necaise

331  I won't shoot you, I'll just beat you up and put
     you in a place with a mask on your head.

515  I used to think you were crazy but now I
     can see you're nuts - 329

548  You're in Moss Point

843  Do you know what you're charged with? Animal Nec
     You fucked a cat - Necaise

1011 Can you please uncover my head so I can breathe
     some air? - Inmate

1014 If you're talking you're breathing - Necaise

1519 Inmate starts moaning -

1547 Put it in your mouth? - Stolze

1607 I can't breath - Inmate

1628 Stolze meowing

1640 Some females yelling in the background

Tape 1

1716 Oh my God it's eating you — Thompson

1717 Inmate screaming

2040 You look like you want to say something — Teel

2048 You should have heard the Chief talking on the link telling Wayne Payne... What are you doing? Sitting at the house. We're kicking ass, that's all we've done all day.

2220 Oh that's terrible. I just farted on you — Teel

2243 I don't want to shoot you. That's too much paperwork — Teel

2626 If you don't shut up I'm going to tape your mouth shut — Teel

3009 Meowing

3031 Do your children know that you fuck cats? — Necaise

3238 You're in hell, You're in hell — Stolze/Necaise

3257 Hey Jarred you should have seen how quick this little bitch went down in the shower dude. — Teel

3310 You should have seen how quick he dropped in the shower dude it was beautiful — Teel

3420 That fella standing next to you is bi-polar — Necaise

Tape 1

3447 You have to be half fucking crazy to work here — Necaise

3550 That motherfucker done knocked me out twice — Inmate

3711 I've had enough, fuck it bring me the duct tape — Teel

4000 You're my favorite FTO — 192 to 181
She's my favorite FTO too because she trained me I
had to wait a year for her to train me. — Necaise

4200 What did you say? — Teel
He hate N—word — Necaise

4254 I'm fixin' to take this guy because I want to
play with him. I'm gonna touch him in his
secret hooter spot — Teel

4305 Whatever you feel the need to do. — Necaise

4440 You see that kid in 7 in the          shirt. I chipped
his tooth. The chief didn't care — Teel

You said he called Maj. Payne — Necaise

Yeah. Don't be surprised if you get some complaints tomorrow
we're kicking asses down here. What better boss could you
have dude? — ███

4600 You don't like Pantera? — Thompson
Inmate yelling

Tape 1

4725 Let me explain something to you - Teel

4735 Any fucking bullshit and I'm gonna skull drag your ass - Teel
Inmate moaning

4756 ( Inmate getting out of restraints )

4818 They can't do you that way. Their violating your rights. - Necause
Go to your happy place

4840 - Smacks - put your hands down - Teel

4900 that shot in the shower you got a little while ago wasn't shit - Teel
Are you still stuck on stupid?

5350 192 fussing at booking control for not opening the door.

5540 Seems to switch to another day. Me talking to Burns.

5545 Teel asking to help dress a guy in HCS.

Tape 2                                                2.3.05

0011 That's not very nice sir - 192

0029 Look at that, that's not normal - 329
     Inmate moaning

0106 Sir don't pass out here because I'd have to hit you
     to make sure you're alive - Necaise

0114 I want you hit me - Stolze/Necaise
     He can't talk to you like that. It's against your
     constipational rights. - 192

0150 People just don't know how to act when they come to jail - 192

0216 Get up - Teel

0230 You need to stand up on you're own like a man - 192
     Yes sir can I have another - 192

0320 Inmate in the shower with Teel and maybe Stolze. He's not cooperating - 192

0400 You smell like a bums nut sack. Teel

0453 Sir you need to cooperate with these gentleman they are
     here to help you - 192

0458 We are here for you - Stolze
     Sir you need to stand up - 192   (Sounds like they are in the shower.)

0601 Still in the shower - Sir you need to stop resisting - 192

Tape 2

0630  Sir you need to stop resisting and do what these officers tell you to do - 192

0708  Meaning in the background talking about the gym. - 192

0750  My brother from another mother - has to be one of my favorite booking sayings. I did another booking quotes sheet. It has everybody's quotes in there. I need to get some of yours, its been so long since I've worked with you. - 192

0803  I don't have any good quotes - Stolze

0806  I've got one of Necaises "I'm fucking my sister how sick is that" 192

0818  I've got the no habla. "I've got your no habla did you drop that $20.00 bill." - Smack - Laugh

1100  Female comes in crying - yelling

1120  Ms. Wilson do you have any cash? I'll have to take that as a no. - 192

1148  You know I am half tempted to put her in there with Abrams - 192

1218  I really do appreciate that. - 192

1313  When he takes off your cuffs you need to put your hands on the counter. You understand? - 192 - More crying

Tape 2

1417  Go ahead and take off your shoes and place them on
the counter. - 192 - More crying

1427  Put jewelry in boots - 192

1455  Take your socks off turn them inside out and put them
back on. - 192

1600  You're going to need to take out your weave - 192
       I don't have any weave - Inmate
We'll just cut it out then - 192
       Then cut it out.

1629  Ms Wilson you need to step into the shower.

1739  says she can't try to put the pants on. Yells for Burns
to help put pants on - 192

1820  Someone bangs on door

1850  Tell inmate to grab the wall and she refuses - 192

1915  My hands are on the wall will you quit touching me. Inmate

1926  Ask trustee for one size bigger pants

2018  Why don't you try putting those on correctly.

2029  Open bathroom door.

Tape 2

2130 Someone asks me a question about Inmate in the shower -
"Nah I grabbed her buy the neck."

2145 She needs to go in there with Congo - 192

2220 Sounds like me/Burns - It was funny - 192

2315 The chair, the chair - 192 - Caldwell says shes going
to pull Congo out and picture her and we can put
the girls in 8 put him in the chair in 7 if
you want -
     Someone else - "The chair, the chair"

2331 I like to put them right out front - Teel
     That way he can be an example for everybody - 192
Someone else chantting "The chair, The chair"

2334 He's asking for it - $x2$ 192

2352 Priest asks for Randy Johnson

2440 Music gets turned up

2544 Use of the restraint chair has been approved - Teel

2618 Alright what we gonna call it 1720 hrs - Teel
     Oh - Definitely need a spit mask - 192

2639 I've never put anybody in the restraint chair - I've never
even seen someone put in the restraint chair - 192

Tape 2

2720 Inmate banging on cell door. He's going in the restraint
chair because I've about had it — ~~████~~ Teel

2750 Over by the tube — 192

2800 That tazers no fun — 192

2820 They know who runs this mother fucker — It ain't him — Teel

3000 Give Sgt. Caldwell her picture (Abrams.) — 192

3018 We're all set to go. We gonna do the chair — Teel

3040 Told someone else I've never seen the chair they ask why
"Because I was usually down in Central" — 192

3058 Someone giving verbal command — Pick the subject up <u>Carefully</u>/gently — Capt. Gaston

3106 Did that sound official or what — Teel
    That sounded very official sir — 192
    Thats almost like reading from a script — 192
    Baby I am a script — Capt. Gaston
    Laughing — 192
    That would break my fucking heart — 310

3170 Going to get a mask — 192

3250 Inmate — "I don't like dykes". Aw — that just hurts
everybody's feelings — 192

Tape 2

3520  Ewing talking about Inmate charge. (Faulkner)

3710  Tape stops stops/starts

4130  Some people just don't know how to act when they come to jail ~ 192

4430  Do you want to listen to him or turn your music back up? ~ 192
         Turn mine back up ~ Teel

5030  Someone on the phone requesting PC for Inmate coming in.

5600  Amanda Gore out of HC 8 ~ 192

10030  Tape Ends

Tape 3                                                                2.3.05

0014   Quit that drinking/driving we can't get you out of
that kind of trouble - 192   Tape stops - me on the phone - starts

0100   Did you hear me say are you sorry for calling
me an asshole? - 192
        I was listening to your voice - Teel
That's what I asked her. - 192

0130   Possession of Meth - my Paynes Add.

0215   Disorderly in medical

0250   Santora asking about double DUI manslaughter

0300   Call from Fallard at the front desk talking to Sgt. Mathis — 192

0640   Call from Phothello at front desk about 10-15 in HC 6.

0800   Santora giving commands to Inmate in Sally Port.
        give them shorts it's going to be chilly - 192

0900   If the phone doesn't stop ringing. - 192

0959   I would like a large amount of money, but instead I
chose to work in law enforcement. Next time I'm
going to be a drug dealer. - 192

1143   We'll book in Ms. Wilson since she apologized - 192

1214   Atchley asking for bolt cutters - I say stop resisting

Tape 3

1312 Priest 310 asking about female packet.

1355 You are doing an awesome job. "I want to be like you when I grow-up." - 192 to Priest
   Maybe you'll do better than um and reach atleast two meters in hight. 310
   Well, I doubt that - 192

1436 Call about Joshua Bell. Talked to Inmate about PC status.

1608 Pooh calls about Fallads questions Hung-up - Stop calling! - 192

1716 Tell them quick get me out of jail - 192 to Wilson

1808 Talking to Inmate about poss w/ intent charge. - 192
   We don't make things up.

1909 I've got this long ass narative to write - Teel
   Uh-oh - stuck like chuck - 192

1924 He is officially broke - Teel
   He's broke - he's no longer hard - 192
   No he aint hard no more - Teel
   I hate it when folks come to jail hard - 192

1936 If he wasn't broke when he got out the chair he's broke now - Teel

1448 Santora talking to male inmate and "Yeah ask that lady over there she was cussing me for trying to put her

Tape 3

1953  If he wasn't broke before he's broke now — Teel

20,4  my shoulder hurts — Teel
        that can't be good — 192
      Not really — Teel

2033  Newell — isn't he B-Tower — 192
        My personal medical is not here — Teel

2240  Rhodes grabbed my insence just for you — Teel
      I appriciate that and I've got some in my box
      if you run out — 192

2400  Sounds like Inmate Worker banging trays on the trash can.

2443  Man is that freakin Biloxi — 192
      Ya'll just do us wrong everyday — 192

2740  Biloxi giving commands to Inmate.

3030  Asking Sgt. Mathis about Amanda May OR Bond for Capias.
      Call Ms. Fallad. — 192

3340  Talking to BPD about R/W attempted Sexual battery. Kind of like BTK [192]

3415  That's why I take medication to sleep at night — 192 Laughing

5512  Men/Women on the phone together. Female off the phone — 192

3540  I don't even get to go — 192

Tape 3

4010  Our incident just happened to be infront of .          Teal
        She bit one of our transport officers (?)

4150  Biloxi giving comands to inmate

4240  Gulfport you have your custody? Ya'll are getting alot with
      the following too closely. - 192

4320  Put your hands on the counter sir- Once you're done
      with a movement put your hands on the counter - Santora
           He can't talk to you like that it is against your constipational
      rights. - 192

4410  I've got plastic bags everywhere. - 192

4540  All kinds of crap, All kinds of crap I'm too short
      to reach all this shit - 192

4600  Did you sign property sheets for the females? Would you like
      to? You can't make me sign shit. I wouldn't do it
      its a trick- 192

4619  Yeah ya'll dress out the females and I'll get back to work- 192

4715  He is big sexy - 192

4773  We don't count change - 192

4940  Santora saying fella's need to use the phone Female wrap it up - 192

Tape 3

5250 Ya'll didn't kill nobody down here today did ya? — ?
      Nah— Wasn't me, Wasn't me   it was  someone   else — 192

5400 Maybe Minor talking about someone throwing a bottle

ops.?)

5630 I've got the funk so I didn't want to infect anybody — 192

5711 Todays inter office memo — Inmate movement dated Feb. 8, 2001
      Inmate workers returning from work.

5730 Don't let them in/out — Sgt. Lege.

5800 Sgt. Leonard reading from shift loge

5920 I know ya'll want to do shakedowns, we are going to
      do that on the weekends. — Sgt. Leonard

Tape 4                    ( second side of Tape 1 )

0024  Inmate in Holding Cell yelling
oh man - 192

00    Apparently he's best friends with              - 310

0054  He's just a public drunk, he was a bit of a
hassle getting dressed.

0115  We need to have a come to Jesus talk - 310
I knew I left my gloves off for a reason. I didn't
even have in my belt keeper - 192
Can I go in - ? 310    I don't see anything - Necaise
0145  Hey Rhodes don't hurt him.
Open cell door. Back up sir, back up sir - thud -
that sounded like it hurt

0200  He hurt me, he hurt me, he hurt me - Inmate

Sir you need to stay off this door. - 192

door shuts -
0219  man I didn't even get to touch him. 192
I'm sorry Rhodes - 310

Some people do not learn. He was immobilized. And he
wants to get back up and ~~not stopped again - 310~~ run his mouth again -

Man I can't wait to get me a ++++++ tazer - Necaise

Are all booking officers getting a tazer? - 192

0313  There should be one in the jail at all times.
Inmate still banging and yelling

We need an ambulance now - 310
That bracial plexus is a bitch huh - 310
You need to get dressed- Necaise
Yeah that was nice, that was nice I can't
wait to use that on someone - 192

0410 how in the hell you gonna hit someone ih the bracial
plexus - ▓▓▓

I said alright  D - might be partial officer Delong

I'm gonna come out and hit you. - 192
   I'm short and you can barley reach me.
I'm not above kicking you in the nads - 192

0500 Tube running — Necaise talking

0540 You did have some leave slips - 192   (to Necaise)

Now serving number 56 (× 2) - 192
   I used to think you were crazy but now I can see your nuts- Necaise
I bounced that guys head off the bench—
   It was nice - 192
Rhodes got a hard on - 310
   I did - 192

0618 How you normally do that big daddy? Necaise to Teel

0620  He said after some time he's gonna be. -192
oh you just don't know - Necaise
He likes to rockout with his cock out - Teel

He called up here one time. Hey how you doing - Necaise

0710  Leonard doesn't need help in DC.
Complaining to Necaise
He doesn't want me to have any fun. -192
They need some fucking help down here.

Necaise and I in the back at lockers -
Fuck em and anyone who looks like em - 192

0823  Spare key to Necaise -
I think we will look with togh with our little
hats on - 192

0916  If you ever need tampons - there in here too - 192
Talking to Necaise about text message. - 192

0949  That would be fucked up - 192
turn off tape.

Mardi Gras - 2005

No paperwork

W/F Reh/White brought in by Biloxi
Spit on me on her way to Central Holding
Escorted by Capt. Rick Gaston, Deputy Preston Wills.
Hit her 5 to 7 times with a closed fist.

No paperwork

W/F Intoxilizer Room brought in by Long Beach
Refused to remain seated after several request.
Assisted in seating her by placing both hands on her
shoulders and pushing her onto the chair.
She started screaming I was choking her after I
let go. And yelling and cussing. Then I put my
hands around her neck and said "now I'm choking
you, how you like them apples?" Teel came from
behind the booking counter and said "I like them apples."
I let go and said "I like them apples green.".
Stood by female - had no other issues. that I can
remember.

Altercation in Holding Cell 4 with Priest and Santora.
Priest struck Inmate in the head with his knee.

Alves case. Involved in... trying to help Teel get Alves
restrained. I was kicked in the face by Alves. Teel called
via radio for assistance from Jail Staff. Several officers
responded. B/F in HC8 banging on cell door cussing
and yelling at us to leave Alves alone. Teel told
me to take care of that "bitch". I broke from the
Alves incident and had the B/F exit the HC and

A few times Teel wrote my reports and had me read them and sign them.

No paperwork Superman with the Juv. in BF. for assault on the BF officer. Teel/Me and a few other officers. I watched the Juv., Teel and others searched the cell and O.C. spray on mats and sheets. Tossed the cell.

Rear vascular neck restraint
Teel - 10-15        Stolze - maybe 5      - Priest -
Wills - 10-15                                                Thompson -

Smokey Joe Wilson        Headbang S
                         Teel - 10-15      Wills - 10-ish
                         Stolze - 5        Priest - 10   Thompson - 10

Charles Norwood       Central Holding    (Jessica Priest)

                      Priest / Me

Inmate          3:30 — 6:15
Angelo          D. Johnson
Rich            Lisa
Narrative       John
did not Write   Fulton - Broken Jaw

Burn — Marks — from TazeR         FTO Hester

Meeting on 2-28-2007
John Richmond — Joel Wallace

Halliday — in CPT Court

Their just inmates it doesn't matter  (Fuck them)
it's my booking area, my house, it's my way not theirs
Let them come down here and do this shit and
see how much they like it.
Issue w/ Horn on Mardi Gras
   Gaston — 3-10 times arms/upper body
      Me — legs
   Gaston — facing me back to HC door
   me — facing Gaston  (That's good / that's enough)
Horn knocked glasses off. Peterson outside the
cell door with my glasses.
      Wills/Gaston — escort Horn to Central.

~~[struck through text]~~

Teel Haytieing several inmates to place them in the
restraint jacket. Although it was against policy/procedures it
was SOP in booking. Noone from IA said anything about
it its use.

Property (knives) would be taken by Deputies. Lighters - Zippo

Muslim MDOC State Return Inmate Teel refused to allow
him to have his Koran and prayer rug. Later in the
week I had to get it out of the property room
for the Inmate.

Combative Inmates being slammed on the counter.
More than a few would end up with a cut above
the eye that would bleed.

Male Inmate brought from the block at the request
of an outside agency. (MBN, MBI, DEA FBI ?) They had
information that he had cash and crack cocaine
on his person.
    Erwin / Atchley. In the shower, Erwin asked the
Inmate Worker for a size 14 slipper and the trash can.
Lots of yelling and hitting. ~~there~~ Outside agency sitting
in back office. Erwin exited the shower with the
money/drugs. Gave it to the outside agency officers
and said someone owed him a new pair of gloves.
Bragged about what could be done with a size 14
flip flop.

Teel/Necaise would head-butt inmates. usually in the shower. They would brag about it after the altercations.

Plenty of S-34 had no paperwork done.

Teel would perform rear and forward vascular neck restraints. on inmates. Sometimes in camera view. Most of the time in the showers. Teel would document the use of force in his ~~statement~~ paperwork. (Would brag about incidents in the shower.)

Teel had a keyring full of id cards and dl's. He indicated that they were taken from people he had altercations with.

Necaise was especially hard on non-english speaking persons. (Especially Spanish.)

Robinson married Inmate Ladnier after he was released. Robinson/Ladnier later involved in a domestic. Pass Christian P.D. called ahead to let us know they were bringing in a 10-15 that assaulted one of us. 10-15 came in with head injury from domestic.

Sig-34- C-C during shift change - Teel, Necaise, Me and several other officers respond. Myself and a new guy were on the top tier. Inmate refused to lockdown. I ordered him on the wall and cuffed him. Teel/Necaise came up and got him. They carried him down the stairs. They were told by a Sgt. to let the man

Windham hanging out by the booking window while females were getting dressed/undressed. I never actually "caught" him looking in. Told by other booking deputies that they had caught him looking in.

Edgar Bush DF-246? - Teased and taunted by the Deputies. Seg-47. has the full package. Deputies would spray O.C. under his door.

Clark Crawley - DF - Teased/taunted by Deputies and Inmates S-47. Crawley taunted mostly for being gay. Deputies tried to get Crawley upset.

Superman with Juv. Inmates. Me, Teel (other deputies) I supervised Juv while Teel and others searched the Juv. cell. Used alot of O.C. on the sheets/clothes of the Juv's. (Juv threw something at the BF officer.)

Tazer by Teel (B/m?) said we lost his CDC. Refused to get dressed for release. Teel and someone else took him into the shower. Teel tazed him and then charged him. Disorderly Conduct.

FTO Hester written up for excessive use of force with the tazer. Will have to go through the tazer class again. Inmate was not affected (heavy-set male) caused big burn marks, bigger than a nickle. Could have caused burn marks on Williams. (From a source.)

Phrases

Say it ain't so

That's good shit

Pish/Posh details I cannot concern myself with

Fuck em and anyone who looks like them

That's against your constipationals

He can't talk to you like that

I used to think you were crazy but now I can see you're nuts


It puts the lotion on it's skin or else
it get the hose again.

Put the fucking lotion in the basket.

Told on several occasions by Necaise and Teel that they were on first name basis with Capt. Campbell. Campbell would call and say "Hey Jerrod/Ryan why don't you come in today and talk to me about something. Campbell would show them the tape of the incident and coach them on what happened. "This is when he hit you... Right?"

Story about Tokyo from Teel and Necaise. Captain Taylor upset that he couldn't find a tool in Tokyo's cell that he used to rewire the section. Maintenance asked Tokyo for the tool and he gave it to him. Maintenance then placed the tool on Taylor's desk. Taylor and another Sgt. (Reece?) visited Tokyo's cell. Tokyo was refused medical treatment (for 2 weeks?)

Teel would brag that he was the reason why C.O.'s were not allowed to carry ASP Batton's anymore. Said that when Joe Price was Sheriff he (Teel) broke several legs/arms when he was caught in a section without any backups.

Atchley/Erwin talked about spraying O.C. in Inmates toilets and under closed cell doors.

Some deputies talked about doing shakedowns with a drop-down (throw-down) shank. Incase they needed a reason to tag someone.

Deputies were told to leave Inmates uncuffed to escort to B-D for lock-down. It is easier to justify hitting someone that was not handcuffed. SOP.

1. Rhodes almost stabbed in the booking shower by a 10-15. (With is own pen.) Rhodes pressed charges of simple assault on the Police. Charges later dropped and Inmate released. Rumors that 10-15 was beaten too badly to justify the charges.

Teel told the story of "training" Necaise several times. Section refused to lock-down. Teel told Necaise to "watch this". Teel ran in and slammed the first person he came into contact with. Necaise said "We can do that here?" Teel ~~~~ replied "Yeah just watch what we can get away with." (Necaise also told me the same story.)

Charles Norwood tazer use in Medical. Nurse Polk got in the middle and said they were using too much force. I've heard the force was justified – Extremely S-47 and Officer Assault Risk. Nurse Polk was getting in the way. Norwood might have been a CSU patient at the time.
        Norwood bit sgt. Ellsberry

## Changes at the Jail Via Source

Thompson quit the jail mid-August. After talking to Capt. Campbell and Sgt. Mathis he said it would be the best for the department. Someone was trying to pressure him into saying stuff about the people he worked with and ~~cared~~ cared about and he wasn't going to do it. Told them he was facing 3 Felony charges but might be able to bust it down to misd. His attorney quit two days before he was suppose to talk with (judge?).

New Warden met with both shifts and told them if they could not conduct business without the yard calls or putting their hands on someone then they needed to finish ~~the~~ the shift and not come back.

Lots of changes now.... for the better. People cannot get away with uses of force that do not have paperwork.

Teel was threatening S-64 and was being held at Pearl River County.

Watch commanders on each shift. Over each shift sgts. Shift Sgt. walk the blocks/booking. If a combative one is coming in the watch commander and shift sgts have to respond as well. Watch commander assesses the situation and people are no longer allowed to be strapped to the bench. Watch commanders have to okay for someone to go in the chair. Watch commanders are liable for the