Changes to the Jail Via Source

Watch commander has to respond even if he is off duty. If they cannot make contact with the Watch Commander the Warden will come down.

Sgt. Mathis - day shift booking sgt.

~~[illegible scribbled text]~~

Allen fighting NOT to go to Booking because of me. They are making her go via the Warden.

Sgt. Rogers is helping put key people in place.

�direction They are going back and looking at All uses of force

~~[illegible scribbled text]~~

Terms Teel would encourage being used in a report.

Inmate took an aggressive stance.

Inmate refused to follow loud, clear verbal commands.

12. 94.5                                                      9.1.06

Alves lawsuit says Teel/Me beat him and
strapped him to the chair.

They should get what they deserve. Everyone involved.

Another lawsuit because of the likes of the Sheriff.
Because the sheriff is in charge.

People need to get out and vote this November.

Fulton- broken jaw - inmate fell in the shower.

Tazer burns - nickle size - from multiple rides with the same dart contact.

9.8.06

Ran into Deputy Beal at Winn-Dixie in Gulfport (Pass/Cowan-Lorrain) with ~~Rose~~ A.A.

Deputy Beal gave me a hug. Asked how I was holding up. Said I was looking good and I looked good on tv. She told me to keep my head up.

Asked if I have heard from Caldwell. I ~~told~~ told her about my call from Caldwell. She said that Caldwell had made contact with her. (Concerned if her name had been brought in on anything.)

Beal said that she was surprised Harrier up and left. Didn't have any reason to leave because he would still be under Captain Gaston on day-shift. Beal said she knows how it is down there. (Beal also worked in Booking/Inmate Records.) She said she rolled with Harrier and some others.

9.10.06-

12:42 p.m. call from Special Agent Johnson about note on the windshield. Returned call @ 16:24.

Note from Source.

Captain Campbell's job is to protect the Sheriff at all/any cost.

B/F Brought in by MDOC Probation Officer. Teel said to spray her before we went in the shower because she "sassed" her Probation Officer. B/F was pregnant and compliant. I did not spray her as requested Teel and the MDOC Probation Officer looked disappointed when we exited the shower without incident.

FTO Allen told me she was pressured into threatening a female with a Tazer. Allen refused to take the tazer and was able to calm the female down.

Feb. 24th - Sig. 34 Degeorge broke his hand. Windham stood around and did nothing. I was out sick. Hubbard lost a tooth.

March 2nd - Incident with Dr. Teeter in shift briefing. Call from dispatch about calling Captain Campbell.

March 3rd - IA interview. Placed on Admin Leave because I wasn't taking this too well.

March 20th - Salvation Army money - talked to Campbell about getting Dr. Teeter's number. He said to walk to his office with him to get the number. As soon as he shut the door he started saying I needed to quit. Never gave me the number.

March 29 - Call from Halliday about offer from the Sheriff's Office to go on medical leave.

April 3rd - Meeting with Dr. Corry. Letter to S.O. about medical leave.

April 5th ? - Letter about board meeting.

April 7th - board meeting.

April 11th - termination letter. - filed for unemployment. /

( Teel had a keychain with surnames of folks he had alterations with. )

√ Gulfport Officers have been told to write narratives any force in the jail. You can access the computer by using the names of the jail officers involved

Hatten, Theresa - complaints - Touche - banged her head on the booking counter. Nose bleeding, medical called. It stopped bleeding and I proceeded to get her dressed out. Exited the shower, Touche started yelling for me. Her nose was bleeding - looked like a ~~xxxxx~~ @ bloody movie. Medical called. Unable to get the bleeding to stop. Called Captain Gaston. Released PTR to Court Programs and sent out via AMR. I had to shower and change because of all the blood on my clothes.

Sgt. Caldwell - Yard Calls. Suspended x2  I don't know if the officers involved were ~~were~~ disciplined.

Shift Sgt. - B/m - still on midnights. Sgt is gone now. Altercation in the jail. A deputy went out to the hospital with a broken _____. Next night Sgt gave speech during shift briefing about how ashamed he was that one of us went to the hospital and one of them didn't leave in a body bag. The next time someone is going to the hospital. We are going to do what we have to do even if we have to bring them to a place where the eyes are not watching. He'll let lastnight slide because of all the eyes around.

Juvenile assaulted by Necaise. in the hall between booking and central. I saw shoulder trips then was told to return to booking. Juv. mother was called by someone about the altercation. I don't think there was an investigation.

Rumors that Deadeaxxe was stealing inmate property/stuff from the kitchen. Also mule for contraband into the jail.

Richards knows where ~~is~~ the money from the Inmate Accounts is going. And knows a lot of stuff. Upset May. Riley and lost his classifications job and sent him to midnights.

Pavalonis knows about false reports to FEMA about a car that was wrecked before the storm but was claimed after the storm as a loss.

Roberson (cowboy) kept a "little black book" ~~threatened~~ threatened people with it.

Welcome to the house of payne.

Pav also knows about down time money that was suppose to be paid to the C.O.'s during Ivan/Katrina but wasn't. Patrol was paid for their down time.

Campbell/Cox bringing in drugs to inmates. ~~~~ Campbell would come to work high. Short fuse, would enter a section for headcount and start up with the Inmates. Was injured during a S-34 that I was in the tower for. Supervisor said "No" to O.C. Spray. Next night Capt. Campbell said we don't need anyone's permission to use O.C. that is why we were certified in O.C. And that whomever told us we needed permission was wrong.

Headcount with Campbell was terrible he would try to stir things up.

Shift breifing told to O.C. Spray Inmates that "pop-out" of their cells and refused to return. Use of O.C. goes up. About a month later briefed on not using O.C. so much.

CSU

All patients being housed in the jail. Jail is already overcrowded. Civilians being held in medical ward after the storm. Deputies expected to "Control" the CSU patients but, constantly warned they could catch a charge for touching one of them.

Dixie Mafia - Atchley, Brian -

"Murderer Bitch" note left on Jeep                    8.21.06
at Ann's house. Called Hulliday. he advised to Call
Special Agent D. Johnson. Johnson will pickup @ 1130

Justin Drew Brown - Arrest Jan. 23, 2005 - Released June 20, 2005.
Inmate committed suicide in DF all Inmates
started singing "Amazing Grace" @ 0200 hrs.

Campbell sent to Booking. (?) He easily lost control
and would snatch people up. I was told by several
Deputies that Campbell was high at work. He did
act scatter-brained at work.

Phone Calls.

Sgt. Mathis                    8.1.06                    1837 hrs

   Told me that "they" had 5 to testify against
Trel. Mooneyham, Knight, Adamson, Thompson and "another"

Priest 310                    8.3.06

   I'm 3rd generation don't give a fuck. You are
the most anal retentive and by the book person I
know. There's no way you'd lie about your report

Caldwell, Didi (Ex-Sgt.)     called on home phone  8.4.06          1750 hrs

   Girlfriend asked her why they were picking on me
first. She told her girlfriend they were trying to find
the weakest link. Someone to roll-over on Trel. I
responded by Telling her I could only tell them
the truth about what I saw.

Preston Wills (Ex-Deputy).     8.7.06          1815 hrs
   missed call.

Returned call on 8.8.06 @ 1148 hours. with okay from
Special Agent Johnson.
   Asked questions about why I plead guilty. Talked about
the bleeding heart liberals. People don't understand what
we have to put up with. Reffered to the Williams family
as a bunch of fucking N_____. They only want money.
   Went on to talk about a phone call Capt. Rick Gaston
made to him on a Saturday about being careful what he did
because "someone" ...

Phone Calls

Stated the Gaston put him on nights with him and
told him to follow his lead.                                    Pg. 2

Talked about incident with Only A_____. Inmate
was bloody when Captain Gaston saw him and wanted
to know who did it. Thompson and Teel worked the
previous night and had to come in.

Not on Tape            Sgt Mathers            8.8.06

Just came back into town and heard something
on the radio. Called to see how I was doing and to
let me know to call him if I need anything

Priest  310

Returned two missed calls. Asked about charges.        8.8.06        1820 hrs
Asked if they were using me to get to Teel. Asked
if they were still looking at Thompson. Said some
fucked up things happened in the past but since Teel and
I are going they don't roll like we used to roll.
And don't get away with stuff we used to get away
with. Mentioned an incident with Stolze two weekends
ago. Priest got shackles for holding cell 5 and as soon as
he put them in Stolze snatch the guy out of foa
and started choking him. Priest made an effort not
to touch the inmate and tapped Stolze on the shoulder
and told him that was enough. Stolze wasn't going to
write a report but Priest told him he needed to. Stolze
wrote the report. While Priest finished booking people

Phone Calls

8.8.06    2051 hours tapes given to Special Agent Johnson.    pg. 3
I gave a brief description of who/what was on the
tapes and also told him that FTO Allen would like
to speak with the FBI and prosecutors about the working
conditions at the jail.

Thompson 224

    Asked what possessed me to plead guilty.    8.8.06    2224 hrs
Asked if I was really dumb enough to cover
for Teel.

    Told him about Betty from McRae's and talked about
me going to prison, my meds and therapy.

Called Thompson 224
    Left him a message about Halliday.    8.9.06    0906 hrs

Called Wills
    Returned two missed calls. Wanted me to give    8.9.06    1809 hrs
"Beth" - FTO Allen ~~about~~ his number in reference
to the Jackson incident. The DA called him and
wanted to know what to do.

                    Given to Invs Johnson @ Interview

Minor
    Saw the paper at Jackson County Jail called to    8.13.06    2036 hrs
see how I was doing. Didn't really ask questions.
Just checking on me. Told Sheriff Byrd he thought
he just needed to leave Harrison County. So...

Minor                    8.13.06                    2036 hrs.                    Pg. 4

Talked about Jackson County trying to keep the paper out of the jail. Problem with T.PD. Don't believe what you read in the paper.

Told him I needed to fess up for what I did. Not going down for someone else.

Talked about Stover.

Talked to Mike Byrd about wanting Booking, but had a funny feeling about some stuff. And left for Jackson County.

Special Agent Johnson picked up tape on . 9.27.06 @ 545 p.m.

Not On tape
Call from Source

Call concerning Pav and Richards.

8.14.06
@ 2300 hrs

Call from Source
    Pav said that we were "Paid" for our down time
like the patrol officers for Ivan and for Katrina.
Richards knows alot about the missing funds from
Inmate accounts. Richards knows alot about what they
hid to pass ACA.
    Mr. Bartley may know some things
(Oil based paint in the jail that was donated by the
Sea Bee's.)
    Sexual harrassments being slid under the table not handled.
Allen, Peterson, Collins, Caldwell (Sgt. Leonard)

8.15.06
@ 2230 hrs

Call from Source - not on tape   @ 1334 hrs.
    Concerning Justin Brown suicide  lack of concern
from Deputy working in IF. Inmate had a lot
of drugs.

8.22.2006

Call from Source - not on tape
    Call from Minor about what is going on. Source
asked if he was being held at jc jail. (Teel) Minor
said he was not at Jackson County.

@ 2230 hrs     8.28.06

Call from Source - not on tape
    Changes in the jail and booking.

@ 2330 hrs     8.31.06

Phone Call from Source Not on Tape

9.1.06

FTO LaBauve would probably be a good person to ask questions about excessive use of force in the blocks. Works for Swetman Security now.

Call from Source Not on Tape

9.25.06

Caldwell called source and asked how I was doing. Says she hasn't called because she dropped her phone in water and it died. Wants to have lunch and chat. Has heard that "they" are looking into old uses of force. Has no problem with me. Knows the main thing at the county was CYOA. (Cover Your Own Ass.)

Caldwell- Call from Text Message "Go Saints!"

9.26.06
2351 hrs

Talked about bite [scribbled] guards and dental visit. Grinding my teeth.
She lost my number, called the county to get my cell phone number of the list and couldn't get it. (Some new Ass-hole wouldn't give her the number.)
Person approaching me at the Beau Rivage. Wants to do lunch with me.
Looking for the weak link. Do what I said "Do or Die" Teel is going to do what he needs to do. Brought up Harriel quitting.- Said he taught us how to lie on our report.
She knows they are pulling all the old [scribbled] uses

Caldwell                                              9.25.06
                                                      2357 hrs

Asked how much time I am looking at. Told her total 13 years... Hoping for 3 to 4 told her what Stovel and Ann think.

She's hoping I don't do time. Talked about Teel's uses of force. And to our ~~knowledge~~ knowledge of Teel being suspended. Talked about Wills.

What did I do that night? Outside persons view. Asked if I got to see the film of what happened that night. Told her no... but would get to see it before we go to trial.

New aspect on things after being away from it for a while. "Welcome to the House of Payne"

Asked if Teel is blaming me. Is it every man for himself? Told her he stopped calling me.

I am going to do what's right for me, what's right for justice, what's right for Jesse. I will fess up to what I've said. But, will not go down for someone elses stuff.

No discipline problems where addressed with me. Or witnessing anything.

No such thing as a fair fight in jail for an inmate. I don't know how many its going to take but I know how many ~~we are~~ going to vsc.

Asked About Thompson. What I thought about him being ~~arrested.~~ arrested.

Sentencing date Oct. 16th.

Talked about Teel's sentencing.

Caldwell

9.25.06 / 2351 l

I'm not trying to get anyone hemmed up in nothing. Said that her name was tossed up. She had nothing to do with Williams. She didn't even work at the jail.

Talked about Teel hog-tieing people.

Her girlfriend said she was getting ready to get a Supena.

When there was a yardcall Stover made sure she was away from the windows.

She doesn't think I'll get 13 years ~~because~~ because I came clean about my stuff.

"That tape is misleading"

Talked about Beau Rivage incident. Will call me tomorrow.

Call @ ends @ 0017    9.26.06

Special Agent Johnson picked up tape on 9.27.06 @ 545 p.m.

---

Call from Caldwell 1253 p.m. - not on tape. Just wanted to chat. Told him we were having lunch tomorrow and was having lunch with ann and she let me go. Said she just wanted to talk.

10.03.2006

1425 hrs.- Chat with Special Agent Johnson about tape recorder, people I worked with and what shifts.
B. Campbell, P. Wills, W. Priest, "Booking Neil",
Meeting with All 3 majors. Everyone must go to shift briefing we are all one team. The Capt. Gaston said he would assign one person per shift of all

10.5.06          FBI Johnson                                    1011 hrs

    Special Agent Johnson reviewing his notes on
Slap-A-hoe Wed, Fight Night Friday. Did we set out to
slap folks around because of the names of the day (No.)
The names correspond to what generally happened.
    Asked about if Capt. Gaston new on a day to day
basis what was going on. (No... he new on
Mardi Gras - called the "Sheriff" and during the
Pass Parade this year.)


10.05.06                                                        1016 hrs

    Call from Source - Info from Mathis they
are looking to charge Thompson with a Felony
A/c Thompson

Phone Call

10.18.2006              1149 a.m.

Call from Sgt. A. Kelly    Recorder not working

Called to see how I was doing, what I have been up to,
Talkes about HVAC class. Said she was going to quit
because of all of the drama and things were getting out
of hand with Teel and something needed to happen.
She decided to stick it out because she's 40-something
and doesn't want to start over again.
        ( We were ~~XXXX~~ cut off so I returned her call.)

10.30.2006          Meeting with MBI

                                        1300 - 1615 hrs

    Met at Court Programs Inc. with MBI Special
Agent Joel Wallace. Went through several uses
of force involving myself, Teel, Priest, Thompson.
Gave written information on the incident with
Michelle Abrams. I was topside waiting on Allen,
Priest, Teel maybe Thompson came up and had visible
injuries (bandages) and said I missed a
fight with Abrams. Said that Chief Gaston
was even in the holding cell. Chief and Teel
tazed her. After the incident Chief would brag
that she was "dog trained". ~~XX~~ ~~XX~~

    Incident when I O.c. sprayed female detainee
and Teel did the narrative.

10.30.2006                    meeting with MBI
    Incident with Touchet/Hatten - bloody nose.                    1300-1615 hrs
Thompson    O.C. sprayed him. Nose would not
stop bleeding. Pre-trial released to court programs.
A.M.R. picked up. Might be able to find a picture.


    Don (from HVAC Class) talking about the              11.6.06
fact that Ann and I worked at the jail. Refused
to say who he had the information from. Then started
saying "I don't understand why they are going to
let that black girl go down for that stuff out there.
I asked (what black girl?) He mulled around
the Williams incident and said again he didn't know
why the black girl was the only one being charged
I told Ann (who was chatting with us) "Oh
he is talking about Me!" He said, something
like- "What? No Way? I was told it was some
black girl." I told him that I am not
by any means proud of what happened that
night but I am going to fess up to what
I have done and take my lumps and
probably go to prison. And if nobody else goes
to prison that is between them (themselves)
and God. I know I'll have done the right
thing. He asked some question and I
responded. some thing like "I have come to terms
with what happened that day, through lots of therapy,
and it started as a normal day. The only thing
I can do is try to make it right.

(Don from Class)

I don't know why they are making that
black girl take the rap for what the other
guy did.

I was getting uncomfortable with the situation
and left the area.

Phone Call
Sgt. Kelly

11.25.06

15:41

Not on Tape.
Just called to see how I was doing.
Said she doesn't call all of the time because she
doesn't want anyone to think she is just nosy. Said
I can call her anytime. Talked about Allen, Ana.

11.30.06

Caldwell        (on tape)

1121

Was thinking about me and decided to call.
Said that we will probably be sharing a cell. Said
she isn't mad at me. Said she told on all
of them. Gaston, Taylor. They trained her to be
an assassin and that's what she was and they
knew it. New company she is working with. Pete/Allen
Pete was saying everybody had to do what they
had to do.

Talked about Kelly. She said she's looking
at 20 years. Fuck them all. Let the chips
fall where they may.

Talked about Thompson's 100/100. Said she'll be
in there soon enough. Everybody is going before
the grand jury. Mathis, Wills. Don't be dumb like
Mathis and go down w/o an attorney. After
they'll try to indite you.

If she's going down all them are going down.
Talked about Taylor & Holt

Wanted anything she might have done
that I might know about or told them

11.30.06                          Caldwell                        '121    pg. 2

I told her they told me the same thing. Things that we thought were 10-43 at the time were not. Issue with Stolze. She said she'd call me back, near the end of the week.

11.30.06                    Halliday

Talked to J.H. about Caldwell's call. He advised to call D. Johnson or J. Wallace, and talk to them. Called D. Johnson.

11.30.06                    Johnson

Spoke with D. Johnson about Caldwell's call. He will pick up the tape.

12.6.06                     Stover

Call/Text from Stover about Caldwell pleading to 10 years. Talked about Mathis/Minor said "Why don't you just bring everyone with you." And hung up.

12.6.06                     Halliday

Talked about Stover's call. Told him about Johnson calling to get the tape. Advised to let Johnson know about Stover's call.

12.6.06                     Johnson                      1700 hrs

Stover, Johnson, Pavellini and Richards picked up "Caldwell" tape. Talked about and Captain Campbell.