CASEY ALVES          MR# 15659
FEBRUARY 14, 2006

**PROBLEM LIST:**

1. Acute renal failure secondary to rhabdomyolysis. This is resolved. The blood tests that I obtained from Memorial are now normal, so his kidney function has resolved.
2. Peroneal neuropathy. He is still unable to walk. He can't move his toes. He is limping and he has chronic excruciating pain. I asked him to at least seek temporary disability from the Social Security office, and I will be glad to provide whatever paperwork is necessary regarding this.

He is not disabled from his kidney disease as this is resolved. However, his bills are expensive because of the chair. The patient no longer needs to be seen by me from a renal standpoint. His rhabdomyolysis/myoglobinuria is secondary to excessive force from being strapped in the chair has totally resolved. I have had an interview with the sheriff and the FBI, and I have expressed my opinion strongly that I do not believe that the force of the chair is acceptable in modern society as a form of punishment. The sheriff, who I deeply respect, and I disagree on at least this point.

DOUGLAS C. LANIER, JR., M.D., F.A.C.P., F.A.S.N.

jag


EXHIBIT "27"