**IN THE UNITED STATES DISTRICT COURT**
**IN THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**KASEY D. ALVES**                                                                                 **PLAINTIFF**

**V.**                                                            **CIVIL ACTION NO.  1:06cv912-LG-JMR**

**HARRISON COUNTY, MISSISSIPPI, BY AND**
**THROUGH THE BOARD OF SUPERVISORS, ET AL.**                           **DEFENDANTS**


**DEFENDANT, GEORGE PAYNE'S MOTION IN LIMINE NO. 7**
**TO BAR PLAINTIFF'S EVIDENCE AND REFERENCES TO**
**ALLEGED PHOTOGRAPHS OF KASEY ALVES**

COMES NOW, Defendant, Sheriff George Payne, in his official capacity, by and through his

attorneys of record, Dukes, Dukes, Keating & Faneca, P.A., and moves this Honorable Court in

*limine*, for an Order barring Plaintiff's evidence and references to alleged photographs of Kasey

Alves.  In support thereof, Defendant states as follows:

1.        Defendant respectfully moves this Court to bar Plaintiff from offering any

reference, testimony or argument referencing alleged photographs of Kasey Alves, pursuant to

Fed. R. Evid.901, as Plaintiff has failed to properly authenticate these photographs.  *See*

Photographs, **Exhibit "29"**.  Further, the prejudicial effect of this evidence outweighs its

probative value and should be excluded pursuant to Fed. R. Evid. 403.

WHEREFORE PREMISES CONSIDERED Defendant, George Payne respectfully

requests this Court to enter an Order granting this Motion in Limine and respectfully requests the

Court to enter an Order as follows:

A)        Directing the Plaintiff through their respective counsel, and counsel individually,
not to mention, refer to, interrogate concerning, voluntarily answer, or attempt to
convey before the jury whether orally or through a document, at any time during
these proceedings, in any manner, either directly or indirectly, the subject matters
as stated above without first informing the Court and obtaining permission of the

court outside the presence and hearing of the jury;

B)      Instructing the Plaintiff, through their respective counsel, and counsel
        individually, not to make any reference or inference to the fact that this motion
        has been filed, argued or ruled upon by this Court; and

C)      Instructing Plaintiff and Plaintiff's attorney to warn and caution each and every
        witness appearing in their phase of this litigation to strictly comply with the
        Court's ruling.

RESPECTFULLY SUBMITTED, this the 13th day of April, 2009.

                            **GEORGE PAYNE, JR., IN HIS OFFICIAL**
                            **CAPACITY ONLY AND HARRISON COUNTY**
                            **SHERIFF'S DEPARTMENT, Defendant**

                            **DUKES, DUKES, KEATING & FANECA, P.A.**

                            BY:     _/s/Cy Faneca_____
                                    CY FANECA


Cy Faneca, MSB #5128
Jon S. Tiner, MSB #101733
**DUKES, DUKES, KEATING AND FANECA, P.A.**
Post Office Drawer W
Gulfport, Mississippi 39502
**Telephone:**   (228) 868-1111
**Facsimile:**   (228) 863-2886



_____        **CERTIFICATE OF SERVICE**

        I, CY FANECA, do hereby certify that I have this day electronically filed the foregoing

with the Clerk of the Court using the ECF system which sent notification of such filing to the

following:

                Woodrow W. Pringle, III, Esquire
                2217 Pass Road

Gulfport, MS 39501
Attorney for Plaintiff

Karen Young, Esq.
Meadows Riley Law Firm
Post Office Drawer 550
Gulfport, Mississippi  39502
Counsel for Harrison County

This, the 13th day of April, 2009.

_s/Cy Faneca_

CY FANECA