## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **KASEY D. ALVES** | § | **PLAINTIFF** |
| | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 1:06CV912-LG-JMR** |
| | § | |
| **HARRISON COUNTY, MISSISSIPPI** | § | |
| **and SHERIFF GEORGE PAYNE, JR.** | § | **DEFENDANTS** |

### AGREED ORDER OF DISMISSAL

Pursuant to the agreement of the parties, the defendant, Sheriff George Payne, Jr., in his official capacity is dismissed from this lawsuit.  The parties agree that Sheriff Payne's presence in this lawsuit is superfluous, since Harrison County is a defendant to this lawsuit and Sheriff Payne was only sued in his official capacity.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Sheriff George Payne, Jr., is **DISMISSED** from this lawsuit.

**SO ORDERED AND ADJUDGED** this the 23rd day of April, 2009.


s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE